**AMMENDED COMPLAINT**



**Applicant: Wayne Roccaforte**

**Filed Originally on Case name: Roccaforte v. Transunion**

**Case Number: 3:23-cv-00337-X-BN (**3:2023cv00337**)**

**In response to the "Notice of Deficiency and Order requiring an Amended Complaint"**

## Amendments to the claim:

Please add the following additional supporting documentation and facts to my claim. I am adding factual content to show the FCRA violations committed by Transunion regarding the disputing of the public record – Chapter 7 Bankruptcy, on my consumer report.

I am a consumer in fact, natural person, original consumer or, lender, executor, administrator, protected under the Fair Consumer Reporting Act. My right to privacy and accurate consumer reporting has been breached.

## FACT, - Transunion has violated 15 USC1681(a)(4) – accuracy and fairness of consumer reporting:

- Exhibit 1 - I have included the notice of bankruptcy case filing that shows the case number of 19-42983-elm7 and the consumer reports from Transunion stating the case number is 1942983ELM. Also, Transunion shows the court as "US BKPT CT TX FORT WOR" when the court is "Unites States Bankruptcy Court Northern District"
- Exhibit 2 - I have included the court letter stating that the courts do not verify public records so how can they have verified it for accuracy?
- Exhibit 3 - I have included several of Transunion's responses to my disputes stating the public record was verified as accurate. This public cannot be verified with the courts so how can it be verified as accurate?
- Also Exhibit 3 - I have included the correspondence from Transunion stating the bankruptcy was verified by LexisNexis after I requested a re-investigation.
- Exhibit 7 -I have included the LexisNexis letter stating the account cannot be verified and it was removed from my LexisNexis report, however, Transunion continues to state that is was verified through LexisNexis.
- Exhibit 6 - I have included my original investigation requests and CFPB Complaints where Transunion does not respond to my complaint but states that a bankruptcy will stay on a consumer report for 7-10 years.

**FACT, - Transunion is in Violation of 15USC 1681a (e) -** The term "investigative consumer report" means a consumer report or portion thereof in which information on a consumer's character, general reputation, personal characteristics, or mode of living is obtained through personal interviews with neighbors, friends, or associates of the consumer reported on or with others with whom he is acquainted or who may have knowledge concerning any such items of information.

- Exhibit 9- I have included my original method of validation request and the dispute results from Transunion.

- Exhibit 3 - Transunion did not respond to the method of validation or re-investigation letters. Transunion response was "verified as accurate."
- Since Transunion claims they have "investigated" this item on my report, why did they not provide me with who they spoke with? Congress says in order for them to have conducted an investigation they have to have Spoken to neighbors, friends or associates etc. and if they spoke with them the information Provided cannot be factual.

### FACT, - Transunion is in violation of 15 USC 1681b(a)(2) "No Permissible purpose/ No written instruction"

- I did not give Transunion written consent to add public records to my report. I have attached two CFPB complaints where I asked them to show me that I gave written consent, that they are violating my privacy, defaming my character and to remove the bankruptcies from my record.
    - o Exhibit 4: CFPB Complaint#221021-9618577
    - o Exhibit 5: CFPB Complaint# 230110-10112290
- No written consent is identity theft!

### FACT, - Transunion is in violation of 15USC 1681s-2(a) is in violation and negligent and willfully reporting inaccurate, unverified information as show in the attached exhibits:

Please see the attached supporting documentation:

1. Exhibit 1 - Bankruptcy Filing Notices with correct dates
2. Exhibit 2 - Letter from the United States Bankruptcy Court stating they do not report public records.
3. Exhibit 3 -Transunion dispute responses dated:
    - January 15, 2023
    - January 25, 2023
    - February 16, 2023
    - November 11, 2022
    - October 21, 2022
4. Exhibit 6 - Copies of my consumer report public record section from September 02, 2022 when and from February 6, 2023 that note no changes of the correct date or a deletion of the bankruptcies after multiple requests
5. Exhibit 8 - Copy of my most recent consumer report dated March 13, 2023 with the inaccurate bankruptcy still on it.
6. Exhibit 9 – dispute letters

Per the FCRA, "Congress enacted the FCRA to ensure fair and accurate consumer reporting that protects consumers while meeting the needs of commerce. To that end, The Act imposes several obligations on (Consumer reporting agencies (CRAs) and authorizes consumers to bring a private cause of action in response to negligent or willful violations." Hammer v. Transunion Info. Servs,. L.L.C. 974 F 3d 564, 567 (5th Cir 2020) (footnote omitted.).

I downloaded my consumer report after being denied for consumer to find several inaccurate accounts and a bankruptcy on my consumer consumer report. I have sent over six letters over the last six months disputing the inaccuracies but Transunion keeps sending me letters saying the accounts were verified as accurate or "updated", even after I asked them to send me proof. I asked for re-verification several

times asking for proof and never received anything from them. Transunion has not only costs me thousands of dollars in higher interest rates and several loan and consumer denials, they have defamed my character, my reputation and caused me undue emotional stress. I cannot get a car loan with these alleged accounts on my report and I need one to get to work and back. I have been studying consumer laws to find if I am being treated fairly and I see that my FCRA rights being violated. My right to have accurate information on my report is violated. My right to privacy has been violated. My identity information has been stolen by Transunion because they are using my personal information without my consent and they are reporting information without my written consent! I have filed several complaints with the CFPB and Transunion still refuses to adequately verify any request I have made. I called Transunion and they would not let me speak to a supervisor or remove the accounts. The constant back and forth between myself and Transunion with no resolve, is leading me to severe depression. I worry every day how I will make it. They have caused me severe anxiety! I am unable to finance a vehicle, car or get a personal loan due to the reporting of these negative accounts and I want to hold Transunion accountable for violating my rights."

Please file this as an amendment original complaint. Thank you for your time and consideration.

Respectfully Submitted,

Wayne Roccaforte

Without Prejudice

United States Bankruptcy Court
Northern District of Texas

*Exhibit 1*

## Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was
filed under Chapter 13 of the United States Bankruptcy Code,
entered on 07/24/2019 at 10:13 PM and filed on 07/24/2019.

FILED
07/24/2019 *Date Fil*

10:13 PM

**Wayne Joseph Roccaforte**
505 N.W. Lorna Street
Burleson, TX 76028
SSN / ITIN: xxx-xx-6906
*fka* **Cornwell Quality Tools**

The case was filed by the debtor's attorney:     The bankruptcy trustee is:

**Weldon Reed Allmand**
Allmand Law Firm, PLLC
860 Airport Freeway, Suite 401
Hurst, TX 76054
(214) 265-0123

**Laurie Dahl Rea**
Rochelle McCullough LLP
300 Throckmorton Street
Ste 520
Fort Worth, TX 76102
817-347-5260

The case was assigned case number 19-42983-elm7 to Judge Edward L. Morris.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against
the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at
all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take
other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights
in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our
*Internet* home page www.txnb.uscourts.gov or at the Clerk's Office, 501 W. Tenth Street, Fort Worth, TX 76102.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth
important deadlines.

**Robert P. Colwell**
**Clerk, U.S. Bankruptcy Court**

| **PACER Service Center** |
|---|
| **Transaction Receipt** |

| PACER Login: | parrington73 | Client Code: | |
|---|---|---|---|
| Description: | Notice of Filing | Search Criteria: | 19-42983-elm7 |
| Billable Pages: | 1 | Cost: | 0.10 |





United States Bankruptcy Court

Northern District of Texas

### NOTICE REGARDING CREDIT BUREAU INQUIRY

The U.S. Bankruptcy Court, Northern District of Texas does not report information to any credit reporting agency. The Court does not have any control or jurisdiction over credit reporting agencies.

Credit reporting agencies regularly collect data from public records and report the information to interested parties. Petitions, schedules, and other bankruptcy documents are considered public records. These public records are available at the Clerk's Office and online to registered PACER users. For more information about PACER or to register for an account, please visit the website at www.pacer.gov

In accordance with the Fair Credit Reporting Act, 15 U.S.C. § 1681 c(a)1, credit reporting agencies should not report a bankruptcy case on a person's credit report after 10 years from the date the case was filed. However, chapter 13 cases are typically removed seven years from the date the case was filed. Generally, removal happens automatically and does not require any further action by the debtor or creditor.

To resolve a dispute regarding a credit report or to inquire about the status of debts that may be subject to a discharge issued in a bankruptcy case, contact the credit reporting agencies via the information noted below. If a dispute involves a particular debt being reported, you or your representative may wish to contact the creditor directly. More information regarding rights under the Fair Credit Reporting Act may be found at www.consumerfinance.gov/learnmore

The three major credit reporting agencies are:
Equifax
800-829-4577
www.equifax.com

Experian
800-311-4769
www.experian.com

TransUnion LLC
PO Box 805
Woodlyn, PA 19094-0805

02/20/2023

*tu*
Information for Good.

PHIRL000200482-I006385-101968285

WAYNE JOSEPH ROCCAFORTE
505 NW LORNA ST
BURLESON, TX 76028-3405

Dear WAYNE JOSEPH ROCCAFORTE,

We understand that recently something on your credit report did not seem right to you. We take this matter seriously, and we want to make sure your TransUnion credit report is accurate. It's our commitment to you.

Our investigation of the dispute you submitted is now complete. After a review of your dispute and any provided documentation, we took one or more of the following action(s):

1. Updated your credit report based on the information you provided; OR
2. Determined that the information you disputed either does not appear on your credit file or already shows the requested status; OR
3. Determined that the data furnisher had previously verified the reported information. If any of the items you disputed were previously verified, a separate communication was sent to you listing those items along with the data furnisher's contact information; OR
4. Asked the data furnisher reporting the information you disputed to do all of the following:
   - Review relevant information we sent them, including any provided documents
   - Investigate your dispute and verify whether the information they report is accurate
   - Provide us a response to your dispute and update any other information
   - Update their records and systems, if necessary;

Should you wish to receive the above description of the procedures we used to investigate your dispute in a separate communication for your records, please contact TransUnion.

Your dispute is important. In the pages that follow, you will see your detailed investigation results, including the name and contact details of the source of the information. Please review the results carefully. To view a full copy of your credit report and for more information about how to read your credit report, please visit www.transunion.com/fullreport.

## How to Read Your Investigation Results

You will see that, for each disputed item, a summary explanation appears in the gray box, followed by a brief paragraph describing the results of our investigation, followed by a view of how the item appears in your updated credit report. Please note any changes we made to personal information (name, address, employment, SSN, date of birth) will appear at the end of **Your Investigation Results.**

Scanned with CamScanner

## A Note on Credit Report Updates

Information in your credit report is updated frequently which means items you disputed may not appear on your credit report or have already changed by the time we received your dispute. In most cases, the **Date Updated** represents the last time the account information was updated or reported by the data furnisher. Please note that this date may not change following our investigation of your dispute. For **Payment Received** and **Last Payment Made**, please keep in mind, the data may not represent very recent payment activity.

## Definitions

For your reference, here are some definitions to help you understand **Your Investigation Results**.

## For PUBLIC RECORDS:

| | |
|---|---|
| **Court Type:** The court where the item was filed | **Docket Number:** The number assigned to the item by the court |
| **Date Filed:** The date the item was filed | **Plaintiff:** The name of the party who initiated the item |
| **Date Paid:** The date the item was paid or otherwise, dismissed or discharged | **Type:** The nature of the public record filed |





Scanned with CamScanner

# TransUnion Credit Score

WAYNE JOSEPH ROCCAFORTE

## YOUR CREDIT SCORE

| Your Score & Grade | Score & Grade Range | Where You Rank |
|---|---|---|
| Score **Not Purchased** (See Below)<br><br>Grade<br>-<br><br>Created on 02/20/2023 | Unavailable (See Below)<br><br>A — 850<br>— 780<br>B<br>— 720<br>C<br>D — 660<br>— 600<br>F<br>— 300 | Unavailable (See Below)<br><br>— 100%<br><br>— 50%<br><br>— 0% |
| Based on your TransUnion credit report, this is a depiction of your creditworthiness. | The numerical score ranges from 850 to 300 equaling grade ranges from A to F. | Your credit ranks higher than --% of the nation's population. |

### Summary

You did not order a TransUnion credit score. You can purchase your credit score for $9.95 by calling 1-866-SCORE-TU or 1-866-726-7388.

P HIRL0-002 00482-I006387 03/14

Scanned with CamScanner

**INVESTIGATION RESULTS - VERIFIED AS ACCURATE:** The disputed item was verified as accurate.

**USBK COURT NORTHERN TEXAS Docket #: 1942983** ( 501 W 10TH, RM 147, FORT WORTH, TX 76102, (817) 333-6000 )

We investigated the information you disputed and the disputed information was VERIFIED AS ACCURATE. Here is how this item appears on your credit report following our investigation.

| Date Filed: | 07/24/2019 | Type: | CHAPTER 7 BANKRUPTCY | Court Type: | US Bankruptcy |
| Date Paid: | 01/13/2022 | | DISCHARGED | | Court |
| Date Updated: | 10/21/2022 | Responsibility: | Individual Debt | Plaintiff Attorney: | WELDON REED ALLMAND |

Estimated month and year that this item will be removed: 06/2029

Scanned with CamScanner

TransUnion LLC
PO Box 805
Woodlyn, PA 19094-0805

01/18/2023


Information for Good.

PHCP0500201526-l019611-100979536
WAYNE JOSEPH ROCCAFORTE
505 NW LORNA ST
BURLESON, TX 76028-3405

Dear WAYNE JOSEPH ROCCAFORTE,

We understand that recently something on your credit report did not seem right to you. We take this matter seriously, and we want to make sure your TransUnion credit report is accurate. It's our commitment to you.

Our investigation of the dispute you submitted is now complete. After a review of your dispute and any provided documentation, we took one or more of the following action(s):

1. Updated your credit report based on the information you provided; OR
2. Determined that the information you disputed either does not appear on your credit file or already shows the requested status; OR
3. Determined that the data furnisher had previously verified the reported information. If any of the items you disputed were previously verified, a separate communication was sent to you listing those items along with the data furnisher's contact information; OR
4. Asked the data furnisher reporting the information you disputed to do all of the following:
    • Review relevant information we sent them, including any provided documents
    • Investigate your dispute and verify whether the information they report is accurate
    • Provide us a response to your dispute and update any other information
    • Update their records and systems, if necessary;

Should you wish to receive the above description of the procedures we used to investigate your dispute in a separate communication for your records, please contact TransUnion.

Your dispute is important. In the pages that follow, you will see your detailed investigation results, including the name and contact details of the source of the information. Please review the results carefully. To view a full copy of your credit report and for more information about how to read your credit report, please visit www.transunion.com/fullreport.

## How to Read Your Investigation Results

You will see that, for each disputed item, a summary explanation appears in the gray box, followed by a brief paragraph describing the results of our investigation, followed by a view of how the item appears in your updated credit report. Please note any changes we made to personal information (name, address, employment, SSN, date of birth) will appear at the end of **Your Investigation Results**.

Scanned with CamScanner

Date Issued:    01/18/2023

## A Note on Credit Report Updates

Information in your credit report is updated frequently which means items you disputed may not appear on your credit report or have already changed by the time we received your dispute. In most cases, the **Date Updated** represents the last time the account information was updated or reported by the data furnisher. Please note that this date may not change following our investigation of your dispute. For **Payment Received** and **Last Payment Made**, please keep in mind, the data may not represent very recent payment activity.

## Definitions

For your reference, here are some definitions to help you understand **Your Investigation Results.**

### For PUBLIC RECORDS:

| | |
|---|---|
| **Court Type:** The court where the item was filed | **Docket Number:** The number assigned to the item by the court |
| **Date Filed:** The date the item was filed | **Plaintiff:** The name of the party who initiated the item |
| **Date Paid:** The date the item was paid or otherwise, dismissed or discharged | **Type:** The nature of the public record filed |



P HCPO5-002 01526-I019612 02/14

Scanned with CamScanner

# TransUnion Credit Score

WAYNE JOSEPH ROCCAFORTE

## YOUR CREDIT SCORE



| Your Score & Grade | Score & Grade Range | Where You Rank |
|---|---|---|
| Score<br>**Not Purchased**<br>(See Below)<br><br>Grade<br>-<br><br>Created on<br>01/18/2023 | Unavailable<br>(See Below)<br><br>A — 810<br>B — 760<br>— 720<br>C<br>— 660<br>D<br>— 600<br>F<br>— 300 | Unavailable<br>(See Below)<br><br>— 100%<br>— %<br>— 0% |
| Based on your TransUnion credit report, this is a depiction of your creditworthiness. | The numerical score ranges from 850 to 300 equaling grade ranges from A to F. | Your credit ranks higher than —% of the nation's population. |

## Summary

You did not order a TransUnion credit score. You can purchase your credit score for $9.95 by calling 1-866-SCORE-TU or 1-866-726-7388

Scanned with CamScanner

# Your Investigation Results

INVESTIGATION RESULTS - VERIFIED AS ACCURATE: The disputed item was verified as accurate.

USBK COURT NORTHERN TEXAS Docket #: 1843836 ( 501 W 10TH, RM 147, FORT WORTH, TX 76102, (817) 333-6000 )

We investigated the information you disputed and the disputed information was VERIFIED AS ACCURATE. Here is how this item appears on your credit report following our investigation.

| Date Filed: | 09/28/2018 | Type: | CH 13 BANKRUPTCY | Court Type: | US Bankruptcy |
|---|---|---|---|---|---|
| Date Paid: | 04/30/2019 | | DISMISSED/CLOSED | | Court |
| Date Updated: | 05/02/2019 | Responsibility: | Individual Debt | Plaintiff Attorney: | WELDON REED ALLMAN |

Estimated month and year that this item will be removed: 08/2025

USBK COURT NORTHERN TEXAS Docket #: 1942983 ( 501 W 10TH, RM 147, FORT WORTH, TX 76102, (817) 333-6000 )

We investigated the information you disputed and the disputed information was VERIFIED AS ACCURATE. Here is how this item appears on your credit report following our investigation.

| Date Filed: | 07/24/2019 | Type: | CHAPTER 7 BANKRUPTCY | Court Type: | US Bankruptcy |
|---|---|---|---|---|---|
| Date Paid: | 01/13/2022 | | DISCHARGED | | Court |
| Date Updated: | 10/21/2022 | Responsibility: | Individual Debt | Plaintiff Attorney: | WELDON REED ALLMAND |

Estimated month and year that this item will be removed: 06/2029



.000000h.

Scanned with CamScanner

TransUnion LLC
PO Box 805
Woodlyn, PA 19094-0805

TransUnion.

File Number: 433795051
Page: 1 of 1
Date Issued: 1/14/2023

PHBWP000209931-l019861-100892613

WAYNE JOSEPH ROCCAFORTE
505 NW LORNA ST
BURLESON, TX 76028

We applaud your recent efforts to take charge of your credit. We want you to know we're on your side, and we're here to help support you on your path toward credit health.

We recently received a request that included your information, but it didn't appear that you or a properly authorized third party sent it to us. We take the privacy and security of your data very seriously, so we won't process requests unless they come directly from you or an authorized third party. If you're working with a third party such as a credit repair company or "credit clinic", they have to identify themselves in their communications to us, and provide proof that you've authorized them to communicate with us on your behalf.

It's important to know that if you see something on your TransUnion credit report that you believe is inaccurate, you can dispute it easily and securely on your own for free, without paying a fee to any company. Find out more about how to manage the information on your TransUnion credit report at transunion.com/repairletter.

If you've hired a credit repair company and they insist on payment up front, encourage you to misrepresent your credit information or instruct you not to contact a credit reporting agency directly, they are not acting lawfully. Learn more about credit repair and your rights at transunion.com/repairletter.

You can count on us as a resource as you work to achieve your credit health goals - we want you to be able to get the financial opportunities you deserve.

Sincerely,

Your TransUnion Support Team

TransUnion LLC
PO Box 805
Woodlyn, PA 19094-0805

|||||||||||||||||||||||||||||||||||||||||||||||||||||||||

01/14/2023



Information for Good.

PHBWOQ00201178-I015089-100S77697
||ıⁱ·|||ıⁱⁱⁱ||ⁱ|·|·||ⁱ|·|·ⁱⁱⁱ||ⁱ||·|ⁱⁱⁱ·||ⁱⁱⁱ||||ⁱ|||
WAYNE JOSEPH ROCCAFORTE
505 NW LORNA ST
BURLESON, TX 76028-3405

Dear WAYNE JOSEPH ROCCAFORTE,

We understand that recently something on your credit report did not seem right to you. We take this matter seriously, and we want to make sure your TransUnion credit report is accurate. It's our commitment to you.

Our investigation of the dispute you submitted is now complete. After a review of your dispute and any provided documentation, we took one or more of the following action(s):

1. Updated your credit report based on the information you provided; OR
2. Determined that the information you disputed either does not appear on your credit file or already shows the requested status; OR
3. Determined that the data furnisher had previously verified the reported information. If any of the items you disputed were previously verified, a separate communication was sent to you listing those items along with the data furnisher's contact information; OR
4. Asked the data furnisher reporting the information you disputed to do all of the following:
   • Review relevant information we sent them, including any provided documents
   • Investigate your dispute and verify whether the information they report is accurate
   • Provide us a response to your dispute and update any other information
   • Update their records and systems, if necessary;

Should you wish to receive the above description of the procedures we used to investigate your dispute in a separate communication for your records, please contact TransUnion.

Your dispute is important. In the pages that follow, you will see your detailed investigation results, including the name and contact details of the source of the information. Please review the results carefully. To view a full copy of your credit report and for more information about how to read your credit report, please visit www.transunion.com/fullreport.

## How to Read Your Investigation Results

You will see that, for each disputed item, a summary explanation appears in the gray box, followed by a brief paragraph describing the results of our investigation, followed by a view of how the item appears in your updated credit report. Please note any changes we made to personal information (name, address, employment, SSN, date of birth) will appear at the end of **Your Investigation Results.**

Scanned with CamScanner

## A Note on Credit Report Updates

Information in your credit report is updated frequently which means items you disputed may not appear on your credit report or have already changed by the time we received your dispute. In most cases, the **Date Updated** represents the last time the account information was updated or reported by the data furnisher. Please note that this date may not change following our investigation of your dispute. For **Payment Received** and **Last Payment Made**, please keep in mind, the data may not represent very recent payment activity.

## Definitions

For your reference, here are some definitions to help you understand **Your Investigation Results.**

### For PUBLIC RECORDS:

| | |
|---|---|
| **Court Type:** The court where the item was filed | **Docket Number:** The number assigned to the item by the court |
| **Date Filed:** The date the item was filed | **Plaintiff:** The name of the party who initiated the item |
| **Date Paid:** The date the item was paid or otherwise, dismissed or discharged | **Type:** The nature of the public record filed |





Scanned with CamScanner

# TransUnion Credit Score

WAYNE JOSEPH ROCCAFORTE

## YOUR CREDIT SCORE



| Your Score & Grade | Score & Grade Range | Where You Rank |
|---|---|---|
| **Score**<br>**Not Purchased**<br>(See Below)<br><br>**Grade**<br>-<br><br>Created on<br>01/14/2023 | Unavailable<br>(See Below)<br><br>A — 850<br>— 780<br>B<br>— 720<br>C<br>— 660<br>D<br>— 600<br>F<br>— 300 | Unavailable<br>(See Below)<br><br>— 100%<br><br>— 50%<br><br>— 0% |
| Based on your TransUnion credit report, this is a depiction of your creditworthiness. | The numerical score ranges from 850 to 300 equaling grade ranges from A to F. | Your credit ranks higher than --% of the nation's population. |

## Summary

You did not order a TransUnion credit score. You can purchase your credit score for $9.95 by calling 1-866-SCORE-TU or 1-866-726-7388.

P-HBWOCL-002-01178-00150731-03/14

Scanned with CamScanner

# Your Investigation Results

**INVESTIGATION RESULTS - VERIFIED AS ACCURATE:** The disputed item was verified as accurate.

**USBK COURT NORTHERN TEXAS Docket #: 1942983** ( 501 W 10TH, RM 147, FORT WORTH, TX 76102, (817) 333-6000 )

We investigated the information you disputed and the disputed information was **VERIFIED AS ACCURATE.**
Here is how this item appears on your credit report following our investigation.

| Date Filed: | 07/24/2019 | Type: | CHAPTER 7 BANKRUPTCY | Court Type: | US Bankruptcy Court |
| Date Paid: | 01/13/2022 | | DISCHARGED | | WELDON REED |
| Date Updated: | 10/21/2022 | Responsibility: | Individual Debt | Plaintiff Attorney: | ALLMAND |

Estimated month and year that this item will be removed: 06/2029

**USBK COURT NORTHERN TEXAS Docket #: 1843836** ( 501 W 10TH, RM 147, FORT WORTH, TX 76102, (817) 333-6000 )

We investigated the information you disputed and the disputed information was **VERIFIED AS ACCURATE.**
Here is how this item appears on your credit report following our investigation.

| Date Filed: | 09/28/2018 | Type: | CH 13 BANKRUPTCY | Court Type: | US Bankruptcy Court |
| Date Paid: | 04/30/2019 | | DISMISSED/CLOSED | | WELDON REED |
| Date Updated: | 05/02/2019 | Responsibility: | Individual Debt | Plaintiff Attorney: | ALLMAN |

Estimated month and year that this item will be removed: 08/2025



Scanned with CamScanner



**TransUnion.** | Online Customer Portal

We understand that recently something on your credit report did not seem right to you. We take this matter seriously, and we want to make sure your TransUnion credit report is accurate. It's our commitment to you.
Our investigation of the dispute you submitted is now complete. After a review of your dispute and any provided documentation, we took one or more of the following action(s):

    1. Updated your credit report based on the information you provided; OR
    2. Determined that the information you disputed either does not appear on your credit file or already shows the requested status; OR
    3. Determined that the data furnisher had previously verified the reported information. If any of the items you disputed were previously verified, a separate communication was sent to you listing those items along with the data furnisher's contact information; OR
    4. Asked the data furnisher reporting the information you disputed to do all of the following:
    • Review relevant information we sent them, including any provided documents
    • Investigate your dispute and verify whether the information they report is accurate
    • Provide us a response to your dispute and update any other information
    • Update their records and systems, if necessary;

Should you wish to receive the above description of the procedures we used to investigate your dispute in a separate communication for your records, please contact TransUnion.

Your dispute is important. In the pages that follow, you will see your detailed investigation results, including the name and contact details of the source of the information. Please review the results carefully. To review a full copy of your credit report and for more information about how to read your credit report, please visit www.transunion.com/fullreport

Current File
File Number
433/95051
Report Date
12/23/2022
Name
WAYNE JOSEPH ROCCAFORTE
Address
505 NW LORNA ST
BURLESON, TX 76028-3405



## How to Read Your Investigation Results

You will see that, for each disputed item, a summary explanation appears for each investigation result, followed by a brief paragraph describing the results of our investigation, followed by a view of how the item appears in your updated credit report. Please note any changes we made to personal information (name, address, employment, SSN, date of birth) will appear at the end of **Your Investigation Results**.

### A Note on Credit Report Updates

Information in your credit report is updated frequently which means items you disputed may not appear on your credit report or have already changed by the time we received your dispute. In most cases, the **Date Updated** represents the last time the account information was updated or reported by the data furnisher. Please note that this date may not change following our investigation of your dispute. For **Payment Received** and **Last Payment Made**, please keep in mind, the data may not represent very recent payment activity.

If information was removed or updated as a result of your dispute, the "Your Investigation Results" section below will note that an update was made. An update can include a change to the information or the removal of the information entirely from your credit file. For example, if a field was removed as a result of your dispute, the description will indicate that a change was made to that field. If information was removed, it will no longer appear in the account details.

### Definitions

For your reference, here are some definitions to help you understand the information contained in your Investigation Results.

### For Accounts

| | |
|---|---|
| **Balance:** The balance owed as of the date the account was verified or reported | **Original Charge Off:** If applicable, the amount charged off due to non-payment of the account |
| **Credit Limit:** The maximum amount of credit approved by the creditor on the account | **Past Due:** The amount past due as of the date the account was verified or reported |
| **Date Opened:** The date the account was opened | **Pay Status:** The current status of the account; how you are currently paying. For accounts that have been paid and closed, sold, or transferred, it represents the last reported status of the account. |
| **High Balance:** The highest amount ever owed on an account | **Remarks:** If applicable, the creditor may provide additional information here related to the account |
| **Last Payment Made:** The date the creditor received the last payment on the account | **Responsibility:** The type of contractual ownership (individual, joint, authorized user, etc.) of the account |
| **Maximum Delinquency:** If applicable, the maximum amount past due before an account becomes a charge-off or a collection account | **Terms:** The monthly payment amount or monthly minimum payment due on the account |

### For Public Records

| | |
|---|---|
| **Court Type:** The court where the item was filed | **Docket Number:** The number assigned to the item by the court |

Total Pages 3 of 16    Want to review a full copy of your credit report? Get yours at www.transunion.com/fullreport



1 of 3

Scanned with CamScanner

**Date Filed:** The date the item was filed

**Plaintiff:** The name of the party who initiated the item

**Date Paid:** The date the item was paid or otherwise, dismissed or discharged

**Type:** The nature of the public record filed

## Historical Trended Data

Accounts on your credit report may include historical account information, which TransUnion has collected from account updates provided by your creditor for up to 30 months. On your credit report, this historical trended data may have appeared in a grid below each account along with information reflecting the timeliness of your payments and may include the following data: Date Updated, Balance, Amount Due, Amount Paid, Past Due, Credit Limit, High Balance and Remarks.

Please note: Once an account is disputed, the historical trended data is removed from your credit file and will not be displayed on these results. However, the rating information reflecting the timeliness of your payments will remain and reflect any updates provided by the creditor, if applicable.

## Rating Key

Your accounts may also include up to 84 months of rating information. Some creditors report the timeliness of your payments each month in relation to your agreement with them. The ratings in the key below describe the payments that may be reported by your creditors. This rating key will help you understand any updates to your **PAYMENT HISTORY**, if applicable to **YOUR INVESTIGATION RESULTS**. Any rating that is shaded or any value in the account detail appearing with brackets (> <) may indicate that it is considered adverse.

| N/R | X | OK | 30 | 60 | 90 | 120 | COL | VS | RP | C/O | FC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Not Reported | Unknown | Current | 30 days late | 60 days late | 90 days late | 120· days late | Collection | Voluntary Surrender | Repossession | Charge Off | Foreclosure |

## Your Investigation Results

### INVESTIGATION RESULTS - VERIFIED AS ACCURATE

The disputed item was verified as accurate.

**USBK COURT NORTHERN TEXAS- Docket#: 1843836**
501 W 10TH.RM.147
FORT WORTH, TX 76102
(817) 333-6000

We investigated the information you disputed and the disputed information was **VERIFIED AS ACCURATE**. Here is how this item appears on your credit report following our investigation.

| Date Filed: | Type: | Date Paid: | Date Updated: |
|---|---|---|---|
| 09/28/2018 | CH 13 BANKRUPTCY DISMISSED/CLOSED | 04/30/2019 | 05/02/2019 |

| Responsibility: | Court Type: | Plaintiff Attorney: | |
|---|---|---|---|
| Individual Debt | US Bankruptcy Court | WELDON REED ALLMAN | |

Estimated month and year that this item will be removed: 08/2025

**USBK COURT NORTHERN TEXAS- Docket#: 1942983**
501 W 10TH.RM.147
FORT WORTH, TX 76102
(817) 333-6000

We investigated the information you disputed and the disputed information was **VERIFIED AS ACCURATE**. Here is how this item appears on your credit report following our investigation.

| Date Filed: | Type: | Date Paid: | Date Updated: |
|---|---|---|---|
| 07/24/2019 | CHAPTER 7 BANKRUPTCY DISCHARGED | 01/13/2022 | 10/21/2022 |

| Responsibility: | Court Type: | Plaintiff Attorney: | |
|---|---|---|---|
| Individual Debt | US Bankruptcy Court | WELDON REED ALLMAND | |

Total Pages  4  of  16       Want to review a full copy of your credit report? Get yours at   www.transunion.com/fullreport

*** 433795051-024 ***
TransUnion LLC
PO Box 805
Woodlyn, PA 19094-0805

10/26/2022


Information for Good.

PGXMJ600202526-I037441-097567721
WAYNE JOSEPH ROCCAFORTE
505 NW LORNA ST
BURLESON, TX 76028-3405

Dear WAYNE JOSEPH ROCCAFORTE,

We understand that recently something on your credit report did not seem right to you. We take this matter seriously, and we want to make sure your TransUnion credit report is accurate. It's our commitment to you. In the pages that follow you will see a full copy of your credit report.

Scanned with CamScanner

WAYNE JOSEPH ROCCAFORTE



**YOUR CREDIT SCORE**

| Your Score & Grade | Score & Grade Range | Where You Rank |
|---|---|---|
| Score **Not Purchased** (See Below) Grade - Created on 10/26/2022 | 850 A 780 B 720 Unavailable C 660 (See Below) D 600 F 300 | 100% Unavailable 50% (See Below) 0% |
| Based on your TransUnion credit report, this is a depiction of your creditworthiness. | The numerical score ranges from 850 to 300 equaling grade ranges from A to F. | Your credit ranks higher than --% of the nation's population. |

**Summary**
You did not order a TransUnion credit score. You can purchase your credit score for $9.95 by calling 1-866-5CORE-TU or 1-866-726-7388.

# Important Information Concerning Your TransUnion Credit Report:

- Your SSN has been masked for your protection. You may request disclosure of your full Social Security number by writing to us at the address found at the end of this report.
- For your protection, your account numbers have been partially masked, and in some cases scrambled.
- Please note: Accounts are reported as "Current; Paid or paying as agreed" if paid within 30 days of the due date. Accounts reported as Current may still incur late fees or interest charges if not paid on or before the due date.

**YOUR CREDIT FILE CONTAINS:**

- Discharged Chapter 7 Bankruptcy. Discharged Chapter 7 Bankruptcy remains on your file for up to 10 years. See Public Record section for more information.
- Dismissed Chapter 13 Bankruptcy. Dismissed bankruptcies remain on your file for up to 7 years. See Public Record section for more information.
- One or more Adverse Accounts. Adverse information typically remains on your credit file for up to 7 years from the date of the delinquency. To help you understand what is generally considered adverse, we have added >brackets< or shading to those items in this report.
- One or more satisfactory accounts.
- Regular Inquiries. Inquiries are posted when someone accesses your credit information from TransUnion. The presence of an inquiry means that the company listed received your credit information on the dates specified. These inquiries will remain on your credit file for up to 2 years.
- Promotional Inquiries. The companies listed received your name, address and other limited information about you so they could make a firm offer of credit or insurance. They did not receive your full credit report. These inquiries are not seen by anyone but you and do not affect your score.
- Account Review Inquiries. The listing of a company's inquiry in this section means that they obtained information from your credit file in connection with an account review or other business transaction with you. These inquiries are not seen by anyone but you and will not be used in scoring your credit file (except insurance companies may have access to other insurance company inquiries, certain collection companies may have access to other collection company inquiries, and users of a report for employment purposes may have access to other employment inquiries, where permitted by law).
- A Consumer Statement. This statement will remain on your file until the expiration date shown.
- A Promotional Opt-Out. A promotional opt-out excludes you from promotional marketing lists that are provided by TransUnion.

Scanned with CamScanner

TransUnion

## Personal Information

SSN: XXX-XX-6906

Names Reported: WAYNE JOSEPH ROCCAFORTE and J ROCCAFORTE

You have been on our files since 09/01/1991

Date of Birth: 02/06/1968

### Addresses Reported:

| Address | Date Reported |
|---|---|
| 505 NW LORNA ST, BURLESON, TX 76028-3405 | 10/31/2017 |

### Telephone Numbers Reported:

(682) 215-6822        (682) 215-9974        (215) 977-9773

### Employment Data Reported:

| Employer Name | Date Verified | Position |
|---|---|---|
| UNIVERSAL PRESSURE PUMPIN | 04/29/2022 | |
| BJ SERVICES | 04/09/2018 | MECHANIC |
| THALE CONSTRUCTION | 08/01/2016 | MECHANIC |
| WOOD GROUP PAC | 09/30/2013 | |
| ROGERS OILFIELD | 07/02/2011 | |
| PAYTON WRIGHT FORD | 04/01/2003 | |

## Public Records

This section includes public record items from local, state and federal courts and other public record sources that TransUnion may have obtained itself or through a third party vendor. In order to learn the identity of the third-party vendor (if any) that collected the public record item(s) in this section, please visit https://www.transunion.com/legal/public-records.

**USBK COURT NORTHERN TEXAS** Docket #: 1942983 ( 501 W 10TH, RM 147, FORT WORTH, TX 76102, (817) 333-6000 )

| | | | |
|---|---|---|---|
| Date Filed: 07/24/2019 | **Type:** CHAPTER 7 BANKRUPTCY DISCHARGED | **Court Type:** US Bankruptcy Court | |
| Date Paid: 01/13/2022 | **Responsibility:** Individual Debt | **Plaintiff Attorney:** WELDON REED ALLMAN | |
| Date Updated: 01/14/2022 | | | |

Estimated month and year that this item will be removed: 06/2029

**USBK COURT NORTHERN TEXAS** Docket #: 1843836 ( 501 W 10TH, RM 147, FORT WORTH, TX 76102, (817) 333-6000 )

| | | |
|---|---|---|
| Date Filed: 09/28/2018 | **Type:** CH 13 BANKRUPTCY DISMISSED/CLOSED | **Court Type:** US Bankruptcy Court |
| Date Paid: 04/30/2019 | **Responsibility:** Individual Debt | **Plaintiff Attorney:** WELDON REED ALLMAN |
| Date Updated: 05/02/2019 | | |

Estimated month and year that this item will be removed: 08/2025

## Account Information

Typically, creditors report any changes made to your account information monthly. This means that some accounts listed below may not reflect the most recent activity until the creditor's next reporting. This information may include things such as balances, payments, dates, remarks, ratings, etc. The key(s) below are provided to help you understand some of the account information that could be reported. Pay Status represents the current status of accounts and indicates how you are currently paying. For accounts that have been paid and closed, sold, or transferred, Pay Status represents the last reported status of the account.

### Rating Key

Some creditors report the timeliness of your payments each month in relation to your agreement with them. The ratings in the key below describe the payments that may be reported by your creditors. Any rating that is shaded indicates that it is considered adverse. Please note: Some but not all of these ratings may be present in your credit report.

| N/R | X | OK | 30 | 60 | 90 | 120 | COL | VS | RPO | C/O | FC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Not Reported | Unknown | Current | 30 days late | 60 days late | 90 days late | 120+ days late | Collection | Voluntary Surrender | Repossession | Charge Off | Foreclosure |

To dispute online go to: http://transunion.com/disputeonline

Scanned with CamScanner

TransUnion LLC
PO Box 805
Woodlyn, PA 19094-0805

12/27/2022


Information for Good.

PH8M5W00200427-I009731-100294481

WAYNE JOSEPH ROCCAFORTE
505 NW LORNA ST
BURLESON, TX 76028-3405

Dear WAYNE JOSEPH ROCCAFORTE,

We understand that recently something on your credit report did not seem right to you. We take this matter seriously, and we want to make sure your TransUnion credit report is accurate. It's our commitment to you. In the pages that follow you will see a full copy of your credit report.

Scanned with CamScanner

**TransUnion Credit Score**

WAYNE JOSEPH ROCCAFORTE

## YOUR CREDIT SCORE



| Your Score & Grade | Score & Grade Range | Where You Rank |
|---|---|---|
| Score<br>**Not Purchased**<br>(See Below)<br><br>Grade<br>-<br><br>Created on<br>12/27/2022 | 850 — A<br>780 — B<br>720 — C<br>Unavailable — 660 — D<br>(See Below) — 600 — F<br>300 | Unavailable<br>(See Below) — 100%<br>— 50%<br>— 0% |
| Based on your TransUnion credit report, this is a depiction of your creditworthiness. | The numerical score ranges from 850 to 300 equaling grade ranges from A to F. | Your credit ranks higher than --% of the nation's population. |

**Summary**

You did not order a TransUnion credit score. You can purchase your credit score for $9.95 by calling 1-866-SCORE-TU or 1-866-726-7388.

## Important Information Concerning Your TransUnion Credit Report:

- Your SSN has been masked for your protection. You may request disclosure of your full Social Security number by writing to us at the address found at the end of this report.
- For your protection, your account numbers have been partially masked, and in some cases scrambled.
- Please note: Accounts are reported as "Current; Paid or paying as agreed" if paid within 30 days of the due date. Accounts reported as Current may still incur late fees or interest charges if not paid on or before the due date.

### YOUR CREDIT FILE CONTAINS:

- Discharged Chapter 7 Bankruptcy. Discharged Chapter 7 Bankruptcy remains on your file for up to 10 years. See Public Record section for more information.
- Dismissed Chapter 13 Bankruptcy. Dismissed bankruptcies remain on your file for up to 7 years. See Public Record section for more information.
- One or more Adverse Accounts. Adverse information typically remains on your credit file for up to 7 years from the date of the delinquency. To help you understand what is generally considered adverse, we have added ›brackets‹ or shading to those items in this report.
- One or more satisfactory accounts.
- Regular Inquiries. Inquiries are posted when someone accesses your credit information from TransUnion. The presence of an inquiry means that the company listed received your credit information on the dates specified. These inquiries will remain on your credit file for up to 2 years.
- Promotional Inquiries. The companies listed received your name, address and other limited information about you so they could make a firm offer of credit or insurance. They did not receive your full credit report. These inquiries are not seen by anyone but you and do not affect your score.
- Account Review Inquiries. The listing of a company's inquiry in this section means that they obtained information from your credit file in connection with an account review or other business transaction with you. These inquiries are not seen by anyone but you and will not be used in scoring your credit file (except insurance companies may have access to other insurance company inquiries, certain collection companies may have access to other collection company inquiries, and users of a report for employment purposes may have access to other employment inquiries, where permitted by law).
- A Consumer Statement. This statement will remain on your file until the expiration date shown.
- A Fraud or Active Duty Alert. This statement will notify anyone who accesses your credit report that you have added an alert to your credit file. The alert will remain on your file until the expiration date shown.
- A Promotional Opt-Out. A promotional opt-out excludes you from promotional marketing lists that are provided by TransUnion.



Scanned with CamScanner

**File Number:** 433795051
**Date Issued:** 12/27/2022

**TransUnion.**

## Personal Information

You have been on our files since 09/01/1991

**SSN:** XXX-XX-6906

**Date of Birth:** 02/06/1968

**Names Reported:** WAYNE JOSEPH ROCCAFORTE

### Addresses Reported:

| Address | Date Reported |
|---|---|
| 505 NW LORNA ST, BURLESON, TX 76028-3405 | 10/31/2017 |

### Telephone Numbers Reported:
(682) 215-6822      (682) 215-9974      (215) 977-9773

### Employment Data Reported:

| Employer Name | Date Verified | Position |
|---|---|---|
| UNIVERSAL PRESSURE PUMPIN | 04/29/2022 | |
| BJ SERVICES | 04/09/2018 | MECHANIC |
| THALE CONSTRUCTION | 08/01/2016 | MECHANIC |
| WOOD GROUP PAC | 09/30/2013 | |
| ROGERS OILFIELD | 07/02/2011 | |
| PAYTON WRIGHT FORD | 04/01/2003 | |

## Public Records

This section includes public record items from local, state and federal courts and other public record sources that TransUnion may have obtained itself or through a third party vendor. In order to learn the identity of the third-party vendor (if any) that collected the public record item(s) in this section, please visit https://www.transunion.com/legal/public-records.

**USBK COURT NORTHERN TEXAS** Docket #: 1942983 ( 501 W 10TH, RM 147, FORT WORTH, TX 76102, (817) 333-6000 )

| | | | | | |
|---|---|---|---|---|---|
| Date Filed: | 07/24/2019 | Type: | CHAPTER 7 BANKRUPTCY DISCHARGED | Court Type: | US Bankruptcy Court |
| Date Paid: | 01/13/2022 | Responsibility: | Individual Debt | Plaintiff Attorney: | WELDON REED ALLMAND |
| Date Updated: | 10/21/2022 | | | | |

Estimated month and year that this item will be removed: 06/2029

**USBK COURT NORTHERN TEXAS** Docket #: 1843836 ( 501 W 10TH, RM 147, FORT WORTH, TX 76102, (817) 333-6000 )

| | | | | | |
|---|---|---|---|---|---|
| Date Filed: | 09/28/2018 | Type: | CH 13 BANKRUPTCY DISMISSED/CLOSED | Court Type: | US Bankruptcy Court |
| Date Paid: | 04/30/2019 | Responsibility: | Individual Debt | Plaintiff Attorney: | WELDON REED ALLMAN |
| Date Updated: | 05/02/2019 | | | | |

Estimated month and year that this item will be removed: 08/2025

## Account Information

Typically, creditors report any changes made to your account information monthly. This means that some accounts listed below may not reflect the most recent activity until the creditor's next reporting. This information may include things such as balances, payments, dates, remarks, ratings, etc. The key(s) below are provided to help you understand some of the account information that could be reported. Pay Status represents the current status of accounts and indicates how you are currently paying. For accounts that have been paid and closed, sold, or transferred, Pay Status represents the last reported status of the account.

### Rating Key

Some creditors report the timeliness of your payments each month in relation to your agreement with them. The ratings in the key below describe the payments that may be reported by your creditors. Any rating that is shaded indicates that it is considered adverse. Please note: Some but not all of these ratings may be present in your credit report.

| N/R | X | OK | 30 | 60 | 90 | 120 | COL | VS | RPO | C/O | FC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Not Reported | Unknown | Current | 30 days late | 60 days late | 90 days late | 120+ days late | Collection | Voluntary Surrender | Repossession | Charge Off | Foreclosure |

**To dispute online go to: http://transunion.com/disputeonline**

Scanned with CamScanner

# Your Investigation Results

INVESTIGATION RESULTS - INFORMATION UPDATED: A change was made to the item(s) based on your dispute.

USBK COURT NORTHERN TEXAS Docket #: 1942983 ( 501 W 10TH, RM 147, FORT WORTH, TX 76102, (817) 333-6000 )
We investigated the information you disputed and updated: **Plaintiff Attorney**. Here is how this item appears on your credit report following our investigation.

| | | | | | |
|---|---|---|---|---|---|
| Date Filed: | 07/24/2019 | Type: | CHAPTER 7 BANKRUPTCY | Court Type: | US Bankruptcy Court |
| Date Paid: | 01/13/2022 | | DISCHARGED | Plaintiff Attorney: | WELDON REED |
| Date Updated: | 10/21/2022 | Responsibility: | Individual Debt | | ALLMAND |

Estimated month and year that this item will be removed: 06/2029



P GYBFR-002 00379-I003594 (

Scanned with CamScanner

**INVESTIGATION RESULTS - VERIFIED AS ACCURATE:** The disputed item was verified as accurate.

**USBK COURT NORTHERN TEXAS Docket #: 1843836** ( 501 W 10TH, RM 147, FORT WORTH, TX 76102, (817) 333-6000 )

We investigated the information you disputed and the disputed information was **VERIFIED AS ACCURATE.** Here is how this item appears on your credit report following our investigation.

| Date Filed: | 09/28/2018 | Type: | CH 13 BANKRUPTCY | Court Type: | US Bankruptcy |
| Date Paid: | 04/30/2019 | | DISMISSED/CLOSED | | Court |
| Date Updated: | 05/02/2019 | Responsibility: | Individual Debt | Plaintiff Attorney: | WELDON REED |
| | | | | | ALLMAN |

**Estimated month and year that this item will be removed: 08/2025**

*** 434645921-004 ***
TransUnion LLC
PO Box 805
Woodlyn, PA 19094-0805

10/31/2022


Information for Good.

PGYBFR00200379-I003591-097638570
WAYNE JOSEPH ROCCAFORTE
505 NW LORNA ST
BURLESON, TX 76028-3405

Dear WAYNE JOSEPH ROCCAFORTE,

We understand that recently something on your credit report did not seem right to you. We take this matter seriously, and we want to make sure your TransUnion credit report is accurate. It's our commitment to you.

Our investigation of the dispute you submitted is now complete. After a review of your dispute and any provided documentation, we took one or more of the following action(s):

1. Updated your credit report based on the information you provided; OR
2. Determined that the information you disputed either does not appear on your credit file or already shows the requested status; OR
3. Determined that the data furnisher had previously verified the reported information. If any of the items you disputed were previously verified, a separate communication was sent to you listing those items along with the data furnisher's contact information; OR
4. Asked the data furnisher reporting the information you disputed to do all of the following:
   • Review relevant information we sent them, including any provided documents
   • Investigate your dispute and verify whether the information they report is accurate
   • Provide us a response to your dispute and update any other information
   • Update their records and systems, if necessary;

Should you wish to receive the above description of the procedures we used to investigate your dispute in a separate communication for your records, please contact TransUnion.

Your dispute is important. In the pages that follow, you will see your detailed investigation results, including the name and contact details of the source of the information. Please review the results carefully. To view a full copy of your credit report and for more information about how to read your credit report, please visit www.transunion.com/fullreport.

## How to Read Your Investigation Results

You will see that, for each disputed item, a summary explanation appears in the gray box, followed by a brief paragraph describing the results of our investigation, followed by a view of how the item appears in your updated credit report. Please note any changes we made to personal information (name, address, employment, SSN, date of birth) will appear at the end of **Your Investigation Results**.

Scanned with CamScanner

## A Note on Credit Report Updates

Information in your credit report is updated frequently which means items you disputed may not appear on your credit report or have already changed by the time we received your dispute. In most cases, the **Date Updated** represents the last time the account information was updated or reported by the data furnisher. Please note that this date may not change following our investigation of your dispute. For **Payment Received** and **Last Payment Made**, please keep in mind, the data may not represent very recent payment activity.

## Definitions

For your reference, here are some definitions to help you understand **Your Investigation Results.**

### For PUBLIC RECORDS:

| | |
|---|---|
| **Court Type:** The court where the item was filed | **Docket Number:** The number assigned to the item by the court |
| **Date Filed:** The date the item was filed | **Plaintiff:** The name of the party who initiated the item |
| **Date Paid:** The date the item was paid or otherwise, dismissed or discharged | **Type:** The nature of the public record filed |





P CYBER C03 00379 I003552 03-1/

Scanned with CamScanner

# Your Investigation Results

INVESTIGATION RESULTS - INFORMATION UPDATED: A change was made to the item(s) based on your dispute.

USBK COURT NORTHERN TEXAS Docket #: 1942983 ( 501 W 10TH, RM 147, FORT WORTH, TX 76102, (817) 333-6000 )

We investigated the information you disputed and updated: **Plaintiff Attorney**. Here is how this item appears on your credit report following our investigation.

| Date Filed: | 07/24/2019 | Type: | CHAPTER 7 BANKRUPTCY | Court Type: | US Bankruptcy Court |
| Date Paid: | 01/13/2022 | | DISCHARGED | Plaintiff Attorney: | WELDON REED |
| Date Updated: | 10/21/2022 | Responsibility: | Individual Debt | | ALLMAND |

Estimated month and year that this item will be removed: 06/2029

Scanned with CamScanner

**INVESTIGATION RESULTS - VERIFIED AS ACCURATE:** The disputed item was verified as accurate.

**USBK COURT NORTHERN TEXAS Docket #: 1843836** ( 501 W 10TH, RM 147, FORT WORTH, TX 76102, (817) 333-6000 )

We investigated the information you disputed and the disputed information was **VERIFIED AS ACCURATE.**
Here is how this item appears on your credit report following our investigation.

| | | | | | |
|---|---|---|---|---|---|
| Date Filed: | 09/28/2018 | Type: | CH 13 BANKRUPTCY | Court Type: | US Bankruptcy |
| Date Paid: | 04/30/2019 | | DISMISSED/CLOSED | | Court |
| Date Updated: | 05/02/2019 | Responsibility: | Individual Debt | Plaintiff Attorney: | WELDON REED |
| | | | | | ALLMAN |

Estimated month and year that this item will be removed: 08/2025



Information for Good.

··· 433795051-024 ···
TransUnion LLC
PO Box 805
Woodlyn, PA 19094-0805

10/26/2022

PGXMJ600202526-1037441-097567721

WAYNE JOSEPH ROCCAFORTE
505 NW LORNA ST
BURLESON, TX 76028-3405

Dear WAYNE JOSEPH ROCCAFORTE,

We understand that recently something on your credit report did not seem right to you. We take this matter seriously, and we want to make sure your TransUnion credit report is accurate. It's our commitment to you. In the pages that follow you will see a full copy of your credit report.

Scanned with CamScanner

WAYNE JOSEPH ROCCAFORTE



## YOUR CREDIT SCORE

| Your Score & Grade | Score & Grade Range | Where You Rank |
|---|---|---|
| Score **Not Purchased** (See Below) Grade – Created on 10/26/2022 Based on your TransUnion credit report, this is a depiction of your creditworthiness. | Unavailable (See Below) — 850 A — 780 B — 720 C — 660 D — 600 F — 300 The numerical score ranges from 850 to 300 equaling grade ranges from A to F. | Unavailable (See Below) — 100% — 50% — 0% Your credit ranks higher than --% of the nation's population. |

**Summary**
You did not order a TransUnion credit score. You can purchase your credit score for $9.95 by calling 1-866-SCORE-TU or 1-866-726-7388.

# Important Information Concerning <u>Your</u> TransUnion Credit Report:

- Your SSN has been masked for your protection. You may request disclosure of your full Social Security number by writing to us at the address found at the end of this report.
- For your protection, your account numbers have been partially masked, and in some cases scrambled.
- Please note: Accounts are reported as "Current; Paid or paying as agreed" if paid within 30 days of the due date. Accounts reported as Current may still incur late fees or interest charges if not paid on or before the due date.

### YOUR CREDIT FILE CONTAINS:

- Discharged Chapter 7 Bankruptcy. Discharged Chapter 7 Bankruptcy remains on your file for up to 10 years. See Public Record section for more information.
- Dismissed Chapter 13 Bankruptcy. Dismissed bankruptcies remain on your file for up to 7 years. See Public Record section for more information.
- One or more Adverse Accounts. Adverse information typically remains on your credit file for up to 7 years from the date of the delinquency. To help you understand what is generally considered adverse, we have added >brackets< or shading to those items in this report.
- One or more satisfactory accounts.
- Regular Inquiries. Inquiries are posted when someone accesses your credit information from TransUnion. The presence of an inquiry means that the company listed received your credit information on the dates specified. These inquiries will remain on your credit file for up to 2 years.
- Promotional Inquiries. The companies listed received your name, address and other limited information about you so they could make a firm offer of credit or insurance. They did not receive your full credit report. These inquiries are not seen by anyone but you and do not affect your score.
- Account Review Inquiries. The listing of a company's inquiry in this section means that they obtained information from your credit file in connection with an account review or other business transaction with you. These inquiries are not seen by anyone but you and will not be used in scoring your credit file (except insurance companies may have access to other insurance company inquiries, certain collection companies may have access to other collection company inquiries, and users of a report for employment purposes may have access to other employment inquiries, where permitted by law).
- A Consumer Statement. This statement will remain on your file until the expiration date shown.
- A Promotional Opt-Out. A promotional opt-out excludes you from promotional marketing lists that are provided by TransUnion.

Scanned with CamScanner

Date Issued: 10/26/2022

**TransUnion**

# Personal Information

SSN: XXX-XX-6906

You have been on our files since 09/01/1991

Date of Birth: 02/06/1968

**Names Reported:** WAYNE JOSEPH ROCCAFORTE and J ROCCAFORTE

## Addresses Reported:

| Address | Date Reported |
|---|---|
| 505 NW LORNA ST, BURLESON, TX 76028-3405 | 10/31/2017 |

## Telephone Numbers Reported:
(682) 215-6822      (682) 215-9974      (215) 977-9773

## Employment Data Reported:

| Employer Name | Date Verified | Position |
|---|---|---|
| UNIVERSAL PRESSURE PUMPIN | 04/29/2022 | |
| BJ SERVICES | 04/09/2018 | MECHANIC |
| THALE CONSTRUCTION | 08/01/2016 | MECHANIC |
| WOOD GROUP PAC | 09/30/2013 | |
| ROGERS OILFIELD | 07/02/2011 | |
| PAYTON WRIGHT FORD | 04/01/2003 | |

# Public Records

This section includes public record items from local, state and federal courts and other public record sources that TransUnion may have obtained itself or through a third party vendor. In order to learn the identity of the third-party vendor (if any) that collected the public record item(s) in this section, please visit https://www.transunion.com/legal/public-records.

**USBK COURT NORTHERN TEXAS** Docket #: 1942983 ( 501 W 10TH, RM 147, FORT WORTH, TX 76102, (817) 333-6000 )

| | | |
|---|---|---|
| Date Filed: 07/24/2019 | Type: CHAPTER 7 BANKRUPTCY DISCHARGED | Court Type: US Bankruptcy Court |
| Date Paid: 01/13/2022 | Responsibility: Individual Debt | Plaintiff Attorney: WELDON REED ALLMAN |
| Date Updated: 01/14/2022 | | |

Estimated month and year that this item will be removed: 06/2029

**USBK COURT NORTHERN TEXAS** Docket #: 1843836 ( 501 W 10TH, RM 147, FORT WORTH, TX 76102, (817) 333-6000 )

| | | |
|---|---|---|
| Date Filed: 09/28/2018 | Type: CH 13 BANKRUPTCY DISMISSED/CLOSED | Court Type: US Bankruptcy Court |
| Date Paid: 04/30/2019 | Responsibility: Individual Debt | Plaintiff Attorney: WELDON REED ALLMAN |
| Date Updated: 05/02/2019 | | |

Estimated month and year that this item will be removed: 08/2025

# Account Information

Typically, creditors report any changes made to your account information monthly. This means that some accounts listed below may not reflect the most recent activity until the creditor's next reporting. This information may include things such as balances, payments, dates, remarks, ratings, etc. The key(s) below are provided to help you understand some of the account information that could be reported. Pay Status represents the current status of accounts and indicates how you are currently paying. For accounts that have been paid and closed, sold, or transferred, Pay Status represents the last reported status of the account.

## Rating Key

Some creditors report the timeliness of your payments each month in relation to your agreement with them. The ratings in the key below describe the payments that may be reported by your creditors. Any rating that is shaded indicates that it is considered adverse. Please note: Some but not all of these ratings may be present in your credit report.

| N/R | X | OK | 30 | 60 | 90 | 120 | COL | VS | RPO | C/O | FC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Not Reported | Unknown | Current | 30 days late | 60 days late | 90 days late | 120+ days late | Collection | Voluntary Surrender | Repossession | Charge Off | Foreclosure |

To dispute online go to: http://transunion.com/disputeonline

Scanned with CamScanner

## Accounts with Adverse Information

**ARIVO ACCEPTANCE #2496**\*\* ( P O BOX 708310, SANDY, UT 84070, (801) 257-3342 )

| Date Opened: | 02/18/2020 | Balance: | |
|---|---|---|---|
| Responsibility: | Individual Account | Date Updated: | 10/07/2022 |
| Account Type: | Installment Account | Last Payment Made: 05/07/2021 | |
| Loan Type: | AUTOMOBILE | High Balance: | $26,258 |

Pay Status: >Account Included in Bankruptcy<
Date Closed: 07/24/2019
Date Paid: 07/24/2019

Remarks: >CHAPTER 7 BANKRUPTCY<

Estimated month and year that this item will be removed: 03/2028

| | 09/2022 | 08/2022 | 07/2022 | 06/2022 | 05/2022 | 04/2022 | 03/2022 | 02/2022 | 01/2022 | 12/2021 | 11/2021 | 10/2021 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | N/R | N/R | N/R | N/R | N/R | N/R | N/R | N/R | N/R | X | X | X |

| | 09/2021 | 08/2021 | 07/2021 | 06/2021 | 05/2021 | 04/2021 | 03/2021 | 02/2021 | 01/2021 | 12/2020 | 11/2020 | 10/2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | X | X | X | X | X | X | X | OK | OK | OK | OK | OK |

| | 09/2020 | 08/2020 | 07/2020 | 06/2020 | 05/2020 | 04/2020 | 03/2020 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | | | | | |

**CB INDIGO #510004524318**\*\*\*\* ( PO BOX 4499, BEAVERTON, OR 97076, (866) 946-9545 )

| Date Opened: | 06/22/2020 | Balance: | |
|---|---|---|---|
| Responsibility: | Individual Account | Date Updated: | 10/01/2021 |
| Account Type: | Revolving Account | Last Payment Made: 05/29/2021 | |
| Loan Type: | CREDIT CARD | High Balance: | $520 |
| | | Credit Limit: | $300 |

Pay Status: >Account Included in Bankruptcy<
Date Closed: 07/13/2021

Remarks: >CHAPTER 7 BANKRUPTCY<; PURCHASED BY ANOTHER LENDER; TRANSFERRED TO ANOTHER OFFICE

Estimated month and year that this item will be removed: 06/2028

| | 09/2021 | 08/2021 | 07/2021 | 06/2021 | 05/2021 | 04/2021 | 03/2021 | 02/2021 | 01/2021 | 12/2020 | 11/2020 | 10/2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | X | OK | OK | OK | OK | X | OK | OK | OK | OK | OK | OK |

| | 09/2020 | 08/2020 | 07/2020 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | | | | | | | | | |

**CBW/CREDITFRESH #26510**\*\* ( 200 CONTINENTAL DRIVE, SUITE 401, NEWARK, DE 19713, (800) 766-2007 )

| Date Opened: | 04/28/2021 | Balance: | |
|---|---|---|---|
| Responsibility: | Individual Account | Date Updated: | 11/25/2021 |
| Account Type: | Line of Credit Account | Last Payment Made: 06/18/2021 | |
| Loan Type: | LINE OF CREDIT | High Balance: | $3,718 |
| | | Credit Limit: | $3,125 |

Pay Status: >Account Included in Bankruptcy<
Date Closed: 07/24/2019
Date Paid: 07/24/2019

Remarks: >CHAPTER 7 BANKRUPTCY<

Estimated month and year that this item will be removed: 06/2026

| | 10/2021 | 09/2021 | 08/2021 | 07/2021 | 06/2021 | 05/2021 |
|---|---|---|---|---|---|---|
| Rating | X | X | X | X | X | OK |

**Contnental Finance Company #516648860190**\*\*\*\* ( 4550 New Linden Hill Rd, ste 400, Wilmington, DE 19808, (866) 449-4514 )

| Date Opened: | 07/21/2020 | Balance: | |
|---|---|---|---|
| Responsibility: | Individual Account | Date Updated: | 09/25/2022 |
| Account Type: | Revolving Account | Last Payment Made: 04/09/2021 | |
| Loan Type: | CREDIT CARD | High Balance: | $728 |
| | | Credit Limit: | $400 |

Pay Status: >Account Included in Bankruptcy<
Date Closed: 09/14/2021

Remarks: >CHAPTER 7 BANKRUPTCY<; CLOSED

Estimated month and year that this item will be removed: 04/2028

| | 08/2022 | 07/2022 | 06/2022 | 05/2022 | 04/2022 | 03/2022 | 02/2022 | 01/2022 | 12/2021 | 11/2021 | 10/2021 | 09/2021 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | X | X | X | X | X | X | X | X | X | X | X | X |

| | 08/2021 | 07/2021 | 06/2021 | 05/2021 | 04/2021 | 03/2021 | 02/2021 | 01/2021 | 12/2020 | 11/2020 | 10/2020 | 09/2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | X | X | X | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 08/2020 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | | | | | | | | | | | |

**EDUCATIONAL ECU #1000010263144**\*\*\*\* ( 1617 W 7TH ST, FORT WORTH, TX 76102-2503, (817) 882-0800 )

| Date Opened: | 10/24/2019 | Balance: | |
|---|---|---|---|
| Responsibility: | Individual Account | Date Updated: | 10/31/2021 |
| Account Type: | Open Account | High Balance: | $1,171 |
| Loan Type: | DEPOSIT ACCT OVRDRFT PROTECTN | | |

Pay Status: >Account Included in Bankruptcy<
Date Closed: 07/24/2019
Date Paid: 07/24/2019

Remarks: >CHAPTER 7 BANKRUPTCY<

Estimated month and year that this item will be removed: 06/2026

Scanned with CamScanner

Consumer Credit Report for WAYNE JOSEPH ROCCAFORTE                    File Number: 433795051  Date Issued: 10/26/2022

**FIG TECH INC #EL204****** ( 9450 SW GEMINI DR, SUITE 9313, BEAVERTON, OR 97008-7105, (832) 802-0344 )

| | |
|---|---|
| Date Opened: | 03/26/2021 |
| Responsibility: | Individual Account |
| Account Type: | Installment Account |
| Loan Type: | UNSECURED |

| | |
|---|---|
| Balance: | |
| Date Updated: | 03/10/2022 |
| Last Payment Made: | 06/08/2021 |
| High Balance: | $800 |

Pay Status: ›Account Included in Bankruptcy‹

Remarks: ›CHAPTER 7 BANKRUPTCY‹

Estimated month and year that this item will be removed: 07/2028

| | 02/2022 | 01/2022 | 12/2021 | 11/2021 | 10/2021 | 09/2021 | 08/2021 | 07/2021 | 06/2021 | 05/2021 | 04/2021 | 03/2021 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | X | X | X | X | X | X | X | OK | OK | OK | X | OK |

**WEBBANK/FINGERHUT #636992150793****** ( 13300 PIONEER TRAIL, EDEN PRAIRIE, MN 55347, (866) 734-0342 )

| | |
|---|---|
| Date Opened: | 03/26/2020 |
| Responsibility: | Individual Account |
| Account Type: | Revolving Account |
| Loan Type: | CHARGE ACCOUNT |

| | |
|---|---|
| Balance: | |
| Date Updated: | 01/19/2022 |
| Last Payment Made: | 06/22/2021 |
| High Balance: | $662 |
| Credit Limit: | $1,300 |

Pay Status: ›Account Included in Bankruptcy‹
Date Closed: 09/21/2021

Remarks: ›CHAPTER 7 BANKRUPTCY‹

Estimated month and year that this item will be removed: 07/2028

| | 12/2021 | 11/2021 | 10/2021 | 09/2021 | 08/2021 | 07/2021 | 06/2021 | 05/2021 | 04/2021 | 03/2021 | 02/2021 | 01/2021 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | X | X | X | X | X | OK | OK | OK | OK | OK | OK | OK |

| | 12/2020 | 11/2020 | 10/2020 | 09/2020 | 08/2020 | 07/2020 | 06/2020 | 05/2020 | 04/2020 |
|---|---|---|---|---|---|---|---|---|---|
| Rating | X | X | OK | OK | OK | OK | OK | OK | OK |

## Satisfactory Accounts

**AARONS SALES AND LEASE O #C1667****** ( 400 GALLERIA PKWY, SUITE 400, PASADENA, GA 30339, (626) 765-8760 )

| | |
|---|---|
| Date Opened: | 07/17/2012 |
| Responsibility: | Individual Account |
| Account Type: | Installment Account |
| Loan Type: | LEASE |

| | |
|---|---|
| Balance: | $0 |
| Date Updated: | 06/30/2014 |
| Payment Received: | $0 |
| Last Payment Made: | 06/30/2014 |
| High Balance: | $1,080 |

Pay Status:  Paid, Closed; was Paid as agreed
Terms:  $0 per month, paid Monthly for 24 months
Date Closed: 06/30/2014

Remarks: CLOSED

**AUSTIN CAPITAL BANK SSB #8A2090****** ( 8100 Shoal Creek, AUSTIN, TX 78757, (512) 693-3600 )

| | |
|---|---|
| Date Opened: | 07/21/2022 |
| Responsibility: | Individual Account |
| Account Type: | Installment Account |
| Loan Type: | SECURED |

| | |
|---|---|
| Date Updated: | 09/30/2022 |
| Payment Received: | $30 |
| Last Payment Made: | 09/21/2022 |

Pay Status:  Current; Paid or Paying as Agreed
Terms:  $30 per month, paid Monthly for 120 months

High Balance: High balance of $2,500 from 07/2022 to 09/2022

| | 09/2022 | 08/2022 | 07/2022 |
|---|---|---|---|
| Balance | $2,470 | $2,470 | $2,470 |
| Scheduled Payment | $30 | $30 | $30 |
| Amount Paid | $30 | $0 | $30 |
| Past Due | $0 | $0 | $0 |
| Rating | OK | OK | OK |

**BANK OF AMERICA, N.A. #5588****** ( 4909 SAVARESE CIRCLE, FL1-908-01-47, Tampa, FL 33634, (800) 669-6607 )

| | |
|---|---|
| Date Opened: | 04/26/2004 |
| Responsibility: | Joint Account |
| Account Type: | Mortgage Account |
| Loan Type: | CONVENTIONAL REAL ESTATE MTG |

| | |
|---|---|
| Balance: | $0 |
| Date Updated: | 04/30/2013 |
| Payment Received: | $2,621 |
| Last Payment Made: | 04/29/2013 |
| High Balance: | $178,830 |

Pay Status:  Transferred; was Paying as agreed
Terms:  $0 per month, paid Monthly for 360 months
Date Closed: 04/30/2013

Mortgage Info: Fannie Mae ID #1000130 Acct #1695531692
Remarks: TRANSFERRED TO ANOTHER LENDER; TRANSFERRED TO ANOTHER OFFICE

| | 03/2013 | 02/2013 | 01/2013 | 12/2012 | 11/2012 | 10/2012 | 09/2012 | 08/2012 | 07/2012 | 06/2012 | 05/2012 | 04/2012 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 03/2012 | 02/2012 | 01/2012 | 12/2011 | 11/2011 | 10/2011 | 09/2011 | 08/2011 | 07/2011 | 06/2011 | 05/2011 | 04/2011 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 03/2011 | 02/2011 | 01/2011 | 12/2010 | 11/2010 | 10/2010 | 09/2010 | 08/2010 | 07/2010 | 06/2010 | 05/2010 | 04/2010 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 03/2010 |
|---|---|
| Rating | OK |

To dispute online go to: http://transunion.com/disputeonline

Scanned with CamScanner

**CAPITAL ONE / CABELAS** #515678833765**** ( PO BOX 31293, SALT LAKE CITY, UT 84131, (800) 955-7070 )

Date Opened: 10/17/2021     Date Updated: 10/15/2022     Pay Status: Current; Paid or Paying as Agreed
Responsibility: Individual Account     Last Payment Made: 10/11/2022     Terms: $27 per month, paid Monthly
Account Type: Revolving Account
Loan Type: CREDIT CARD

High Balance: High balance of $266 from 11/2021 to 11/2021; $337 from 12/2021 to 01/2022; $338 from 02/2022 to 03/2022; $357 from 04/2022 to 10/2022
Credit Limit: Credit limit of $300 from 11/2021 to 10/2022

|  | 10/2022 | 09/2022 | 08/2022 | 07/2022 | 06/2022 | 05/2022 | 04/2022 | 03/2022 | 02/2022 | 01/2022 | 12/2021 | 11/2021 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $295 | $152 | $239 | $162 | $135 | $190 | $117 | $300 | $338 | $243 | $337 | $266 |
| Scheduled Payment | $27 | $27 | $27 | $27 | $27 | $27 | $27 | $27 | $36 | $27 | $36 | $27 |
| Amount Paid |  | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Past Due | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

**DUVERA** #2486**** ( 3220 EXECUTIVE RIDGE, SUITE 200, VISTA, CA 92081, (866) 438-8372 )

Date Opened: 10/12/2017     Balance: $0     Pay Status: Paid, Closed; was Paid as agreed
Responsibility: Individual Account     Date Updated: 01/08/2018     Terms: $0 per month, paid Bi-weekly for
Account Type: Installment Account     Payment Received: $425     12 months
Loan Type: INSTALLMENT SALES CONTRACT     Last Payment Made: 01/08/2018     Date Closed: 01/08/2018
    High Balance: $1,112

Remarks: CLOSED

|  | 12/2017 | 11/2017 | 10/2017 |
|---|---|---|---|
| Rating | OK | OK | OK |

**FIRST PREMIER BANK** #517800694819**** ( 3820 N LOUISE AVE, SIOUX FALLS, SD 57107-0145, (800) 987-5521 )

Date Opened: 08/19/2022     Date Updated: 10/21/2022     Pay Status: Current; Paid or Paying as Agreed
Responsibility: Individual Account     Payment Received: $487     Terms: $32 per month, paid Monthly
Account Type: Revolving Account     Last Payment Made: 10/12/2022
Loan Type: CREDIT CARD

High Balance: High balance of $33 from 08/2022 to 08/2022; $371 from 09/2022 to 09/2022; $451 from 10/2022 to 10/2022
Credit Limit: Credit limit of $500 from 08/2022 to 10/2022

|  | 10/2022 | 09/2022 | 08/2022 |
|---|---|---|---|
| Balance | $451 | $337 | $33 |
| Scheduled Payment | $32 | $30 | $30 |
| Amount Paid | $487 | $357 | $0 |
| Past Due | $0 | $0 | $0 |
| Rating | OK | OK | OK |

**NATIONSTAR MORTGAGE LLC** #60886**** ( 8950 CYPRESS WATERS BLVD, DALLAS, TX 75063, (888) 480-2432 )

Date Opened: 04/26/2004     Balance: $0     Pay Status: Paid, Closed; was Paid as agreed
Responsibility: Joint Account     Date Updated: 03/09/2016     Terms: Monthly for 360 months
Account Type: Mortgage Account     Payment Received: $139,807     Date Closed: 03/09/2016
Loan Type: CONVENTIONAL REAL ESTATE MTG     Last Payment Made: 03/09/2016
    High Balance: $178,830

Remarks: CLOSED

|  | 02/2016 | 01/2016 | 12/2015 | 11/2015 | 10/2015 | 09/2015 | 08/2015 | 07/2015 | 06/2015 | 05/2015 | 04/2015 | 03/2015 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

|  | 02/2015 | 01/2015 | 12/2014 | 11/2014 | 10/2014 | 09/2014 | 08/2014 | 07/2014 | 06/2014 | 05/2014 | 04/2014 | 03/2014 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

|  | 02/2014 | 01/2014 | 12/2013 | 11/2013 | 10/2013 | 09/2013 | 08/2013 | 07/2013 | 06/2013 |
|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | X |

**THE BANK OF MISSOURI - TOTAL VISA** #405731030590**** ( 2700 S LORRAINE PLACE, SIOUX FALLS, SD 57106, (844) 548-9721 )

Date Opened: 03/27/2017     Balance: $0     Pay Status: Current; Paid or Paying as Agreed
Responsibility: Individual Account     Date Updated: 10/03/2018     Terms: Paid Monthly
Account Type: Revolving Account     Payment Received: $0     Date Closed: 08/27/2017
Loan Type: CREDIT CARD     Last Payment Made: 05/16/2018
    High Balance: $363
    Credit Limit: $350

Remarks: CREDIT CARD LOST OR STOLEN

|  | 09/2018 | 08/2018 | 07/2018 | 06/2018 | 05/2018 | 04/2018 | 03/2018 | 02/2018 | 01/2018 | 12/2017 | 11/2017 | 10/2017 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

|  | 09/2017 | 08/2017 | 07/2017 | 06/2017 | 05/2017 | 04/2017 |
|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK |

To dispute online go to: http://transunion.com/disputeonline

Scanned with CamScanner

File Number: 433795051  Date Issued: 10/26/2022

**WEST CREEK FINANCIAL DBA KOALAFI #4550****** ( 424 HULL STREET, SUITE 600, RICHMOND, VA 23224, (844) 937-8275 )

| | | |
|---|---|---|
| Date Opened: 06/29/2019 | Balance: $0 | Pay Status: Paid, Closed; was Paid as agreed |
| Responsibility: Individual Account | Date Updated: 10/25/2019 | Terms: $0 per month, paid Weekly for 52 |
| Account Type: Installment Account | Payment Received: $110 | months |
| Loan Type: LEASE | Last Payment Made: 10/25/2019 | Date Closed: 10/25/2019 |
| | High Balance: $1,561 | |

Remarks: CLOSED

| | 09/2019 | 08/2019 | 07/2019 | 06/2019 |
|---|---|---|---|---|
| Rating | OK | OK | OK | OK |

## Regular Inquiries

FIRST PREMIER BANK ( 3820 N LOUISE AVE, SIOUX FALLS, SD 57104, Phone number not available )
Requested On: 08/16/2022
Inquiry Type: Individual

TBOMVERVENT FIRST ACCESS ( PO BOX 89028, SIOUX FALLS, SD 57109, (877) 259-3755 )
Requested On: 07/22/2022
Inquiry Type: Individual

ROCKET MORTGAGE LLC via CREDCOCREDCO ( 10277 SCRIPPS RANCH BOULE, SAN DIEGO, CA 92131, (619) 938-7026 )
Permissible Purpose: CREDIT TRANSACTION
Requested On: 06/07/2022
Inquiry Type: Individual

CAPITAL ONE AUTO FINANCE ( 3905 N DALLAS PARKWAY, PLANO, TX 75093, (800) 946-0332 )
Requested On: 05/27/2022, 04/29/2022
Inquiry Type: Individual

FLAGSHIP CREDIT ACCEPTANC ( PO BOX 3807, COPPELL, TX 75019, (800) 707-0114 )
Requested On: 05/27/2022, 04/29/2022
Inquiry Type: Individual

PRESTIGE FINANCIAL ( 351 W OPPORTUNITY WAY, DRAPER, UT 84020, (888) 822-7422 )
Requested On: 05/26/2022
Inquiry Type: Individual

TIDEWATER FINANCE CO ( 6520 INDIAN RIVER RD, VIRGINIA BEACH, VA 23464, (888) 413-1083 )
Requested On: 05/26/2022
Inquiry Type: Individual

CONSUMER PORTFOLIO SERVI ( 19500 JAMBOREE ROAD, IRVINE, CA 92612, (888) 469-4520 )
Requested On: 05/26/2022
Inquiry Type: Individual

HUFFINES CHRYSLER JE via NCCHUFFINES CHRYSLER JEE ( 1024 S STEMMONS FWY, LEWISVILLE, TX 75067, (972) 538-4100 ) Inquiry Type: Individual
Permissible Purpose: CREDIT TRANSACTION
Requested On: 05/26/2022

FEB GENESIS ( PO BOX 4499, BEAVERTON, OR 97076, (866) 502-6439 )
Requested On: 05/10/2022
Inquiry Type: Participant

SYNCHRONY FINANCIAL ( PO BOX 8726, DAYTON, OH 45401, (800) 924-2927 )
Requested On: 05/10/2022, 05/07/2022, 05/07/2022
Inquiry Type: Individual

REGIONAL ACCEPTANCE ( 1424 E FIRE TOWER, GREENVILLE, NC 27858, (919) 766-1388 )
Requested On: 04/29/2022
Inquiry Type: Individual

BANKSTON FORD MAZDA via BANKSTON FORD MAZDA FT WO ( 5000 BRYANT IRVIN RD, FORT WORTH, TX 76132, Phone
number not available )
Permissible Purpose: CREDIT TRANSACTION
Requested On: 04/29/2022
Inquiry Type: Individual

CRESCENT BANK-BATON ROUGE ( 2121 AIRLINE DRIVE, METAIRIE, LA 70001, (866) 208-8288 )
Requested On: 04/29/2022
Inquiry Type: Individual

PAYPAL via SYNCBPAYPAL ( PO BOX 5138, LUTHERVILLE TIMONIUM, MD 21094, (866) 528-3733 )
Permissible Purpose: CREDIT TRANSACTION
Requested On: 04/10/2022, 04/27/2021
Inquiry Type: Individual

SYNCBJC PENNEY PLCC ( PO BOX 965007, ORLANDO, FL 32896, (866) 227-5213 )
Requested On: 04/08/2022
Inquiry Type: Individual

SYNCBHARBOR ( PO BOX 965022, ORLANDO, FL 32896, (855) 341-3108 )
Requested On: 03/11/2022
Inquiry Type: Individual

SYNCBAMAZON ( PO BOX 530975, ATLANTA, GA 30353, (855) 597-4891 )
Requested On: 11/01/2021, 11/01/2021
Inquiry Type: Individual

To dispute online go to: http://transunion.com/disputeonline

Scanned with CamScanner

Consumer Credit Report for WAYNE ROCCAFORTE

Case 3:23-cv-00337-X-BW    Document 10    Filed 03/24/23    Page 41 of 115    PageID 79
Date Issued: 10/26/2022

**CAPITAL ONECABELAS** ( 15000 CAPITAL ONE DRIVE, US364412, RICHMOND, VA 23238, (800) 955-7070 )
Requested On: 10/17/2021

Inquiry Type: Individual

**HILEY HYUNDAI via 700CRHILEY HYUNDAI** ( 320 N. BURLESON BLVD, BURLESON, TX 76028, (817) 945-9900 )
Permissible Purpose: CREDIT TRANSACTION
Requested On: 04/15/2021

Inquiry Type: Individual

**ONEMAIN FINANCIAL** ( P.O. BOX 3327, EVANSVILLE, IN 47706, (844) 298-9773 )
Requested On: 02/10/2021

Inquiry Type: Individual

**TOLEDO FINANCE CORPORATE** ( 344 SW WILSHIRE BLVD., SUITE G, BURLESON, TX 76028, (936) 598-2776 )
Requested On: 11/30/2020

Inquiry Type: Individual

## Promotional Inquiries

**TRANSUNION INTERACTIVE / CREDIT SESAME** ( 607 WEST DANA ST., SAN JOSE, CA 95120, (855) 799-9111 )
Requested On: 07/21/2022, 07/01/2022, 06/10/2022, 06/09/2022, 05/01/2022, 04/20/2022, 03/23/2022, 02/17/2022, 01/29/2022, 01/20/2022, 01/17/2022,
12/20/2021, 12/16/2021, 12/05/2021, 12/01/2021, 11/19/2021, 10/28/2021

**TRANSUNION CONSUMER INTE** ( 100 CROSS STREET, SAN LUIS OBISP, CA 93401, (805) 782-8282 )
Requested On: 07/21/2022, 07/01/2022, 06/10/2022, 06/09/2022, 05/01/2022, 04/20/2022, 03/23/2022, 10/28/2021

## Account Review Inquiries

**WAYNE ROCCAFORTE via TRANSUNION INTERACTIVE** ( 100 CROSS STREET 202, SAN LUIS OBISPO, CA 93401, (844) 580-6816 )
Permissible Purpose: CONSUMER REQUEST
Requested On: 10/22/2022

**TRANSUNION CONSUMER INTE** ( 760 MARKET STREET 10TH FLOOR, SAN FRANCISCO, CA 94102, (844) 580-6816 )
Permissible Purpose: CREDIT MONITORING
Requested On: 10/20/2022, 10/17/2022, 10/10/2022, 10/01/2022, 09/28/2022, 09/24/2022, 09/23/2022, 09/12/2022, 09/03/2022, 09/01/2022, 08/29/2022,
08/24/2022, 08/18/2022, 08/10/2022, 08/01/2022, 07/28/2022, 07/25/2022, 07/21/2022, 07/01/2022, 06/29/2022, 06/22/2022, 06/10/2022, 06/09/2022,
06/03/2022, 06/01/2022, 05/30/2022, 05/28/2022, 05/26/2022, 05/20/2022, 05/19/2022, 05/12/2022, 05/09/2022, 05/05/2022, 05/02/2022, 05/02/2022,
04/28/2022, 04/27/2022, 04/21/2022, 04/20/2022, 04/15/2022, 04/12/2022, 04/11/2022, 04/09/2022, 04/01/2022, 03/30/2022, 03/23/2022

**CAPITAL ONE** ( P O Box 31293, Salt Lake City, UT 84131, (800) 955-7070 )
Requested On: 10/19/2022, 10/09/2022

**CREDIT SESAME, INC.** ( 444 CASTRO ST., STE 500, STE 500, MOUNTAIN VIEW, CA 94041, (866) 720-0893 )
Permissible Purpose: WRITTEN AUTHORIZATION
Requested On: 10/18/2022, 10/11/2022, 10/04/2022, 09/27/2022, 09/20/2022, 09/13/2022, 09/06/2022, 08/30/2022, 08/23/2022, 08/16/2022, 08/09/2022,
08/02/2022, 07/29/2022, 07/19/2022, 07/12/2022, 07/05/2022, 06/29/2022, 06/21/2022, 06/14/2022, 06/07/2022, 05/31/2022, 05/24/2022, 05/24/2022,
05/16/2022, 05/09/2022

**CONSUMERINFO.COM** ( 475 ANTON BLVD, COSTA MESA, CA 92626, (888) 397-3742 )
Requested On: 10/13/2022, 09/28/2022, 09/28/2022, 09/23/2022, 09/23/2022, 09/23/2022, 09/23/2022, 09/18/2022, 09/15/2022, 09/04/2022, 08/31/2022,
08/29/2022

**KLARNA** ( 629 NORTH HIGH STREET SUI, TE 300, COLUMBUS, OH 43215, (844) 552-7621 )
Requested On: 10/12/2022

**UPSTART NETWORK INC** ( 2 CIRCLE STAR WAY, 2ND FLOOR, SAN CARLOS, CA 94070, (650) 204-1000 )
Requested On: 10/11/2022, 09/08/2022, 05/15/2021

**UPGRADE** ( 275 BATTERY ST SUITE 2300, SAN FRANCISCO, CA 94104, (855) 997-3100 )
Requested On: 10/11/2022, 09/08/2022, 07/24/2022, 03/26/2021, 02/10/2021

**PROSPERWEBBANK** ( PROSPER WEBBANK, 221 MAIN STREET SUITE 300, SAN FRANCISCO, CA 94105, (866) 615-6319 )
Requested On: 10/11/2022, 09/08/2022

**SEARCH ROI LLC** ( 8900 STATE LINE ROAD, SUITE 200, LEAWOOD, KS 66206, (913) 766-5600 )
Permissible Purpose: INSURANCE UNDERWRITING
Requested On: 10/11/2022

**WAYNE ROCCAFORTE via CREDITWISE CAPONETUI** ( 1680 CAPITAL ONE DRIVE, MCLEAN, VA 22012, (877) 383-4802 )
Permissible Purpose: CONSUMER REQUEST
Requested On: 10/12/2022, 09/28/2022, 09/21/2022, 09/09/2022, 09/01/2022, 08/24/2022, 08/05/2022, 07/19/2022, 07/11/2022, 06/26/2022, 06/10/2022,
05/28/2022, 04/30/2022, 04/07/2022, 03/11/2022

**MONEVO INC** ( 8910 UNIVERSITY CNTR LANE, SUITE 400, SAN DIEGO, CA 92122, (619) 330-7083 )
Permissible Purpose: WRITTEN AUTHORIZATION
Requested On: 10/06/2022, 09/23/2022, 09/19/2022, 09/10/2022, 06/24/2022



To dispute online go to: http://transunion.com/disputeonline

Scanned with CamScanner

**VP TEXAS HEALTH via TEXAS HEALTH RESOURCES** ( 612 E LAMAR BLVD, ARLINGTON, TX 76011, (866) 459-4408 )
Permissible Purpose: TO ACQUIRE/SERVICE/INSURE ACCOUNT
Requested On: 10/04/2022, 02/19/2022, 11/11/2021

**PREMIER BANK CARD - POST** ( 3820 N LOUISE AVE, SIOUX FALLS, SD 57107, (800) 987-5521 )
Requested On: 10/04/2022

**FTSELF LENDER INC.** ( 101 W 6TH STREET, SUITE 517, AUSTIN, TX 78701, (877) 883-0999 )
Permissible Purpose: CREDIT TRANSACTION
Requested On: 10/03/2022

**TRANSUNION INTERACTIVE** ( 100 CROSS STREET, SUITE 202, SAN LUIS OBISPO, CA 93401, (805) 782-8282 )
Requested On: 10/03/2022

**SYNCHRONY BANK** ( PO BOX 628406, ORLANDO, FL 32862, (855) 411-4729 )
Requested On: 10/03/2022

**FACTORTRUST INCNISWI DBA** ( P.O. BOX 542, LAC DU FLAMBEAU, WI 54538, (877) 558-1999 )
Permissible Purpose: CREDIT TRANSACTION
Requested On: 10/01/2022, 10/01/2022, 09/28/2022, 09/28/2022, 09/19/2022, 09/19/2022, 07/22/2021, 07/22/2021

**FTNISWI** ( P.O. BOX 542, LAC DU FLAMBEAU, WI 54538, (877) 558-1999 )
Permissible Purpose: CREDIT TRANSACTION
Requested On: 10/01/2022, 09/28/2022, 09/19/2022, 07/22/2021

**WAYNE ROCCAFORTE via KARMATRANSUNION INTERACT** ( 100 CROSS STREET, SAN LUIS OBISPO, CA 93401, (844) 580-6816 )
Permissible Purpose: CONSUMER REQUEST
Requested On: 09/30/2022

**AUSTIN CAPITAL BANK SSB** ( 512 EAST RIVERSIDE DR, SUITE 100, AUSTIN, TX 78704, (512) 366-7515 )
Permissible Purpose: ACCOUNT REVIEW
Requested On: 09/29/2022, 08/29/2022, 07/29/2022

**SOFI BANK NATIONAL ASSN** ( 2750 COTTONWOOD PARKWAY, SUITE 300, COTTONWOOD HEIGHTS, UT 84121, (855) 456-7634 )
Requested On: 09/28/2022

**PAGAYASOFI** ( 135 E 57TH STREET 19 FL, NEW YORK, NY 10022, (646) 710-7714 )
Requested On: 09/28/2022

**FTCPCWA POWER FINANCE** ( 8807 W SAM HOUSTON PKWY, SUITE 2, HOUSTON, TX 77040, (800) 585-6686 )
Permissible Purpose: CREDIT TRANSACTION
Requested On: 09/28/2022, 09/28/2022, 09/19/2022, 09/19/2022, 05/14/2021, 05/14/2021

**CONSUMERINFO via CIEXP CSIDPROD** ( 535 ANTON BLVD SUITE 100, COSTA MESA, CA 92626, (949) 567-3762 )
Permissible Purpose: CONSUMER REQUEST
Requested On: 09/28/2022, 03/29/2022, 07/21/2022, 06/21/2022

**FTWELENDUS** ( 5960 BERKSHIRE LANE, 6TH FLOOR, DALLAS, TX 75225, (833) 933-2080 )
Permissible Purpose: CREDIT TRANSACTION
Requested On: 09/23/2022

**CAPITAL ONE** ( P O Box 31293, Salt Lake City, UT 84131, (800) 955-7070 )
Requested On: 09/23/2022, 09/22/2022, 09/09/2022, 09/09/2022, 08/23/2022, 08/17/2022, 08/09/2022, 08/02/2022, 07/20/2022, 07/09/2022, 06/21/2022, 06/09/2022, 06/09/2022, 06/09/2022, 06/08/2022, 05/27/2022, 05/19/2022, 05/09/2022, 05/09/2022, 05/09/2022, 04/30/2022, 04/19/2022, 04/09/2022, 04/01/2022, 03/22/2022, 03/09/2022, 02/16/2022, 02/09/2022, 01/19/2022, 01/09/2022, 12/19/2021, 12/09/2021, 12/05/2021, 12/02/2021, 11/18/2021, 11/09/2021

**ON THE BARRELHEAD INC** ( 1309 E 3RD AVE, UNIT 202, DURANGO, CO 81301, (314) 359-9248 )
Permissible Purpose: WRITTEN AUTHORIZATION
Requested On: 09/22/2022, 07/24/2022, 06/24/2022

**NERDWALLET COMPARE INC** ( 55 HAWTHORNE STREET, SAN FRANCISCO, CA 94105, (412) 654-1311 )
Permissible Purpose: WRITTEN AUTHORIZATION
Requested On: 09/22/2022, 07/24/2022

**UPGRADE** ( 275 BATTERY ST SUITE 2300, SAN FRANCISCO, CA 94104, (855) 997-3100 )
Requested On: 09/19/2022, 06/24/2022, 07/22/2021, 04/28/2021, 11/28/2020

**TRANSUNION INTERACTIVE** ( 100 CROSS STREET, SUITE 202, SAN LUIS OBISPO, CA 93401, (805) 782-8282 )
Requested On: 09/02/2022, 06/21/2022, 04/14/2021

**770872066 via CREDITWISE CAPONETUI** ( 1680 CAPITAL ONE DRIVE, MCLEAN, VA 22102, (877) 383-4802 )
Permissible Purpose: CREDIT MONITORING
Requested On: 08/23/2022

To dispute online go to: http://transunion.com/disputeonline

Scanned with CamScanner

FTMAKWA ( P.O. BOX 343, LAC DU FLAMBEAU, WI 54538, (855) 853-4392 )
Permissible Purpose: CREDIT TRANSACTION
Requested On: 08/15/2022

FTMAKWA LLC ( P.O. BOX 343, LAC DU FLAMBEAU, WI 54538, (855) 853-4392 )
Permissible Purpose: CREDIT TRANSACTION
Requested On: 08/15/2022, 08/15/2022

FTMAKES CENTS DBA MAX LEND ( P. O. BOX 639, PARSHALL, ND 58770, (877) 936-4336 )
Permissible Purpose: CREDIT TRANSACTION
Requested On: 08/15/2022, 07/22/2021, 05/14/2021, 04/28/2021, 04/08/2021, 03/26/2021, 02/10/2021, 12/16/2020, 11/27/2020

MISSION LANETAB BANK ( PO BOX 105286, ATLANTA, GA 30304, (855) 790-8860 )
Requested On: 08/12/2022

AFFIRM INC ( 650 CALIFORNIA STREET, FLOOR 12, SAN FRANCISCO, CA 94108, (855) 423-3729 )
Requested On: 07/24/2022, 07/23/2022

FTAUSTIN CAPITAL BANK SS ( 8100 SHOAL CREEK BLVD, AUSTIN, TX 78757, (512) 693-3600 )
Permissible Purpose: CREDIT TRANSACTION
Requested On: 07/21/2022

FIRSTSOURCE ADVANTAGE LLC ( 7715 NW 48 ST, SUITE 100, MIAMI, FL 33166, (800) 486-9164 )
Requested On: 06/27/2022

AMSHER COLLECTIONS ( 4524 SOUTHLAKE PARKWAY, SUITE 15, HOOVER, AL 35244, (800) 955-7632 )
Requested On: 06/22/2022

WAYNE ROCCAFORTE via TUCI - PROGEXION DISPUTES ( 100 CROSS STREET, SUITE 101, SAN LUIS OBISPO, CA 93401, (844) 580-6816 )
Permissible Purpose: CONSUMER REQUEST
Requested On: 06/20/2022

PROGREXION via PROGREXION ASG INC ( 330 N CUTLER DRIVE, NORTH SALT LAKE, UT 84054, (888) 586-0184 )
Permissible Purpose: CONSUMER REQUEST
Requested On: 06/20/2022

FLAGSHIP CREDIT ACCEPTANC ( 3 CHRISTY DRIVE, SUITE 203, CHADDS FORD, PA 19317, (800) 707-0114 )
Requested On: 05/27/2022, 04/29/2022

ALLY FINANCIAL ( 200 RENAISSANCE CTR, DETROIT, MI 48265, (866) 710-4623 )
Requested On: 05/27/2022, 04/29/2022

GMFINANCIAL ( 801 CHERRY STREET, FORT WORTH, TX 76102, (800) 284-2271 )
Permissible Purpose: INSURANCE UNDERWRITING
Requested On: 05/27/2022, 05/26/2022, 04/29/2022

PAGAYACONSUMER PORT ( 135 E 57TH STREET 19 FL, NEW YORK, NY 10022, (646) 710-7714 )
Requested On: 05/26/2022

PAGAYAFLAGSHIP CREDIT AC ( 135 E 57TH STREET 19 FL, NEW YORK, NY 10022, (646) 710-7714 )
Requested On: 04/29/2022

GREENWAVE FINANCE LLC ( 3940 TRAVERSE MTN BLVD, LEHI, UT 84043, (385) 645-1650 )
Requested On: 04/01/2022

AMERICAN FIRST FINANCE ( 3515 N RIDGE RD 200, WICHITA, KS 67205, (855) 721-1188 )
Requested On: 04/01/2022

PATHCD1-DCIDA ( 3187 RED HILL AVE, STE 100, COSTA MESA, CA 92626, (714) 431-0005 x2080 )
Requested On: 03/19/2022

TRANSUNION CONSUMER INTE ( 760 MARKET STREET 10TH FLOOR, SAN FRANCISCO, CA 94102, (844) 580-6816 )
Requested On: 03/16/2022, 03/14/2022, 03/09/2022, 03/03/2022, 03/02/2022, 03/01/2022, 10/27/2021

COMMONWEALTH CASUALTY COM ( 2500 N 24TH ST, PHOENIX, AZ 85008, (877) 603-1310 )
Permissible Purpose: INSURANCE UNDERWRITING
Requested On: 03/10/2022

LIBERTY MUTUAL ( PO BOX 52102, PHOENIX, AZ 85072, (617) 654-3741 )
Permissible Purpose: INSURANCE UNDERWRITING
Requested On: 03/04/2022, 11/10/2021



To dispute online go to: http://transunion.com/disputeonline

P GXMJ6-002 02526-1037450 10/18

Scanned with CamScanner

**HOMESITE GROUP** ( ONE FEDERAL STREET, SUITE 400, BOSTON, MA 02111, (617) 832-1438 )
Permissible Purpose: INSURANCE UNDERWRITING
Requested On: 11/16/2021

**ELEPHANT INSURANCE** ( 9950 MAYLAND DRIVE, SUITE 400, HENRICO, VA 23233, (804) 955-1700 )
Permissible Purpose: INSURANCE UNDERWRITING
Requested On: 11/16/2021

**AMWINS GROUP** ( 2600 N CENTRAL EXPRESSWAY, SUITE 700, RICHARDSON, TX 75080, (800) 856-0191 )
Permissible Purpose: INSURANCE UNDERWRITING
Requested On: 11/15/2021

**NATIONAL GENERAL INS** ( 500 W 5TH ST, WINSTON SALEM, NC 27101, (877) 468-3466 )
Permissible Purpose: INSURANCE UNDERWRITING
Requested On: 11/15/2021, 11/10/2021

**ELEPHANT INSURANCE** ( 9950 MAYLAND DRIVE, SUITE 400, HENRICO, VA 23233, (804) 955-1700 )
Permissible Purpose: WRITTEN AUTHORIZATION
Requested On: 11/10/2021

**NATIONAL GENERAL INS** ( 500 W 5TH ST, WINSTON SALEM, NC 27101, (877) 468-3466 )
Permissible Purpose: INSURANCE UNDERWRITING
Requested On: 11/10/2021

**CAPITAL ONE** ( PO BOX 30281, SALT LAKE CITY, UT 84130, (800) 955-7070 )
Requested On: 10/17/2021

**CAPITAL ONE** ( 15000 CAPITAL ONE DRIVE, U5565724, RICHMOND, VA 23238, (800) 955-7070 )
Permissible Purpose: INSURANCE UNDERWRITING
Requested On: 10/17/2021

**RHYTHM ENERGY INC** ( 24 GREENWAY PLAZA, HOUSTON, TX 77046, (888) 774-9846 )
Requested On: 09/16/2021

**ALLMAND LAW FIRM PL via CREDIT INFONET** ( 4540 HONEYWELL COURT, DAYTON, OH 45424, (866) 218-1003 )
Permissible Purpose: CONSUMER INITIATED TRANSACTION
Requested On: 08/16/2021

**FTOPICHI LLC DBA EVERGRE** ( 14284 HWY 70 WEST, LAC DU FLAMBEAU, WI 54538, (715) 368-0505 )
Permissible Purpose: CREDIT TRANSACTION
Requested On: 07/22/2021

**ONEMAIN FINANCIAL** ( P.O. BOX 3327, EVANSVILLE, IN 47706, (844) 298-9773 )
Requested On: 07/22/2021, 05/14/2021, 04/28/2021

**FT UPROVA LLC** ( 635 E HIGHWAY 20 V, UPPER LAKE, CA 95485, (844) 253-4608 )
Permissible Purpose: CREDIT TRANSACTION
Requested On: 07/22/2021

**PAY TOMORROW** ( 9920 KINCEY AVE, SUITE 190, HUNTERSVILLE, NC 28078, (866) 418-5857 )
Requested On: 07/19/2021

**GEICO** ( ONE GEICO PLAZA, WASHINGTON, DC 20079, (800) 841-3000 )
Permissible Purpose: INSURANCE UNDERWRITING
Requested On: 06/01/2021

**FTTARGET FINANCE** ( 353 OLD HAYS ROAD, HAYS, MT 59527, (800) 346-9348 )
Permissible Purpose: CREDIT TRANSACTION
Requested On: 05/14/2021, 05/14/2021, 03/26/2021, 03/26/2021

**FTTARGET** ( 353 OLD HAYS ROAD, HAYS, MT 59527, (800) 346-9348 )
Permissible Purpose: CREDIT TRANSACTION
Requested On: 05/14/2021

**TRANSUNION INTERACTIVE** ( 100 CROSS STREET, SUITE 202, SAN LUIS OBISPO, CA 93401, (805) 782-8282 )
Requested On: 04/12/2021

**ALLSTATE** ( 1819 ELECTRIC RD, ROANOKE, VA 24018, (800) 255-7828 )
Permissible Purpose: INSURANCE UNDERWRITING
Requested On: 04/01/2021, 11/10/2020

**ALLSTATE** ( 1819 ELECTRIC RD, ROANOKE, VA 24018, (800) 255-7828 )
Permissible Purpose: INSURANCE UNDERWRITING
Requested On: 04/01/2021

To dispute online go to: http://transunion.com/disputeonline

Scanned with CamScanner

**CCB RISE** ( PO BOX 101808, FORT WORTH, TX 76185, (866) 580 1226 )
Requested On: 03/26/2021

**LENDINGPOINT LLC** ( 1301 SHILOH RD NW, SUITE 130, KENNESAW, GA 30144, (888) 969 0959 )
Requested On: 02/10/2021

**AIG PROPERTY CASUALTY** ( 80 PINE STREET, NEW YORK, NY 10270, (212) 770 5047 )
Permissible Purpose: INSURANCE UNDERWRITING
Requested On: 01/06/2021, 12/23/2020

**FTUPPER LAKE PROCESSING** ( 635 E HIGHWAY 20 F, UPPER LAKE, CA 95485, (844) 253-4608 )
Permissible Purpose: CREDIT TRANSACTION
Requested On: 12/16/2020, 12/16/2020, 11/27/2020, 11/27/2020

**CONN APPLIANCES INC** ( 3925 COLLEGE STREET, BEAUMONT, TX 77704, Phone number not available )
Permissible Purpose: AK SOCIAL SERVICE/WRITTEN AUTH/INVSTGT FRAUD
Requested On: 12/09/2020

## Consumer Statement

I HAVE SUCCESSFULLY COMPLETED THE DEBT REPAYMENT PLAN ADMINISTERED BY CONSUMER CREDIT COUNSELING SERVICES OF ARLINGTON, TX ON SEPTEMBER 25, 2002.
(Note: This statement has no expiration date.)

## Credit Report Messages

PROMOTIONAL OPT-OUT: This file has been opted out of promotional lists supplied by TransUnion.
(Note: This opt-out has no expiration date.)

## Additional Information

The following disclosure of information might pertain to you. This additional information may include Special Messages, Office of Foreign Assets Control ("OFAC") Potential Name Matches, Inquiry Analysis, Military Lending Act ("MLA") Covered Borrower Information, Third Party Supplemental Information and/or Consumer Contributed Financial Information. Authorized parties may also receive the additional information below from TransUnion.

## Inquiry Analysis

The companies that request your credit report must first provide certain information about you. Within the past 90 days, companies that requested your report provided the following information.

### FIRST PREMIER BANK
Identifying information they provided:
WAYNE J. ROCCAFORTE
505 NW LORNA ST
BURLESON, TX 76028-3405
**Requested On:** 08/16/2022

## Third Party Supplemental Information

In addition to the information maintained in the above credit report, TransUnion will occasionally contact a third party for supplemental information in connection with a particular transaction in response to a request from a particular customer. Listed below is the supplemental data that TransUnion obtained from such third parties, as well as the name(s) of the TransUnion customer for whom it was obtained.

### *CHECKING ACCOUNT AND DEMAND DEPOSIT ACCOUNT (DDA) ACTIVITY*
Data Source: Chex Systems Inc. (7805 Hudson Road, Suite 100, Woodbury, MN 55125, (800) 513-7125)
Requested by: MISSION LANETAB BANK
Requested on: 8/12/2022
Checking Account Closures in the Last Month: 0
Checking Account Closures in the Last 2 Months: 0
Checking Account Closures in the Last 3 Months: 0
Checking Account Closures in the Last Year: 1
Checking Account Closures in the Last 2 Years: 1
Checking Account Closures in the Last 3 Years: 1
Average Number of Days Between Checking Account Closures: 0
DDA Closures in Last 180 Days: 0
DDA Closure in Last 5 Years: 1
Paid DDA Closures in Last 5 Years: 0
Unpaid DDA Closures in Last 2 Years: 1
Unpaid DDA Closures in Last 5 Years: 1



**To dispute online go to: http://transunion.com/disputeonline**

Scanned with CamScanner

Unpaid DDA Closures in Last 4 Years: $0001171.03
Days Since Most Recent DDA Closure: 308
Days Since First DDA Closure: 308
Checking Account Inquiries in the Last Month: 0
Checking Account Inquiries in the Last 2 Months: 0
Checking Account Inquiries in the Last 3 Months: 0
Checking Account Inquiries in the Last 6 Months: 0
Checking Account Inquiries in the Last Year: 0
Checking Account Inquiries in the Last 2 Years: 0
DDA Inquiries in the Last 3 Years: 1
Total Days Since First Checking Account Inquiry: 1023
Days Since Most Recent DDA Inquiry: 1023
Credit Inquiries in the Last Year: 14
Credit Inquiries in the Last 3 Years: 59
Auto Inquiries in the Last 3 Years: 11
Payday Inquiries in the Last 3 Years: 15
Other Credit Inquiries in the Last 2 years: 27
Other Credit Inquiries in the Last 3 Years: 33
Days Since Most Recent Inquiry by Payday Lender: 386
DDA & Credit/Non-DDA Inquiries in Last 3 Years: 60

## SUPPLEMENTAL CONSUMER CREDIT INFORMATION

Data Source: CoreLogic Inc. (1 CoreLogic Drive, Westlake, TX 76262, (866) 873-3651)
Requested by: MISSION LANETAB BANK
Requested on: 08/12/2022
Auto Finance Inquiries in the Last 3 Months: 4
Auto Finance Inquiries in the Last 6 Months: 8
Auto Finance Inquiries in the Last 9 Months: 8
Auto Finance Inquiries in the Last 12 Months: 8
Auto Finance Inquiries in the Last 24 Months: 8
Auto Finance Inquiries in the Last 7 Years: 23
Cash Advance Inquiries in the Last 3 Months: 0
Cash Advance Inquiries in the Last 6 Months: 0
Cash Advance Inquiries in the Last 9 Months: 0
Cash Advance Inquiries in the Last 12 Months: 0
Cash Advance Inquiries in the Last 24 Months: 0
Cash Advance Inquiries in the Last 7 Years: 0
Misc Financial Services in the Last 7 Years: 0
Rent-to-Own Inquiries in the Last 3 Months: 0
Rent-to-Own Inquiries in the Last 6 Months: 1
Rent-to-Own Inquiries in the Last 9 Months: 1
Rent-to-Own Inquiries in the Last 12 Months: 1
Rent-to-Own Inquiries in the Last 24 Months: 1
Rent-to-Own Inquiries in the Last 7 Years: 4
All Alternative Credit Inquiries in the Last 3 months: 4
All Alternative Credit Inquiries in the Last 6 Months: 9
All Alternative Credit Inquiries in the Last 24 Months: 9
All Alternative Credit Inquiries in the Last 7 Years: 27
Paid Auto Finance Charge-offs in the Last 24 Months: 0
Paid Payday Loan Charge-offs in the Last 24 Months: 0
Paid Rent-to-Own Charge-offs in the Last 24 Months: 0
All Paid Charge-offs in the Last 3 Months: 0
All Paid Charge-offs in the Last 24 Months: 0
All Paid Charge-offs in the Last 7 Years: 0
Open Auto Finance Charge-offs in the Last 24 Months: 0
Open Payday Loan Charge-offs in the Last 24 months: 0
Open Rent-to-Own Charge-offs in the Last 24 Months: 0
All Open Charge-offs in the Last 3 Months: 0
All Open Charge-offs in the Last 6 Months: 0
All Open Charge-offs in the Last 9 Months: 0
All Open Charge-offs in the Last 12 Months: 0
All Open Charge-offs in the Last 24 Months: 0
All Open Charge-offs in the Last 7 Years: 0

## SUPPLEMENTAL PUBLIC RECORDS AND RESIDENTIAL INFORMATION

Data Source/Recorder's Office: JOHNSONTX
Requested by: GMFINANCIAL
Requested on: 08/30/2017
Land Mass in Acres: +13.3600

To dispute online go to: http://transunion.com/disputeonline

Scanned with CamScanner

Consumer Credit Report for WWW.HBBB.BY.PROF.OPTI...
Case 3:23-cv-00337-X-BW   Document 10   Filed 03/24/23   Page 47 of 115   PageID 85

Home Equity Loans: 0
Available Home Equity: $0
Home Equity Loan Amount: $0
Refinance Indicator: No
Refinance or Equity Fixed Mortgages in Last 24 Months: 0
Conventional Mortgages recorded in the Last 24 Months: 0
FHA Mortgage Loans Recorded: 0
First Mortgage Amount: $0
Second Mortgage Amount: $0
Foreclosure: No

## CLUB & SUBSCRIPTION ACTIVITY

Data Source: Alliant Cooperative Data Solutions (301 Fields Lane, Brewster, NY 10509-2621, (866) 310-7278)
Requested by: GMFINANCIAL
Requested on: 05/27/2022
Write-Offs in the Last 5 Magazine Transactions: 0
Write-Offs in the Last 5 Club/Subscription Transactions: 0
Merchandise Write-Off Transactions in the Last 5 Years: 0
Single Payment Write-Off Transactions in the Last 5 Years: 0
Club and Subscription Amount sent to Collections in the Last 5 years: $0
Days Since Last Payment Was Made: 215
Club/Subscription Write-Offs in the Last 5 Years: 0
Write-Off Percent (Ratio of # of Write-Offs to # of Orders) in the Last 5 Years: 0
Orders in the Last Year: $1174.919983

# Should you wish to contact TransUnion, you may do so,

### Online:
To dispute information contained in your credit report, please visit: www.transunion.com/disputeonline
For answers to general questions, please visit: www.transunion.com

### By Mail:
TransUnion Consumer Relations
P.O. Box 2000
Chester, PA 19016-2000

### By Phone:
(800) 916-8800
You may contact us between the hours of 8:00 AM – 11:00 PM Eastern Time, Monday through Friday, and Saturday through Sunday between the hours of 8:00 AM and 5:00PM Eastern Time, except major holidays.

For all correspondence, please have your TransUnion file number available (located at the top of this report).





To dispute online go to: http://transunion.com/disputeonline

Scanned with CamScanner

*** 433795051-023 ***
TransUnion LLC
PO Box 805
Woodlyn, PA 19094-0805
|||||||||| |||| |||| |||| ||||| |||| ||||| |||| |||

10/26/2022



Information for Good.

PGXHAD00200711-I006903-097559362
|ılı|ı|ıl|lıılıplllı|lll||||lıplıl||llıllıılıl|ılı|ıl|ı|
WAYNE JOSEPH ROCCAFORTE
505 NW LORNA ST
BURLESON, TX 76028-3405

Dear WAYNE JOSEPH ROCCAFORTE,

We understand that recently something on your credit report did not seem right to you. We take this matter seriously, and we want to make sure your TransUnion credit report is accurate. It's our commitment to you.

Our investigation of the dispute you submitted is now complete. After a review of your dispute and any provided documentation, we took one or more of the following action(s):

1. Updated your credit report based on the information you provided; OR
2. Determined that the information you disputed either does not appear on your credit file or already shows the requested status; OR
3. Determined that the data furnisher had previously verified the reported information. If any of the items you disputed were previously verified, a separate communication was sent to you listing those items along with the data furnisher's contact information; OR
4. Asked the data furnisher reporting the information you disputed to do all of the following:
    - Review relevant information we sent them, including any provided documents
    - Investigate your dispute and verify whether the information they report is accurate
    - Provide us a response to your dispute and update any other information
    - Update their records and systems, if necessary;

Should you wish to receive the above description of the procedures we used to investigate your dispute in a separate communication for your records, please contact TransUnion.

Your dispute is important. In the pages that follow, you will see your detailed investigation results, including the name and contact details of the source of the information. Please review the results carefully. To view a full copy of your credit report and for more information about how to read your credit report, please visit www.transunion.com/fullreport.

## How to Read Your Investigation Results

You will see that, for each disputed item, a summary explanation appears in the gray box, followed by a brief paragraph describing the results of our investigation, followed by a view of how the item appears in your updated credit report. Please note any changes we made to personal information (name, address, employment, SSN, date of birth) will appear at the end of **Your Investigation Results.**

Scanned with CamScanner

## A Note on Credit Report Updates

Information in your credit report is updated frequently which means items you disputed may not appear on your credit report or have already changed by the time we received your dispute. In most cases, the **Date Updated** represents the last time the account information was updated or reported by the data furnisher. Please note that this date may not change following our investigation of your dispute. For **Payment Received** and **Last Payment Made**, please keep in mind, the data may not represent very recent payment activity.

## Definitions

For your reference, here are some definitions to help you understand **Your Investigation Results.**

## For PUBLIC RECORDS:

| | |
|---|---|
| **Court Type:** The court where the item was filed | **Docket Number:** The number assigned to the item by the court |
| **Date Filed:** The date the item was filed | **Plaintiff:** The name of the party who initiated the item |
| **Date Paid:** The date the item was paid or otherwise, dismissed or discharged | **Type:** The nature of the public record filed |

Scanned with CamScanner

# TransUnion Credit Score

WAYNE JOSEPH ROCCAFORTE

YOUR CREDIT SCORE



| Your Score & Grade | Score & Grade Range | Where You Rank |
|---|---|---|
| Score **Not Purchased** (See Below)<br><br>Grade<br><br>Created on 10/26/2022 | 850<br>A<br>780<br>B<br>730<br>Unavailable (See Below)<br>C<br>660<br>D<br>600<br>F<br>300 | 100%<br><br>Unavailable (See Below)<br>50%<br><br>0% |
| Based on your TransUnion credit report, this is a depiction of your creditworthiness. | The numerical score ranges from 850 to 300 equaling grade ranges from A to F. | Your credit ranks higher than --% of the nation's population. |

### Summary

You did not order a TransUnion credit score. You can purchase your credit score for $9.95 by calling 1-866-SCORE-TU or 1-866-726-7388.

Scanned with CamScanner

# Your Investigation Results

INVESTIGATION RESULTS - VERIFIED AS ACCURATE: The disputed item was verified as accurate.

USBK COURT NORTHERN TEXAS Docket #: 1843836 ( 501 W 10TH, RM 147, FORT WORTH, TX 76102, (817) 333-6000 )

We investigated the information you disputed and the disputed information was **VERIFIED AS ACCURATE**. Here is how this item appears on your credit report following our investigation.

| | | | | | |
|---|---|---|---|---|---|
| Date Filed: | 09/28/2018 | Type: | CH 13 BANKRUPTCY | Court Type: | US Bankruptcy |
| Date Paid: | 04/30/2019 | | DISMISSED/CLOSED | | Court |
| Date Updated: | 05/02/2019 | Responsibility: | Individual Debt | Plaintiff Attorney: | WELDON REED ALLMAN |

Estimated month and year that this item will be removed: 08/2025

USBK COURT NORTHERN TEXAS Docket #: 1942983 ( 501 W 10TH, RM 147, FORT WORTH, TX 76102, (817) 333-6000 )

We investigated the information you disputed and the disputed information was **VERIFIED AS ACCURATE**. Here is how this item appears on your credit report following our investigation.

| | | | | | |
|---|---|---|---|---|---|
| Date Filed: | 07/24/2019 | Type: | CHAPTER 7 BANKRUPTCY | Court Type: | US Bankruptcy |
| Date Paid: | 01/13/2022 | | DISCHARGED | | Court |
| Date Updated: | 01/14/2022 | Responsibility: | Individual Debt | Plaintiff Attorney: | WELDON REED ALLMAN |

Estimated month and year that this item will be removed: 06/2029

Scanned with CamScanner



Consumer Financial
Protection Bureau

(https://www.consumerfinance.gov/)

Start a new complaint

**‹** All complaints (.)

# 221021-9618577

## CLOSED

## ✔ Submitted

### STATUS

Submitted to the CFPB on 10/21/2022

### PRODUCT

Credit reporting, credit repair services, or other personal consumer reports

### ISSUE

Incorrect information on your report

## We received your complaint. Thank you.

We will review your complaint. Depending on what we find, we will typically:

- Send your complaint to the company for a response; or
- Send your complaint to another state or federal agency, or help you get in touch with your state or local consumer protection office; or
- Let you know if we need more information to continue our work.

### YOUR COMPLAINT

I would like to place a formal complaint against TransUnion for violating my FCRA rights and my privacy. They have placed two public records on my consumer report that should not be there : Public Record - Chapter 7 Bankruptcy - Reference# 1942983 Public Record - Chapter 13 Bankruptcy, Dismissed - Reference # 1843836 I reached out to the courts who verified that they do not report bankruptcies to the credit bureaus. I have attached the letter that I received from the court. They are in violation of my rights pursuant 15 usc 1681b under permissible purpose. They never validated nor verified anything with anyone at the courts. Transunion is violating multiple laws including: The reporting requirements do not comply with FCRA § 611 (15 U.S.C § 681l) and the information must be deleted immediately. The civil liability law which I will sue under is clearly here: 15 U.S. Code § 1681 (a)(4) -

and fairness of credit reporting. The Congress makes the following findings: (4)There is a need to insure that consumer reporting agencies exercise their grave responsibilities with fairness, impartiality, and a respect for the consumer's right to privacy. Failure to Comply or delete these items is a clear violation: Public Record - Chapter 7 Bankruptcy - Reference# 1942983 Public Record - Chapter 13 Bankruptcy, Dismissed - Reference # 1843836 15 U.S. Code § 1681n - Civil liability for willful noncompliance (a)In generalAny person who willfully fails to comply with any requirement imposed under this subchapter with respect to any consumer is liable to that consumer in an amount equal to the sum of–(1)(A)any actual damages sustained by the consumer as a result of the failure or damages of not less than $100 and not more than $1,000; 15 U.S. Code § 1681o Civil liability for negligent noncompliance-(a)In general Any person who is negligent in failing to comply with any requirement imposed under this subchapter with respect to any consumer is liable to that consumer in an amount equal to the sum of–(1)any actual damages sustained by the consumer as a result of the failure; and(2)in the case of any successful action to enforce any liability under this section, the costs of the action together with reasonable attorney's fees as determined by the court. Under 15 US Code 1681a(4) as a consumer I have right to privacy and these inaccurate items must be deleted from my consumer report. Please help me get this violation removed from my TransUnion credit report. It is unverifiable. Please see also the attached dispute which also points out multiple inaccuracies.

### ATTACHMENTS

Wayne Roccaforte DISMISSED BK DISPUTE 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.pdf (381.2 KB)

US BK Court Letter.pdf (363.3 KB)

Wayne Roccaforte BK Dispute TransUnion.pdf (936.5 KB)

View full complaint ⊕

## ✅ Sent to company

### STATUS
Sent to company on 10/21/2022

We've sent your complaint to the company, and we will let you know when they respond.

Their response should include the steps they took, or will take, to address your complaint.

Companies generally respond in 15 days. In some cases, the company will let you know their response is in progress and provide a final response in 60 days.

# ✔ Company still working

### STATUS

Company response is in progress as of 10/22/2022

## The company has responded that it is still working on your issue

In some cases, companies need more time to respond. You should receive a final response within 60 days from the date we sent your complaint to the company.

### COMPANY'S INTERIM RESPONSE

We received your complaint about the items in your credit report, and apologize for any difficulty you may have experienced. We are currently reviewing your complaint along with the information you previously submitted regarding this issue. We will follow-up with you within sixty (60) days from the date you submitted your request.

# ✔ Company responded

### STATUS
Company responded on 12/5/2022

### RESPONSE TYPE
Closed with non-monetary relief

## Company's Response

After careful review, we have determined the information submitted in the portal included a dispute of information appearing on your credit report. TransUnion has processed your request and forwarded a copy of the Investigation Results through US mail. You should expect to receive those results in approximately 7 business days.

### DESCRIPTION OF NON-MONETARY RELIEF

In response to your request, the following actions were taken on your credit file: You disputed the following accounts and/or public records on your credit file. Below includes the

COURT NORTHERN TEXAS--UPDATED

 Feedback requested

**STATUS**

Feedback requested on 12/5/2022

**FEEDBACK DUE**

2/3/2023

## Provide feedback about the company's response

We welcome your feedback on how the company responded to your complaint. You will
have 60 days from when the company responded to share your feedback. The CFPB will
share your feedback responses with the company and use the information to help the
CFPB's work with consumer complaints.

 Closed

The CFPB has closed your complaint.

**ADDITIONAL TOOLS AND RESOURCES**

Credit reports-and-scores (https://www.consumerfinance.gov/consumer-tools/credit-reports-and-scores)

## Privacy Act Statement

## OMB #3170-0011

## Note on user experience

Have a question? ¿Preguntas?

(855) 411-2372

TTY/TTD: (855) 729-2372

8 a.m. to 8 p.m. ET, Monday through Friday
(except federal holidays). (https://www.opm.gov/policy-data-oversight/pay-leave/federal-holidays/#url=Overview)

More than 180 languages available.

An official website of the United States Government



Consumer Financial
Protection Bureau

**Start a new complaint**

(https://www.consumerfinance.gov/)



❮ All complaints (.)

# 230110-10112290

CLOSED

✅ Submitted

### STATUS

Submitted to the CFPB on 1/10/2023

### PRODUCT

Credit reporting, credit repair services, or other personal consumer reports

### ISSUE

Problem with a credit reporting company's investigation into an existing problem

## We received your complaint. Thank you.

We will review your complaint. Depending on what we find, we will typically:

- Send your complaint to the company for a response; or
- Send your complaint to another state or federal agency, or help you get in touch with your state or local consumer protection office; or
- Let you know if we need more information to continue our work.

### YOUR COMPLAINT

The credit bureaus that I am complaining about have not only defamed my character, they have violated my rights to privacy and caused me emotional and physical stress!!! I want them to cease and desist the reporting of this erroneous and deceptive information on my consumer report. Delete the public record from my consumer report and all their systems. Why are these public record still on my consumer reports when they are unverifiable and I have sent proof that they are unverifiable? Public Record - US BKPT CT TX FORT WOR - 09/28/2018 Public Record - US BKPT CT TX FORT WOR - 07/24/2019 THEY CLAIMED THAT THIS INFORMATION WAS PROVIDED FROM LEXIS NEXIS, PACER OR THE BANKRUPTCY COURTS BUT I HAVE PROVEN THAT IS NOT TRUE. I HAVE ATTACHED THE LETTER I RECEIVED FROM THE COURT THAT SHOWS THE COURT DOES NOT VERIFY PUBLIC

THESE PUBLIC RECORDS FROM MY CONSUMER REPORT DUE TO NOT BEING ABLE TO VERIFY THE ACCOUNT WITH PACER OR THE COURTS. I HAVE ATTACHED THIS LETTER AS WELL. THIS SHOWS PROOF AND YOU MUST FOLLOW SUIT SINCE THESE LOCATIONS ARE WHERE YOU CLAIMED THIS IS WHERE THE INFORMATION CAME FROM AND PERMANENTLY DELTE THIS BANKRUPTCY FROM MY CREDIT REPORT. My inquiry to the U. S. Bankruptcy Courts confirmed THEY HAVE NEVER VERIFIED THIS PUBLIC RECORD, or verified this public record entry on my credit report, neither will they ever be by them. LEXIS NEXIS NEVER VERIFIED THIS WITH THE COURTS OR WITH PACER. The US Bankruptcy Court further stated while they are NOT liable or responsible for any MISUSE or INCORRECT public records, nor the distribution of said information, public records may, and oftentimes are, reported by third party sources unaware to the consumer, and in most cases, incorrectly. Considering the information indicating a Fair Credit Reporting Act violation, I need all bankruptcy information currentlyshowing under my social security number to be PERMANENTLY DELETED from my consumer reports immediately. They need to provide me with copies of all documentation associated with the Public Record Accounts bearing either a court order to place this information in my credit report, or my authorization of release bearing my signature. In the meantime, to be in full compliance with the FCRA laws and guidelines, all the information listed under "Public Records" needs to be immediately deleted from the credit file you maintain under my name and social security number. They have not only defamed my character, they have violated my rights to privacy and caused me emotional and physical stress!!! Cease and desist the reporting of this erroneous and deceptive information on my consumer report. Delete this account from my consumer report and all your systems. Cease and desist the reporting of this erroneous and deceptive information on my consumer report. Delete these public records from my consumer report and all your systems. I have attached all of the proof I have that they are violating my rights. The letter from Lexis Nexis and the courts along with my dispute.

**ATTACHMENTS**

Wayne Roccaforte BK Dispute 2.pdf (929.5 KB)

View full complaint ⊕

 Sent to company

**STATUS**

Sent to company on 1/10/2023

We've sent your complaint to the company, and we will let you know when they respond.

Their response should include the steps they took, or will take, to address your complaint.

their response is in progress and provide a final response in 60 days.

## ✅ Company still working

**STATUS**

Company response is in progress as of 1/11/2023

### The company has responded that it is still working on your issue

In some cases, companies need more time to respond. You should receive a final response within 60 days from the date we sent your complaint to the company.

**COMPANY'S INTERIM RESPONSE**

We received your complaint about the items in your credit report, and apologize for any difficulty you may have experienced. We are currently reviewing your complaint along with the information you previously submitted regarding this issue. We will follow-up with you within sixty (60) days from the date you submitted your request.

## ✅ Company responded

**STATUS**

Company responded on 2/24/2023

**RESPONSE TYPE**

Closed with non-monetary relief

### Company's Response

After careful review, we have determined the information submitted in the portal included a dispute of information appearing on your credit report. TransUnion has processed your request and forwarded a copy of the Investigation Results through US mail. You should expect to receive those results in approximately 7 business days.

**DESCRIPTION OF NON-MONETARY RELIEF**

In response to your request, the following actions were taken on your credit file. You
disputed the following accounts and/or public records on your credit file. Below includes the
results of that investigation. USBK COURT NORTHERN TEXAS-VERIFIED AS REPORTED (2)

 Feedback requested

**STATUS**

Feedback requested on 2/24/2023

**FEEDBACK DUE**

4/25/2023

## Provide feedback about the company's response

We welcome your feedback on how the company responded to your complaint. You will
have 60 days from when the company responded to share your feedback. The CFPB will
share your feedback responses with the company and use the information to help the
CFPB's work with consumer complaints.

Submit your feedback

 Closed

The CFPB has closed your complaint.



**ADDITIONAL TOOLS AND RESOURCES**

Credit reports-and-scores (https://www.consumerfinance.gov/consumer-tools/credit-reports-and-scores)

Privacy Act Statement

OMB #3170-0011

Note on user experience

Have a question? ¿Preguntas?

(855) 411-2372

TTY/TTD: (855) 729-2372

8 a.m. to 8 p.m. ET, Monday through Friday
(except federal holidays). (https://www.opm.gov/policy-data-oversight/pay-leave/federal-holidays/#url=Overview)

More than 180 languages available.

An official website of the United States Government



# MyFreeScoreNow

## 3-Bureau Credit Report & Scores                              🖶 Print

### Report Date:

Sep 2, 2022

|  | TransUnion® | Experian® | Equifax® |
|---|---|---|---|
| **Vantage Score®**<br>**3.0 credit score** | 584 | 587 | 570 |

**Personal Information**        Quick Links: Personal Information / Summary / Account History

|  | TransUnion | Experian | Equifax |
|---|---|---|---|
| **CREDIT REPORT DATE:** | 09/02/2022 | 09/02/2022 | 09/02/2022 |
| **NAME:**<br>**ALSO KNOWN AS:** | WAYNE J ROCCAFORTE<br>ROCCAFORTE, WAYNE, JOSEPH | WAYNE ROCCAFORTE<br>J ROCCAFORTE | WAYNE JOSEPH<br>ROCCAFORTE |
| **DATE OF BIRTH:** | 1968 | 1968 | 1968 |
| **CURRENT ADDRESS:** | 505 NW LORNA ST<br>BURLESON, TX 76028 | 505 NW LORNA ST<br>BURLESON, TX 76028-<br>3405<br>Date Updated: 08/2022 | 505 NW LORNA ST<br>BURLESON, TX 76028 |
| **PREVIOUS ADDRESS:** |  | PO BOX 1262<br>BURLESON, TX 76097-<br>1262<br>Date Updated: 05/2019<br><br>830 LA SIERRA DR<br>CROWLEY, TX 76036-<br>3696<br>Date Updated: 10/2017 |  |
| **EMPLOYER:** | UNIVERSAL PRESSURE<br>PUMPIN<br>Date Updated: 04/2022<br><br>BJ SERVICES<br>Date Updated: 04/2018 | CERTARUS<br>Date Updated: 05/2020<br><br>UNIVERSAL<br>Date Updated: 05/2022 | UNIVERSAL PRESSURE<br>P<br>Date Updated: 05/2022<br><br>BJ SERVICES<br><br>PANDA SERVICES |

As of ~~Feb~~ Sep 2, 2023

**Remarks:**

Bankruptcy

|                       | **TransUnion** | **Experian**              | **Equifax** |
|-----------------------|----------------|---------------------------|-------------|
| **Type:**             |                | Chapter 7 Bankruptcy      |             |
| **Status:**           |                | Discharged                |             |
| **Date Filed/Reported:** |             | 07/24/2019                |             |
| **Reference#:**       |                | 1942983ELM                |             |
| **Closing Date:**     |                | 01/13/2022                |             |
| **Asset Amount:**     |                | 0                         |             |
| **Court:**            |                | US BKPT CT TX FORT WOR    |             |
| **Liability:**        |                | 0                         |             |
| **Exempt Amount:**    |                | 0                         |             |

**Remarks:**

Bankruptcy

|                       | **TransUnion** | **Experian** | **Equifax**                      |
|-----------------------|----------------|--------------|----------------------------------|
| **Type:**             |                |              | Chapter 7 Bankruptcy             |
| **Status:**           |                |              | Discharged                       |
| **Date Filed/Reported:** |             |              | 07/01/2019  *This is inaccurate* |
| **Reference#:**       |                |              | 1942983-DSP-01/22                |
| **Closing Date:**     |                |              |                                  |
| **Asset Amount:**     |                |              | 0                                |
| **Court:**            |                |              | Federal                          |
| **Liability:**        |                |              | 0                                |
| **Exempt Amount:**    |                |              | 0                                |

**Remarks:**

Inquiries

| Creditor Name | Date of inquiry | Credit Bureau |
|---------------|-----------------|---------------|

# MyFreeScoreNow

## 3-Bureau Credit Report & Scores                                    🖶 Print

### Report Date:

Feb 6, 2023

|  | TransUnion® | Experian® | Equifax® |
|---|---|---|---|
| **Vantage Score® 3.0 credit score** | 567 | 571 | 577 |

### Personal Information          Quick Links: Personal Information / Summary / Account History

|  | TransUnion | Experian | Equifax |
|---|---|---|---|
| **CREDIT REPORT DATE:** | 02/06/2023 | 02/06/2023 | 02/06/2023 |
| **NAME:** | WAYNE J ROCCAFORTE | WAYNE J ROCCAFORTE J ROCCAFORTE | WAYNE JOSEPH ROCCAFORTE |
| **ALSO KNOWN AS:** | ROCCAFORTE, WAYNE, JOSEPH | | |
| **DATE OF BIRTH:** | 1968 | 1968 | 1968 |
| **CURRENT ADDRESS:** | 505 NW LORNA ST BURLESON, TX 76028 | 505 NW LORNA ST BURLESON, TX 76028-3405 Date Updated: 12/2022 | 505 NW LORNA ST BURLESON, TX 76028 |

**PREVIOUS ADDRESS:**
None Reported

| **EMPLOYER:** | UNIVERSAL PRESSURE PUMPIN Date Updated: 04/2022 |  | UNIVERSAL PRESSURE P Date Updated: 05/2022 |
|---|---|---|---|
|  | BJ SERVICES Date Updated: 04/2018 |  | BJ SERVICES |
|  |  |  | PANDA SERVICES |

**Consumer Statement**

As of Feb 6, 2023

**Remarks:**

Bankruptcy

|  | TransUnion | Experian | Equifax |
|---|---|---|---|
| **Type:** | | Chapter 7 Bankruptcy | |
| **Status:** | | Discharged | |
| **Date Filed/Reported:** | | 07/24/2019 | |
| **Reference#:** | | 1942983ELM | |
| **Closing Date:** | | 01/13/2022 | |
| **Asset Amount:** | | 0 | |
| **Court:** | | US BKPT CT TX FORT WOR | |
| **Liability:** | | 0 | |
| **Exempt Amount:** | | 0 | |

**Remarks:**

Bankruptcy

|  | TransUnion | Experian | Equifax |
|---|---|---|---|
| **Type:** | | | Chapter 7 Bankruptcy |
| **Status:** | | | Discharged |
| **Date Filed/Reported:** | | | 07/01/2019 ← inaccurate |
| **Reference#:** | | | 1942983-DSP-01/22 |
| **Closing Date:** | | | |
| **Asset Amount:** | | | 0 |
| **Court:** | | | Federal |
| **Liability:** | | | 0 |
| **Exempt Amount:** | | | 0 |

**Remarks:**

Inquiries

| Creditor Name | Date of inquiry | Credit Bureau |
|---|---|---|

 **LexisNexis**®

LexisNexis® Consumer Center
Consumer Number: 24233441
Case Number: 52345431 (+1)

December 20, 2022

WAYNE ROCCAFORTE
505 NORTHWEST LORNA ST
BURLESON, TX 76028



Dear WAYNE ROCCAFORTE,

RE: Results of Reinvestigation

*Please be advised that you may receive multiple communications if you disputed multiple items in your LexisNexis file.*

*Thank you for your recent contact to LexisNexis® Risk Solutions Group (LexisNexis) regarding information associated to your file. Any changes to data within your file are made in the compliance with and applied to "consumer reports" as defined by the Fair Credit Reporting Act (FCRA), 15 U.S.C. § 1681 et seq.), generated by LexisNexis only.*

As a general rule, LexisNexis reviews all relevant information provided by a consumer regarding disputed items in their file. If the consumer provides source-based evidence proving their position, LexisNexis will update the file with the new information provided.

LexisNexis has completed a reinvestigation and findings are reported below.

**Reason for Contact**

**Case Type:** Dispute

**Dispute Statement:** Consumer states that this record detail is not associated to them.

**Result(s) of Reinvestigation**

We have reviewed the information from our Bankruptcy Records and determined the data being reported as unverifiable. The data in question has been removed and our files have been updated after research conducted with the following source: PACER Service Center PO Box 780549 San Antonio TX 78278 800-676-6856

We have reviewed the information from our Bankruptcy Records and determined the data being reported as unverifiable. The data in question has been removed and our files have been updated after research conducted with the following source: PACER Service Center PO Box 780549 San Antonio TX 78278 800-676-6856

Based on your state of residency – you have the additional state specific rights:

Under Texas law Business and Commerce Code section 20.0, you have the right to file an action in court or arbitrate disputes after following all dispute procedures in section 20.06.

LexisNexis®

Consumer Number: 24233441

Case Number: 52345431 (+1)

December 20, 2022

WAYNE ROCCAFORTE
505 NORTHWEST LORNA ST
BURLESON, TX 76028



Dear WAYNE ROCCAFORTE,

RE: Results of Reinvestigation

*Please be advised that you may receive multiple communications if you disputed multiple items in your LexisNexis file.*

Thank you for your recent contact to LexisNexis® Risk Solutions Group (LexisNexis) regarding information associated to your file. Any changes to data within your file are made in the compliance with and applied to "consumer reports" as defined by the Fair Credit Reporting Act (FCRA), 15 U.S.C. § 1681 et seq.), generated by LexisNexis only.

As a general rule, LexisNexis reviews all relevant information provided by a consumer regarding disputed items in their file. If the consumer provides source-based evidence proving their position, LexisNexis will update the file with the new information provided.

LexisNexis has completed a reinvestigation and findings are reported below.

**Reason for Contact**

**Case Type:** Dispute

**Dispute Statement:** Consumer states that this record detail is not associated to them.

**Result(s) of Reinvestigation**

We have reviewed the information from our Bankruptcy Records and determined the data being reported as unverifiable. The data in question has been removed and our files have been updated after research conducted with the following source:
PACER Service Center PO Box 780549 San Antonio
TX 78278 800-676-6856

We have reviewed the information from our Bankruptcy Records and determined the data being reported as unverifiable. The data in question has been removed and our files have been updated after research conducted with the following source:
PACER Service Center PO Box 780549 San Antonio
TX 78278 800-676-6856

Based on your state of residency – you have the additional state specific rights:

Under Texas law Business and Commerce Code section 20.0, you have the right to file an action in court or arbitrate disputes after following all dispute procedures in section 20.06.

Total Pages 1 of 14                           Page 1                           CC07-03-22

Scanned with CamScanner

For your review, a current copy of your file has been generated to include the most up to date data. In order to access your LexisNexis Consumer Disclosure Report, please use this or failed URL, which will expire 30 days.

https://consumer.risk.lexisnexis.com/files/GDDL7YK

You will be asked to enter the following PIN, once you access the URL

**SRZWHA4** *If prompted to enter password after entering the PIN, please re-enter the PIN.*

In accordance with the Fair Credit Reporting Act you have the right to:

- Request a description of the procedure used to determine the accuracy and completeness of disputed information, including the business name and address, and telephone number if reasonably available, of any furnisher of information contacted.
- Add a statement to your file disputing the accuracy or completeness of information. The statement will remain on file and will be furnished to recipients of the file as long as the disputed information is still used.
- Request that LexisNexis furnish notification of the deletion of disputed information, a consumer statement, or revised report to any person specifically designated by you who has received a LexisNexis consumer report for employment purposes within the past two years, or received a LexisNexis consumer report for any other purpose in the past six months (twelve months for residents of California, Colorado, Maryland, New Jersey, and New York).

Thank you for allowing us the opportunity to assist you. Please visit us at https://consumer.risk.lexisnexis.com to learn more about the personal information LexisNexis Risk Solutions maintains about you in accordance with the Fair Credit Reporting Act.

LexisNexis Consumer Center
P.O. Box 105108
Atlanta, GA 30348-5108

## Further Information

*If you have any further questions, you may contact the LexisNexis Risk Solutions Consumer Center via email at consumer.documents@LexisNexis.com or by phone at 888-497-0011. The LexisNexis Risk Solutions Consumer Center's hours of operation are Monday – Friday from 8:00 A.M. to 7:00 P.M. Eastern Time. In an effort to protect your privacy and deliver prompt service, please have your Case Number (located at the top of this letter) accessible when you call our support number.*

Scanned with CamScanner

*Exhibit 8*

# MyFreeScoreNow

## 3-Bureau Credit Report & Scores                    🖶 Print

### Report Date:

Mar 13, 2023

|  | TransUnion® | Experian® | Equifax® |
|---|---|---|---|
| **Vantage Score® 3.0 credit score** | 564 | 583 | 644 |

**Personal Information**          Quick Links: Personal Information / Summary / Account History

|  | TransUnion | Experian | Equifax |
|---|---|---|---|
| **CREDIT REPORT DATE:** | 03/13/2023 | 03/13/2023 | 03/13/2023 |
| **NAME:** | WAYNE J ROCCAFORTE | WAYNE J ROCCAFORTE J ROCCAFORTE | WAYNE JOSEPH ROCCAFORTE |
| **ALSO KNOWN AS:** | ROCCAFORTE,WAYNE,JOSEPH | | |
| **DATE OF BIRTH:** | 1968 | 1968 | 1968 |
| **CURRENT ADDRESS:** | 505 NW LORNA ST BURLESON, TX 76028 | 505 NW LORNA ST BURLESON, TX 76028-3405 Date Updated: 12/2022 | 505 NW LORNA ST BURLESON, TX 76028 |

**PREVIOUS ADDRESS:**
None Reported

| **EMPLOYER:** | UNIVERSAL PRESSURE PUMPIN Date Updated: 04/2022 | | UNIVERSAL PRESSURE P Date Updated: 05/2022 |
|---|---|---|---|
| | BJ SERVICES Date Updated: 04/2018 | | |

**Consumer Statement**

## NSTAR/COOPER

| | TransUnion | Experian | Equifax |
|---|---|---|---|
| Account #: | 60886**** | 60886**** | 60886**** |
| High Balance: | $178,830 | $178,830 | $178,830 |
| Last Verified: | 03/09/2016 | -- | -- |
| Date of Last Activity: | 03/09/2016 | 03/01/2016 | 03/01/2016 |
| Date Reported: | 03/09/2016 | 03/09/2016 | 08/01/2016 |
| Date Opened: | 04/26/2004 | 04/01/2004 | 04/01/2004 |
| Balance Owed: | $0 | $0 | $0 |
| Closed Date: | 2016-03-09 | -- | -- |
| Account Rating: | Closed | Paid | Paid |
| Account Description: | Joint | Joint | Joint |
| Dispute Status: | Account not disputed | Account not disputed | Account not disputed |
| Creditor Type: | Mortgage Companies - Finance | Mortgage Companies - Finance | Mortgage Companies - Finance |
| Account Status: | Closed | Closed | Closed |
| Payment Status: | Current | Current | Current |
| Creditor Remarks: | Closed | -- | Closed or paid account/zero balance Real Estate Mortgage |
| Payment Amount: | $0 | $0 | $0 |
| Last Payment: | 03/09/2016 | 03/09/2016 | 03/01/2016 |
| Term Length: | 360 Month(s) | -- | -- |
| Past Due Amount: | $0 | $0 | $0 |
| Account Type: | Conventional real estate mortgage | Conventional real estate mortgage | Real estate mortgage |
| Payment Frequency: | Monthly (every month) | -- | -- |
| Credit Limit: | -- | -- | -- |

## Two-Year payment history

**TransUnion** OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK

JUL AUG SEP OCT NOV DEC '14 FEB MAR APR MAY JUN JUL AUG SEP OCT NOV DEC '15 FEB MAR APR MAY JUN JUL AUG SEP OCT NOV DEC '16 FEB

**Experian** OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK

MAR APR MAY JUN JUL AUG SEP OCT NOV DEC '15 FEB MAR APR MAY JUN JUL AUG SEP OCT NOV DEC '16 MAR

**Equifax**

AUG SEP OCT NOV NOV DEC '15 FEB APR MAY JUN JUL AUG SEP OCT NOV NOV DEC '16 FEB APR MAY JUN JUL

## Days Late - 7 Year History

| TransUnion | | | Experian | | | Equifax | | |
|---|---|---|---|---|---|---|---|---|
| 30: 0 | 60: 0 | 90: 0 | 30: 0 | 60: 0 | 90: 0 | 30: 0 | 60: 0 | 90: 0 |

ATLCAPBKSELF

|  | TransUnion | Experian | Equifax |
|---|---|---|---|
| Account #: | D0000000005091**** | -- | CRD0000000005091**** |
| High Balance: | $25 | -- | $0 |
| Last Verified: | 02/28/2023 | -- | -- |
| Date of Last Activity: | 02/28/2023 | -- | 02/01/2023 |
| Date Reported: | 02/28/2023 | -- | 02/01/2023 |
| Date Opened: | 02/14/2023 | -- | 02/01/2023 |
| Balance Owed: | $25 | -- | $25 |
| Closed Date: | -- | -- | -- |
| Account Rating: | Open | -- | Open |
| Account Description: | Individual | -- | Individual |
| Dispute Status: | Account not disputed | -- | Account not disputed |
| Creditor Type: | Full Service Banks | -- | All Banks |
| Account Status: | Open | -- | Open |
| Payment Status: | Current | -- | Current |
| Creditor Remarks: | -- | -- | Secured credit card Amount in H/C column is credit limit |
| Payment Amount: | $0 | -- | $0 |
| Last Payment: | | -- | 02/01/2023 |
| Term Length: | -- | -- | -- |
| Past Due Amount: | $0 | -- | $0 |
| Account Type: | Secured credit card | -- | Secured credit card |
| Payment Frequency: | -- | -- | -- |
| Credit Limit: | $100 | -- | $100 |

## Two-Year payment history

TransUnion

Experian                            **NONE REPORTED**

Equifax

FEB MAR APR MAY JUN JUL AUG SEP OCT NOV DEC '22 FEB MAR APR MAY JUN JUL AUG SEP OCT NOV DEC '23

## Days Late - 7 Year History

| TransUnion | | | | | | Experian | | | Equifax | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30: | 0 | 60: | 0 | 90: | 0 | 30: -- | 60: -- | 90: -- | 30: | 0 | 60: | 0 | 90: | 0 |

**FST PREMIER**

| | TransUnion | Experian | Equifax |
|---|---|---|---|
| Account #: | 517800698190**** | 517800698190**** | 517800698190**** |
| High Balance: | $524 | $524 | $0 |
| Last Verified: | 02/19/2023 | -- | -- |
| Date of Last Activity: | 02/19/2023 | 02/01/2023 | 02/01/2023 |
| Date Reported: | 02/19/2023 | 02/19/2023 | 02/01/2023 |
| Date Opened: | 08/19/2022 | 08/01/2022 | 08/01/2022 |
| Balance Owed: | $513 | $513 | $513 |
| Closed Date: | -- | -- | -- |
| Account Rating: | Open | Open | Open |
| Account Description: | Individual | Individual | Individual |
| Dispute Status: | Account not disputed | Account not disputed | Account not disputed |
| Creditor Type: | Miscellaneous Banks | Bank Credit Cards | National Credit Card Companies |
| Account Status: | Open | Open | Open |
| Payment Status: | Current | Current | Current |
| Creditor Remarks: | -- | -- | Credit card Amount in H/C column is credit limit |
| Payment Amount: | $36 | $36 | $36 |
| Last Payment: | 02/06/2023 | 02/06/2023 | 02/01/2023 |
| Term Length: | -- | -- | -- |
| Past Due Amount: | $0 | $0 | $0 |
| Account Type: | Credit Card | Credit Card | Credit Card |
| Payment Frequency: | -- | -- | -- |
| Credit Limit: | $500 | $500 | $500 |

## Two-Year payment history

**TransUnion**

FEB MAR APR MAY JUN JUL AUG SEP OCT NOV DEC '22 FEB MAR APR MAY JUN JUL AUG SEP OCT NOV DEC '23

**Experian**

MAR APR MAY JUN JUL AUG SEP OCT NOV DEC '22 FEB MAR APR MAY JUN JUL AUG SEP OCT NOV DEC '23 FEB

**Equifax**

FEB MAR APR MAY JUN JUL AUG SEP OCT NOV DEC '22 FEB MAR APR MAY JUN JUL AUG SEP OCT NOV DEC '23

## Days Late - 7 Year History

| TransUnion | | | Experian | | | Equifax | | |
|---|---|---|---|---|---|---|---|---|
| 30: 0 | 60: 0 | 90: 0 | 30: 0 | 60: 0 | 90: 0 | 30: 0 | 60: 0 | 90: 0 |

**BK OF MO**

| | TransUnion | Experian | Equifax |
|---|---|---|---|
| Account #: | 405731030590**** | -- | -- |
| High Balance: | $363 | -- | -- |
| Last Verified: | 10/03/2018 | -- | -- |
| Date of Last Activity: | 08/27/2017 | -- | -- |
| Date Reported: | 10/03/2018 | -- | -- |
| Date Opened: | 03/27/2017 | -- | -- |
| Balance Owed: | $0 | -- | -- |
| Closed Date: | 2017-08-27 | -- | -- |
| Account Rating: | Closed | -- | -- |
| Account Description: | Individual | -- | -- |
| Dispute Status: | Account not disputed | -- | -- |
| Creditor Type: | Bank Credit Cards | -- | -- |
| Account Status: | Closed | -- | -- |
| Payment Status: | Current | -- | -- |
| Creditor Remarks: | Credit card lost or stolen | -- | -- |
| Payment Amount: | $0 | -- | -- |
| Last Payment: | 05/16/2018 | -- | -- |
| Term Length: | -- | -- | -- |
| Past Due Amount: | $0 | -- | -- |
| Account Type: | Credit Card | -- | -- |
| Payment Frequency: | -- | -- | -- |
| Credit Limit: | $350 | -- | -- |

### Two-Year payment history

**TransUnion**

OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK

OCT NOV DEC '17 FEB MAR APR MAY JUN JUL AUG SEP OCT NOV DEC '18 FEB MAR APR MAY JUN JUL AUG SEP

**Experian**          **NONE REPORTED**

**Equifax**          **NONE REPORTED**

### Days Late - 7 Year History

| TransUnion | | | Experian | | | Equifax | | |
|---|---|---|---|---|---|---|---|---|
| 30: 0 | 60: 0 | 90: 0 | 30: -- | 60: -- | 90: -- | 30: -- | 60: -- | 90: -- |

**WEBBNK/FHUT**

| | TransUnion | Experian | Equifax |
|---|---|---|---|
| **Account #:** | 636992150793**** | 636992150793**** | -- |
| **High Balance:** | $662 | $662 | -- |
| **Last Verified:** | 01/19/2022 | -- | -- |
| **Date of Last Activity:** | 09/21/2021 | 01/01/2022 | -- |
| **Date Reported:** | 01/19/2022 | 01/19/2022 | -- |
| **Date Opened:** | 03/26/2020 | 03/01/2020 | -- |
| **Balance Owed:** | $0 | $0 | -- |
| **Closed Date:** | 2021-09-21 | -- | -- |
| **Account Rating:** | Derogatory | Derogatory | -- |
| **Account Description:** | Individual | Individual | -- |
| **Dispute Status:** | Account not disputed | Account not disputed | -- |
| **Creditor Type:** | Variety Store | Credit Card - Dept. Store | -- |
| **Account Status:** | Closed | Closed | -- |
| **Payment Status:** | Unknown | Collection/Chargeoff Unpaid balance reported as a loss by credit grantor. | -- |
| **Creditor Remarks:** | Chapter 7 bankruptcy | Debt included in or discharged through Bankruptcy Chapter 7,11, or 12. | -- |
| **Payment Amount:** | $0 | $0 | -- |
| **Last Payment:** | 06/22/2021 | -- | -- |
| **Term Length:** | -- | -- | -- |
| **Past Due Amount:** | $0 | $0 | -- |
| **Account Type:** | Charge account | Charge account | -- |
| **Payment Frequency:** | -- | -- | -- |
| **Credit Limit:** | $1,300 | $1,300 | -- |

## Two-Year payment history

**TransUnion**

**Experian**

'20 FEB MAR APR MAY JUN JUL AUG SEP OCT NOV DEC '21 FEB MAR APR MAY JUN JUL AUG SEP OCT NOV DEC '22

**Equifax**    NONE REPORTED

## Days Late - 7 Year History

| TransUnion | | | Experian | | | Equifax | | |
|---|---|---|---|---|---|---|---|---|
| 30: 0 | 60: 0 | 90: 0 | 30: 0 | 60: 0 | 90: 0 | 30: -- | 60: -- | 90: -- |

**DENEFITS LLC**

|  | TransUnion | Experian | Equifax |
|---|---|---|---|
| **Account #:** | -- | WARJTBG7**** | WARJTBG7**** |
| **High Balance:** | -- | $799 | $799 |
| **Last Verified:** | -- | -- | -- |
| **Date of Last Activity:** | -- | 01/01/2023 | 02/01/2023 |
| **Date Reported:** | -- | 01/24/2023 | 02/01/2023 |
| **Date Opened:** | -- | 09/01/2022 | 09/01/2022 |
| **Balance Owed:** | -- | $947 | $947 |
| **Closed Date:** | -- | -- | -- |
| **Account Rating:** | -- | Open | Open |
| **Account Description:** | -- | Individual | Individual |
| **Dispute Status:** | -- | Account not disputed | Account not disputed |
| **Creditor Type:** | -- | Miscellaneous Medical/Related Health | Miscellaneous Finance |
| **Account Status:** | -- | Open | Open |
| **Payment Status:** | -- | Current | Current |
| **Creditor Remarks:** | -- | -- | Variable rate Installment sales contract |
| **Payment Amount:** | -- | $0 | $0 |
| **Last Payment:** | -- | 01/02/2023 | 02/01/2023 |
| **Term Length:** | -- | 24 Month(s) | -- |
| **Past Due Amount:** | -- | $0 | $0 |
| **Account Type:** | -- | Installment sales contract | Installment sales contract |
| **Payment Frequency:** | -- | -- | -- |
| **Credit Limit:** | -- | -- | -- |

### Two-Year payment history

**TransUnion**

**NONE REPORTED**

**Experian**

FEB MAR APR MAY JUN JUL AUG SEP OCT NOV DEC '22 FEB MAR APR MAY JUN JUL AUG SEP OCT NOV DEC '23

**Equifax**

FEB MAR APR MAY JUN JUL AUG SEP OCT NOV DEC '22 FEB MAR APR MAY JUN JUL AUG SEP OCT NOV DEC '23

### Days Late - 7 Year History

| TransUnion | | | Experian | | | Equifax | | |
|---|---|---|---|---|---|---|---|---|
| 30: -- | 60: -- | 90: -- | 30: 0 | 60: 0 | 90: 0 | 30: 0 | 60: 0 | 90: 0 |

FMCC

| | TransUnion | Experian | Equifax |
|---|---|---|---|
| Account #: | -- | -- | 4259**** |
| High Balance: | -- | -- | $42,704 |
| Last Verified: | -- | -- | -- |
| Date of Last Activity: | -- | -- | 03/01/2011 |
| Date Reported: | -- | -- | 11/01/2017 |
| Date Opened: | -- | -- | 06/01/2007 |
| Balance Owed: | -- | -- | $0 |
| Closed Date: | -- | -- | -- |
| Account Rating: | -- | -- | Paid |
| Account Description: | -- | -- | Joint |
| Dispute Status: | -- | -- | Account not disputed |
| Creditor Type: | -- | -- | Auto Financing |
| Account Status: | -- | -- | Closed |
| Payment Status: | -- | -- | Current |
| Creditor Remarks: | -- | -- | Closed or paid account/zero balance |
| Payment Amount: | -- | -- | $0 |
| Last Payment: | -- | -- | 03/01/2011 |
| Term Length: | -- | -- | 80 Month(s) |
| Past Due Amount: | -- | -- | $0 |
| Account Type: | -- | -- | -- |
| Payment Frequency: | -- | -- | -- |
| Credit Limit: | -- | -- | -- |

## Two-Year payment history

TransUnion                    **NONE REPORTED**

Experian                      **NONE REPORTED**

Equifax

NOV NOV DEC '16 FEB APR MAY JUN JUL AUG SEP OCT NOV NOV DEC '17 FEB APR MAY JUN JUL AUG SEP OCT

## Days Late - 7 Year History

| TransUnion | | | Experian | | | Equifax | | |
|---|---|---|---|---|---|---|---|---|
| 30: -- | 60: -- | 90: -- | 30: -- | 60: -- | 90: -- | 30: 0 | 60: 0 | 90: 0 |

**AUSTINCAPBK**

|  | TransUnion | Experian | Equifax |
| --- | --- | --- | --- |
| Account #: | 8A2090**** | 8A2090**** | 8A2090**** |
| High Balance: | $2,500 | $2,500 | $2,500 |
| Last Verified: | 02/28/2023 | -- | -- |
| Date of Last Activity: | 02/28/2023 | 02/01/2023 | 02/01/2023 |
| Date Reported: | 02/28/2023 | 02/28/2023 | 02/01/2023 |
| Date Opened: | 07/21/2022 | 07/01/2022 | 07/01/2022 |
| Balance Owed: | $2,431 | $2,431 | $2,431 |
| Closed Date: | -- | -- | -- |
| Account Rating: | Open | Open | Open |
| Account Description: | Individual | Individual | Individual |
| Dispute Status: | Account not disputed | Account not disputed | Account not disputed |
| Creditor Type: | Commercial Banks | All Banks | All Banks |
| Account Status: | Open | Open | Open |
| Payment Status: | Current | Current | Current |
| Creditor Remarks: | -- | -- | Secured Fixed rate |
| Payment Amount: | $30 | $30 | $30 |
| Last Payment: | 01/23/2023 | 01/23/2023 | 02/01/2023 |
| Term Length: | 120 Month(s) | 120 Month(s) | -- |
| Past Due Amount: | $0 | $0 | $0 |
| Account Type: | Secured loan | Secured loan | Secured loan |
| Payment Frequency: | Monthly (every month) | -- | -- |
| Credit Limit: | -- | -- | -- |

## Two-Year payment history

**TransUnion**

FEB MAR APR MAY JUN JUL AUG SEP OCT NOV DEC '22 FEB MAR APR MAY JUN JUL AUG SEP OCT NOV DEC '23

**Experian**

MAR APR MAY JUN JUL AUG SEP OCT NOV DEC '22 FEB MAR APR MAY JUN JUL AUG SEP OCT NOV DEC '23 FEB

**Equifax**

FEB MAR APR MAY JUN JUL AUG SEP OCT NOV DEC '22 FEB MAR APR MAY JUN JUL AUG SEP OCT NOV DEC '23

## Days Late - 7 Year History

| TransUnion | | | Experian | | | Equifax | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 30: 0 | 60: 0 | 90: 0 | 30: 0 | 60: 0 | 90: 0 | 30: 0 | 60: 0 | 90: 0 |

EASYPAY/DVRA

|  | TransUnion | Experian | Equifax |
|---|---|---|---|
| Account #: | 2486**** | -- | 2486**** |
| High Balance: | $1,112 | -- | $1,112 |
| Last Verified: | 01/08/2018 | -- | -- |
| Date of Last Activity: | 01/08/2018 | -- | 01/01/2018 |
| Date Reported: | 01/08/2018 | -- | 06/01/2018 |
| Date Opened: | 10/12/2017 | -- | 10/01/2017 |
| Balance Owed: | $0 | -- | $0 |
| Closed Date: | 2018-01-08 | -- | -- |
| Account Rating: | Closed | -- | Paid |
| Account Description: | Individual | -- | Individual |
| Dispute Status: | Account not disputed | -- | Account not disputed |
| Creditor Type: | Miscellaneous Finance | -- | Miscellaneous Finance |
| Account Status: | Closed | -- | Closed |
| Payment Status: | Current | -- | Current |
| Creditor Remarks: | Closed | -- | Closed or paid account/zero balance. Installment sales contract |
| Payment Amount: | $0 | -- | $0 |
| Last Payment: | 01/08/2018 | -- | 01/01/2018 |
| Term Length: | 12 Month(s) | -- | 12 Month(s) |
| Past Due Amount: | $0 | -- | $0 |
| Account Type: | Installment sales contract | -- | Installment sales contract |
| Payment Frequency: | Monthly (every month) | -- | -- |
| Credit Limit: | -- | -- | -- |

## Two-Year payment history

### TransUnion

'16 FEB MAR APR MAY JUN JUL AUG SEP OCT NOV DEC '17 FEB MAR APR MAY JUN JUL AUG SEP OCT NOV DEC

### Experian

**NONE REPORTED**

### Equifax

JUN JUL AUG SEP OCT NOV NOV DEC '17 FEB APR MAY JUN JUL AUG SEP OCT NOV NOV DEC '18 FEB APR MAY

## Days Late - 7 Year History

| TransUnion | | | Experian | | | Equifax | | |
|---|---|---|---|---|---|---|---|---|
| 30: 0 | 60: 0 | 90: 0 | 30: -- | 60: -- | 90: -- | 30: 0 | 60: 0 | 90: 0 |

## MDG US INC/CAPITAL COM

| | TransUnion | Experian | Equifax |
|---|---|---|---|
| Account #: | -- | 40922** | -- |
| High Balance: | -- | $1,512 | -- |
| Last Verified: | -- | -- | -- |
| Date of Last Activity: | -- | 02/01/2022 | -- |
| Date Reported: | -- | 02/28/2022 | -- |
| Date Opened: | -- | 06/01/2020 | -- |
| Balance Owed: | -- | $0 | -- |
| Closed Date: | -- | -- | -- |
| Account Rating: | -- | Derogatory | -- |
| Account Description: | -- | Individual | -- |
| Dispute Status: | -- | Account not disputed | -- |
| Creditor Type: | -- | All Banks | -- |
| Account Status: | -- | Closed | -- |
| Payment Status: | -- | Current | -- |
| Creditor Remarks: | -- | Debt included in or discharged through Bankruptcy Chapter 7,11, or 12. | -- |
| Payment Amount: | -- | $0 | -- |
| Last Payment: | -- | | -- |
| Term Length: | -- | -- | -- |
| Past Due Amount: | -- | $0 | -- |
| Account Type: | -- | Combined Credit Plan | -- |
| Payment Frequency: | -- | -- | -- |
| Credit Limit: | -- | $2,279 | -- |

## Two-Year payment history

**TransUnion** NONE REPORTED

**Experian**

| OK | OK | XXX | OK | OK | OK | OK | OK | OK | XXX | OK | OK | OK | XXX | OK | | | | | | | | | CO |
|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|
| MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | '21 FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | '22 FEB |

**Equifax** NONE REPORTED

## Days Late - 7 Year History

| TransUnion | | | Experian | | | | | | Equifax | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 30: -- | 60: -- | 90: -- | 30: 0 | 60: 0 | 90: 0 | | | | 30: -- | 60: -- | 90: -- |

**FIG TECH INC**

|  | TransUnion | Experian | Equifax |
|---|---|---|---|
| Account #: | EL204**** | EL204**** | -- |
| High Balance: | $800 | $800 | -- |
| Last Verified: | 11/21/2022 | -- | -- |
| Date of Last Activity: | 11/21/2022 | 07/01/2019 | -- |
| Date Reported: | 11/21/2022 | 07/24/2019 | -- |
| Date Opened: | 03/26/2021 | 03/01/2021 | -- |
| Balance Owed: | $0 | $0 | -- |
| Closed Date: | 2022-11-21 | -- | -- |
| Account Rating: | Derogatory | Derogatory | -- |
| Account Description: | Individual | Individual | -- |
| Dispute Status: | Account not disputed | Account not disputed | -- |
| Creditor Type: | Miscellaneous Finance | Personal Loan Companies | -- |
| Account Status: | Closed | Closed | -- |
| Payment Status: | Unknown | Collection/Chargeoff Unpaid balance reported as a loss by credit grantor. | -- |
| Creditor Remarks: | Chapter 7 bankruptcy | Debt included in or discharged through Bankruptcy Chapter 7,11, or 12. | -- |
| Payment Amount: | $0 | $0 | -- |
| Last Payment: | 06/08/2021 | | -- |
| Term Length: | -- | 8 Month(s) | -- |
| Past Due Amount: | $0 | $0 | -- |
| Account Type: | Unsecured loan | Unsecured loan | -- |
| Payment Frequency: | -- | -- | -- |
| Credit Limit: | -- | -- | -- |

## Two-Year payment history

**TransUnion**

**Experian**                                                                                                    CO

AUG SEP OCT NOV DEC '18 FEB MAR APR MAY JUN JUL  AUG SEP OCT NOV DEC '19 FEB MAR APR MAY JUN JUL

**Equifax**                          **NONE REPORTED**

## Days Late - 7 Year History

| TransUnion | | | Experian | | | Equifax | | |
|---|---|---|---|---|---|---|---|---|
| 30: 0 | 60: 0 | 90: 0 | 30: 0 | 60: 0 | 90: 0 | 30: -- | 60: -- | 90: -- |

SYNCB/KAWASA

|  | TransUnion | Experian | Equifax |
|---|---|---|---|
| Account #: | 105001000141**** | 10500100**** | 105001000141**** |
| High Balance: | $4,791 | $4,791 | $4,791 |
| Last Verified: | 02/28/2023 | -- | -- |
| Date of Last Activity: | 02/28/2023 | 02/01/2023 | 02/01/2023 |
| Date Reported: | 02/28/2023 | 02/28/2023 | 02/01/2023 |
| Date Opened: | 10/28/2022 | 10/01/2022 | 10/01/2022 |
| Balance Owed: | $4,593 | $4,593 | $4,593 |
| Closed Date: | -- | -- | -- |
| Account Rating: | Open | Open | Open |
| Account Description: | Joint | Joint | Joint |
| Dispute Status: | Account not disputed | Account not disputed | Account not disputed |
| Creditor Type: | Miscellaneous Finance | Sales Financing | Sales Financing |
| Account Status: | Open | Open | Open |
| Payment Status: | Current | Current | Current |
| Creditor Remarks: | -- | -- | Secured |
| Payment Amount: | $126 | $126 | $126 |
| Last Payment: | 02/12/2023 | 02/12/2023 | 02/01/2023 |
| Term Length: | 48 Month(s) | 48 Month(s) | -- |
| Past Due Amount: | $0 | $0 | $0 |
| Account Type: | Secured loan | Secured loan | Secured loan |
| Payment Frequency: | Monthly (every month) | -- | -- |
| Credit Limit: | -- | -- | -- |

## Two-Year payment history

### TransUnion

FEB MAR APR MAY JUN JUL AUG SEP OCT NOV DEC '22 FEB MAR APR MAY JUN JUL AUG SEP OCT NOV DEC '23

### Experian

MAR APR MAY JUN JUL AUG SEP OCT NOV DEC '22 FEB MAR APR MAY JUN JUL AUG SEP OCT NOV DEC '23 FEB

### Equifax

FEB MAR APR MAY JUN JUL AUG SEP OCT NOV DEC '22 FEB MAR APR MAY JUN JUL AUG SEP OCT NOV DEC '23

## Days Late - 7 Year History

| TransUnion | | | Experian | | | Equifax | | |
|---|---|---|---|---|---|---|---|---|
| 30: 0 | 60: 0 | 90: 0 | 30: 0 | 60: 0 | 90: 0 | 30: 0 | 60: 0 | 90: 0 |

## TELECOM SELF-REPORTED

|  | TransUnion | Experian | Equifax |
|---|---|---|---|
| Account #: | -- | 15052C5C96674D179DBE7E6A36E3****- | -- |
| High Balance: | -- | $430 | -- |
| Last Verified: | -- | -- | -- |
| Date of Last Activity: | -- | 02/01/2023 | -- |
| Date Reported: | -- | 02/15/2023 | -- |
| Date Opened: | -- | -- | -- |
| Balance Owed: | -- | $430 | -- |
| Closed Date: | -- | -- | -- |
| Account Rating: | -- | Open | -- |
| Account Description: | -- | Individual | -- |
| Dispute Status: | -- | Account not disputed | -- |
| Creditor Type: | -- | Telephone Companies | -- |
| Account Status: | -- | Open | -- |
| Payment Status: | -- | Current | -- |
| Creditor Remarks: | -- | -- | -- |
| Payment Amount: | -- | $430 | -- |
| Last Payment: | -- | 02/15/2023 | -- |
| Term Length: | -- | 1 Month(s) | -- |
| Past Due Amount: | -- | $0 | -- |
| Account Type: | -- | Unknown - credit extension, review, or collection | -- |
| Payment Frequency: | -- | -- | -- |
| Credit Limit: | -- | -- | -- |

## Two-Year payment history

| TransUnion | **NONE REPORTED** |
|---|---|

Experian

MAR APR MAY JUN JUL AUG SEP OCT NOV DEC '22 FEB MAR APR MAY JUN JUL AUG SEP OCT NOV DEC '23 FEB

| Equifax | **NONE REPORTED** |
|---|---|

## Days Late - 7 Year History

| TransUnion | | | Experian | | | | Equifax | | |
|---|---|---|---|---|---|---|---|---|---|
| 30: -- | 60: -- | 90: -- | 30: 0 | 60: 0 | 90: 0 | | 30: -- | 60: -- | 90: -- |

**WC / KOALAFI**

|  | TransUnion | Experian | Equifax |
|---|---|---|---|
| Account #: | 4550**** | -- | -- |
| High Balance: | $1,561 | -- | -- |
| Last Verified: | 10/25/2019 | -- | -- |
| Date of Last Activity: | 10/25/2019 | -- | -- |
| Date Reported: | 10/25/2019 | -- | -- |
| Date Opened: | 06/29/2019 | -- | -- |
| Balance Owed: | $0 | -- | -- |
| Closed Date: | 2019-10-25 | -- | -- |
| Account Rating: | Closed | -- | -- |
| Account Description: | Individual | -- | -- |
| Dispute Status: | Account not disputed | -- | -- |
| Creditor Type: | Personal Loan Companies | -- | -- |
| Account Status: | Closed | -- | -- |
| Payment Status: | Current | -- | -- |
| Creditor Remarks: | Closed | -- | -- |
| Payment Amount: | $0 | -- | -- |
| Last Payment: | 10/25/2019 | -- | -- |
| Term Length: | 52 Month(s) | -- | -- |
| Past Due Amount: | $0 | -- | -- |
| Account Type: | Lease | -- | -- |
| Payment Frequency: | Monthly (every month) | -- | -- |
| Credit Limit: | -- | -- | -- |

## Two-Year payment history

**TransUnion**

OCT NOV DEC '18 FEB MAR APR MAY JUN JUL AUG SEP OCT NOV DEC '19 FEB MAR APR MAY JUN JUL AUG SEP

**Experian**                    **NONE REPORTED**

**Equifax**                     **NONE REPORTED**

## Days Late - 7 Year History

| TransUnion | | | Experian | | | Equifax | | |
|---|---|---|---|---|---|---|---|---|
| 30: 0 | 60: 0 | 90: 0 | 30: -- | 60: -- | 90: -- | 30: -- | 60: -- | 90: -- |

COL PROF INC

| | TransUnion | Experian | Equifax |
|---|---|---|---|
| Account #: | 25019** | 25019** | -- |
| High Balance: | $1,429 | $1,429 | -- |
| Last Verified: | 03/06/2023 | -- | -- |
| Date of Last Activity: | 03/06/2023 | 05/01/2022 | -- |
| Date Reported: | 03/06/2023 | 03/06/2023 | -- |
| Date Opened: | 05/05/2022 | 05/01/2022 | -- |
| Balance Owed: | $1,700 | $1,700 | -- |
| Closed Date: | -- | -- | -- |
| Account Rating: | Derogatory | Derogatory | -- |
| Account Description: | Individual | Individual | -- |
| Dispute Status: | Account not disputed | Account not disputed | -- |
| Creditor Type: | Other Collection Agencies | Other Collection Agencies | -- |
| Account Status: | Open | Closed | -- |
| Payment Status: | Collection/Chargeoff | Collection/Chargeoff | -- |
| Creditor Remarks: | Placed for collection | -- | -- |
| Original Creditor: | HUGULEY EMERGENCY PHYSICIANS | HUGULEY EMERGENCY PHYSICIANS | -- |
| Last Payment: | -- | -- | -- |
| Past Due Amount: | $0 | $0 | -- |
| Account Type: | -- | -- | -- |

COL PROF INC

| | TransUnion | Experian | Equifax |
|---|---|---|---|
| Account #: | 24784** | -- | -- |
| High Balance: | $1,249 | -- | -- |
| Last Verified: | 03/06/2023 | -- | -- |
| Date of Last Activity: | 03/06/2023 | -- | -- |
| Date Reported: | 03/06/2023 | -- | -- |
| Date Opened: | 02/10/2022 | -- | -- |
| Balance Owed: | $1,530 | -- | -- |
| Closed Date: | -- | -- | -- |
| Account Rating: | Derogatory | -- | -- |
| Account Description: | Individual | -- | -- |
| Dispute Status: | Account not disputed | -- | -- |
| Creditor Type: | Other Collection Agencies | -- | -- |
| Account Status: | Open | -- | -- |
| Payment Status: | Collection/Chargeoff | -- | -- |
| Creditor Remarks: | Account information disputed by consumer, meets FCRA requirements | -- | -- |
| Original Creditor: | HUGULEY EMERGENCY PHYSICIANS | -- | -- |
| Last Payment: | -- | -- | -- |
| Past Due Amount: | $0 | -- | -- |
| Account Type: | -- | -- | -- |

EECU

| | TransUnion | Experian | Equifax |
|---|---|---|---|
| Account #: | 010263144**** | 01026**** | -- |
| High Balance: | $1,171 | $1,171 | -- |
| Last Verified: | 10/31/2021 | -- | -- |
| Date of Last Activity: | 07/24/2019 | 07/01/2019 | -- |
| Date Reported: | 10/31/2021 | 07/24/2019 | -- |
| Date Opened: | 10/24/2019 | 10/01/2019 | -- |
| Balance Owed: | $0 | $0 | -- |
| Closed Date: | 2019-07-24 | -- | -- |
| Account Rating: | Paid | Derogatory | -- |
| Account Description: | Individual | Individual | -- |
| Dispute Status: | Account not disputed | Account not disputed | -- |
| Creditor Type: | Credit Unions | Credit Unions | -- |
| Account Status: | Closed | Closed | -- |
| Payment Status: | Unknown | Current | -- |
| Creditor Remarks: | Chapter 7 bankruptcy | Debt included in or discharged through Bankruptcy Chapter 7,11, or 12. | -- |
| Payment Amount: | $0 | $0 | -- |
| Last Payment: | | | -- |
| Term Length: | -- | 1 Month(s) | -- |
| Past Due Amount: | $0 | $0 | -- |
| Account Type: | Deposit related | Unknown - credit extension, review, or collection | -- |
| Payment Frequency: | -- | -- | -- |
| Credit Limit: | -- | -- | -- |

## Two-Year payment history

TransUnion

Experian

AUG SEP OCT NOV DEC '18 FEB MAR APR MAY JUN JUL AUG SEP OCT NOV DEC '19 FEB MAR APR MAY JUN JUL

Equifax

**NONE REPORTED**

## Days Late - 7 Year History

| TransUnion | | | | | | Experian | | | | | | Equifax | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30: | 0 | 60: | 0 | 90: | 0 | 30: | 0 | 60: | 0 | 90: | 0 | 30: -- | | 60: -- | 90: -- |

Public Information

**Remarks:**

**Bankruptcy**

|  | **TransUnion** | **Experian** | **Equifax** |
|---|---|---|---|
| **Type:** | | | Chapter 7 Bankruptcy |
| **Status:** | | | Discharged |
| **Date Filed/Reported:** | | | 07/01/2019 |
| **Reference#:** | | | 1942983-DSP-01/22 |
| **Closing Date:** | | | |
| **Asset Amount:** | | | 0 |
| **Court:** | | | Federal |
| **Liability:** | | | 0 |
| **Exempt Amount:** | | | 0 |

**Remarks:**

**Inquiries**

**Creditor Name**                    **Date of inquiry**                    **Credit Bureau**

| | | |
|---|---|---|
| CAPITAL ONE AUTO FINANCE | 3905 N DALLAS PARK | 800-946-0332 |
| | PLANO TX 75093 | |
| CAPITAL ONE/CABELAS | 15000 CAPITAL ONE US364412 | 800-955-7070 |
| | RICHMOND VA 23238 | |
| TBOM/VERVENT FIRST ACCES | PO BOX 89028 | 877-259-3755 |
| | SIOUX FALLS SD 57109 | |
| FIRST PREMIER BANK | 3820 N LOUISE AVE | 605-357-3440 |
| | SIOUX FALLS SD 57104 | |
| FLAGSHIP CREDIT ACCEPTAN | PO BOX 3807 | 800-707-0114 |
| | COPPELL TX 75019 | |
| SYNCB/SAM'S PLCC | PO BOX 965005 | 800-964-1917 |
| | ORLANDO FL 32896 | |
| SYNCHRONY FINANCIAL | PO BOX 8726 | 800-924-2927 |
| | DAYTON OH 45401 | |
| SYNCB/HARBOR | PO BOX 965022 | 855-341-3108 |
| | ORLANDO FL 32896 | |
| SYNCB/AMAZON | PO BOX 669834 | 855-597-4891 |
| | DALLAS TX 75266 | |
| SYNCB | C/O P O BOX 6153 | 866-220-9432 |
| | RAPID CITY SD 57709 | |
| SYNCB/PAYPAL | PO BOX 965005 | 844-373-4961 |
| | ORLANDO FL 32896 | |
| REGIONAL ACCEPTANCE | 1424 E FIRE TOWER | 919-766-1388 |
| | GREENVILLE NC 27858 | |
| BANKSTON FORD MAZDA FT W | 5000 BRYANT IRVIN | 817-200-4212 |
| | FORT WORTH TX 76132 | |
| 700CR/HILEY HYUNDAI | 320 N. BURLESON BL | 817-945-9900 |
| | BURLESON TX 76028 | |
| NCC/HUFFINES CHRYSLER JE | 1024 S STEMMONS FW | 972-538-4100 |
| | LEWISVILLE TX 75067 | |
| CREDCO/CREDCO | 10277 SCRIPPS RANC | 619-938-7026 |
| | SAN DIEGO CA 92131 | |
| FEB GENESIS | PO BOX 4499 | 866-502-6439 |
| | BEAVERTON OR 97076 | |
| COLLECTION PROFESSIONALS | 1117 COFFEEN AVE | 307-672-6424 |
| | SHERIDAN WY 82801 | |
| SYNCB/KAWASAKI | PO BOX 965073 | 866-220-9432 |
| | ORLANDO FL 32896 | |
| CAPITAL ONE | PO BOX 31293 | 800-955-7070 |
| | SALT LAKE CITY UT 84131 | |
| EDUCATIONAL ECU | 1617 W 7TH ST | 817-882-0800 |
| | FORT WORTH TX 76101 | |
| FIRST PREMIER BANK | 3820 N LOUISE AVE | 800-987-5521 |
| | SIOUX FALLS SD 57107 | |
| KIKOFF LENDING LLC | 75 BROADWAY SUITE 202 | 415-361-4040 |
| | SAN FRANCISCO CA 94111 | |
| CBW/CREDITFRESH | 200 CONTINENTAL DRIVE SUITE | 800-766-2007 |
| | 401 | |
| | NEWARK DE 19713 | |
| ATLANTIC CAP BKSELFLENDR | 515 CONGRESS AVE SUITE 2200 | 877-883-0999 |
| | | |
| | AUSTIN TX 78701 | |
| ARIVO ACCEPTANCE | 102 W MOTOR PARK AVE | 801-257-3342 |
| | SANDY UT 84070 | |
| T CREEK FINANCIAL DBA | 4951 LAKE BROOK DR | 844-937-8275 |
| | GLEN ALLEN VA 23060 | |

| FIG LOANS TEXAS LLC | 2245 TEXAS DR STE 300 | 832-802-0344 |
| | SUGAR LANDTX 77479 | |
| EXETER FINANCE LLC/WCG | 2101 W JOHN CARPENTER FW | 214-572-8278 |
| | IRVINGTX 75063 | |
| EECU | 1617 W 7TH ST | 817-882-0000 |
| | FORT WORTHTX 76102 | |
| DISCOVER FINANCIAL SER | 12 READS WAY | BYM-AIL-ONLY |
| | NEW CASTLEDE 19720 | |
| DENEFITS LLC | 16500 BAKE PKWY STE 100 | 833-336-3348 |
| | IRVINECA 92618 | |
| CREDIT ACCEPTANCE | PO BOX 513 | 248-353-2700 |
| | SOUTHFIELDMI 48037 | |
| CREDCO/ROCKET MORTGAGE | 1050 WOODWARD AVE | 800-863-4332 |
| | DETROITMI 48226 | |
| COMENITYCAPITAL/ACADMY | PO BOX 182120 | |
| | COLUMBUSOH 43218 | |
| COMENITYCAPITAL/ACADMY | PO BOX 182120 | |
| | COLUMBUSOH 43218 | |
| COLLECTION PROFESSIONA | 29 N CONNOR ST | 307-672-6424 |
| | SHERIDANWY 82801 | |
| CAPITAL ONE AUTO FIN | PO BOX 259407 | 800-946-0332 |
| | PLANOTX 75025 | |
| CAPITAL ONE | PO BOX 31293 | 800-955-7070 |
| | SALT LAKE CITYUT 84131 | |
| CAP1/CBELA | PO BOX 30281 | 800-227-4825 |
| | SALT LAKE CITYUT 84130 | |
| BK OF AMER | 4909 SAVARESE CIR | 800-669-6607 |
| | TAMPAFL 33634 | |
| AUSTIN CAPITAL BANK SS | 8100 SHOAL CREEK BLVD | 512-693-3600 |
| | AUSTINTX 78757 | |
| ARIVO ACCEPTANCE | 102 W MOTOR PARK AVE | 844-682-7486 |
| | SANDYUT 84070 | |
| ALLY FINANCIAL | 200 RENAISSANCE CTR | 248-263-3004 |
| | DETROITMI 48243 | |
| 700 CREDIT/HILEY HYUND | 320 N BURLESON BLVD | 817-945-9900 |
| | BURLESONTX 76028 | |

Exhibit 9

Wayne Roccaforte
505 Northwest Lorna Street
Burleson, Texas 76028
Social Security last four: 6906
DOB: 02/06/1968

TransUnion
P.O. Box 2000
Chester PA 19016-2000
9/14/2022

RE: Your agency Violated my rights to privacy.

To whom it may concern,

You are reporting a record on my consumer report that shouldn't be there:

### Public Record - Chapter 7 Bankruptcy - Reference#1942983

Do not try to say you validated or verified this information because I reached out to the court to see if they supplied this information to you and they sent the attached letter stating they do not supply data to the credit bureaus. Therefore, this means that you went into a public data system, dug up some information and placed it on my report. This was not furnished by the courts as you are stating on my report and needs to be deleted immediately.

### The law you are violating is clearly here:

The reporting requirements do not comply with *FCRA § 611 (15 U.S.C § 681l) and the information must be deleted immediately.*

### The civil liability law which I will sue under is clearly here:

15 U.S. Code § 1681 (a)(4) - Congressional findings and statement of purpose (Consumer Right to Privacy)

(a)Accuracy and fairness of credit reportingThe Congress makes the following findings: (4)There is a need to insure that consumer reporting agencies exercise their grave responsibilities with fairness, impartiality, and a respect for the consumer's right to privacy.

Failure to Comply or delete these items is a clear violation:

### Public Record - Chapter 7 Bankruptcy - Reference# 1942983

15 U.S. Code § 1681n - Civil liability for willful noncompliance
(a)In generalAny person who willfully fails to comply with any requirement imposed under this subchapter with respect to any consumer is liable to that consumer in an amount equal to the sum of  (1)(A)any actual damages sustained by the consumer as a result of the failure or damages of not less than $100 and not more than $1,000;

15 U.S. Code § 1681o Civil liability for negligent noncompliance-(a)In general Any person who is negligent in failing to comply with any requirement imposed under this subchapter with respect to any consumer is liable to that consumer in an amount equal to the sum of—(1)any actual damages sustained by the consumer as a result of the failure; and(2)in the case of any successful action to enforce any liability under this section, the costs of the action together with reasonable attorney's fees as determined by the court.

Under 15 US Code 1681a(4) as a consumer I have right to privacy and these inaccurate items must be deleted from my consumer report or i will seek monetary damages in small claims court in my city and state. Also i already sent this letter to the Consumer Financial Protection Bureau, Attorney General's Office, Better Business Bureau, and Federal Trade Commission.

Not only is this reporting of this a violation of my privacy, it is also reporting inaccurately:

- **Date filed:** Date filed does not match.Transunion reports the date filed as 7/24/2019. Experian reports the date filed as 7/24/2019. Experian reports the date filed as 7/1/2019. Which is the correct date? This is inconsistent and inaccurate reporting.

- **Reference#:** Reference numbers do not match. Transuion reports 1942983. Experian reports 1942983ELM and Equifax reports 1942983-DSP-01/22. This is inaccurate and inconsistent reporting.

- **Closing date:** Closing date does not match. Transuion reports 1/13/2022. Experian reports 1/13/2022. Equifax doesn't list a closing date. This is inaccurate and inconsistent reporting.

- **Court: Court does not match.** Transuion reports the court as U.S. Bankruptcy Court. Experian reports the court as US BKPT CT TX FORT WOR. Equifax reports the court as Federal. This is inconsistent, inaccurate reporting.

- **Missing indicator:** Finally, this public Record event appears to be missing its requisite reported BSCF37, J1S-11, and the J2S-11 Consumer Information Indicator (aka CII) codesor.

AGAIN, The reporting requirements do not comply with *FCRA § 611 (15 U.S.C § 681I) and the information must be deleted immediately.* This item is deficient as reported. Per Federal reporting regulations all claims MUST be to a maximum "possible" accuracy and a maximum "possible" completeness , and even the reporting mandates related to the standard of certifiably compliant reporting is that there be no swaying from the Metro 2 Format compliance since , per CDIA , DNP 3-4 **"Any deviation from these standards jeopardizes the integrity of the data"** so remove this from my report.

DELETE THIS PUBLIC RECORD FROM MY REPORT. Please send me a new report when this is complete. Thank you for your time and attention on this important matter.

Sincerely,

Wayne Roccaforte



The TXU En̲___ ̲ᴬⁱᵈˢᴹ program helps families in
critical situ̲ ̲ ̲ ̲d ̲lth bill payment assistance.

For Donations Only

One-time gift to                    $
TXU Energy Aid℠ program

Recurring monthly donation         $
to TXU Energy Aid℠ program

| Payment Due Date | Amount Due |
|---|---|
| 08/25/2022 | $221.57 |

*Additional payment options on the back.*

To ensure proper payment posting, please provide this
number (100063110601) on all payments and send to the
address directly below.

WAYNE J ROCCAFORTE
505 NW LORNA ST
BURLESON TX 76028-3405



TXU ENERGY
PO BOX 650700
DALLAS, TX 75265-0700

211000631106010000022157000000000007



Wayne Roccaforte
505 Northwest Lorna Street
Burleson, Texas 76028

Social Security last four: 6906
DOB: 02/06/1968

TransUnion
P.O. Box 2000
Chester PA 19016-2000

9/14/2022

RE: Your agency Violated my rights to privacy.

To whom it may concern,

You are reporting a record on my consumer report that shouldn't be there:

## Public Record - Chapter 7 Bankruptcy - Reference# 1843836

This shouldn't even be on my report. The status is dismissed which means it never happened. Do not try to say you validated or verified this information because I reached out to the court to see if they supplied this information to you and they sent the attached letter stating they do not supply data to the credit bureaus. Therefore, this means that you went into a public data system, dug up some information and placed it on my report. This was not furnished by the courts as you are stating on my report and needs to be deleted immediately.

### The law you are violating is clearly here:

The reporting requirements do not comply with *FCRA § 611 (15 U.S.C § 681l) and the information must be deleted immediately.*

### The civil liability law which I will sue under is clearly here:

15 U.S. Code § 1681 (a)(4) - Congressional findings and statement of purpose (Consumer Right to Privacy)

(a)Accuracy and fairness of credit reportingThe Congress makes the following findings: (4)There is a need to insure that consumer reporting agencies exercise their grave responsibilities with fairness, impartiality, and a respect for the consumer's right to privacy.

Failure to Comply or delete these items is a clear violation:

## Public Record - Chapter 7 Bankruptcy - Reference# 1843836

15 U.S. Code § 1681n - Civil liability for willful noncompliance
(a)In generalAny person who willfully fails to comply with any requirement imposed under this subchapter with respect to any consumer is liable to that consumer in an amount equal to the sum of—(1)(A)any actual damages sustained by the consumer as a result of the failure or damages of not less than $100 and not more than $1,000;

15 U.S. Code § 1681o Civil liability for negligent noncompliance-(a)In general Any person who is negligent in failing to comply with any requirement imposed under this subchapter with respect to any consumer is liable to that consumer in an amount equal to the sum of—(1)any actual damages sustained by the consumer as a result of the failure; and(2)in the case of any successful action to enforce any liability under this section, the costs of the action together with reasonable attorney's fees as determined by the court.

Under 15 US Code 1681a(4) as a consumer I have right to privacy and these inaccurate items must be deleted from my consumer report or i will seek monetary damages in small claims court in my city and state. Also i already sent this letter to the Consumer Financial Protection Bureau, Attorney General's Office, Better Business Bureau, and Federal Trade Commission.

Not only is this reporting of this a total violation of my privacy, it is also reporting inaccurately:

- **Reference#:** Reference numbers do not match. Transuion reports 1843836. Experian reports 1843836MXM and Equifax doesn't report this account. This is inaccurate and inconsistent reporting.
- **Court: Court does not match.** Transuion reports the court as U.S. Bankruptcy Court. Experian reports the court as US BKPT CT TX FORT WOR. Equifax reports the court as Federal. This is inconsistent, inaccurate reporting.
- **Missing indicator:** Finally, this public Record event appears to be missing its requisite reported

BSCF37, J1S-11, and the J2S-11 Consumer Information Indicator (aka CII) codesor.

AGAIN, The reporting requirements do not comply with *FCRA § 611 (15 U.S.C § 681I) and the information must be deleted immediately.* This item is deficient as reported. Per Federal reporting regulations all claims MUST be to a maximum "possible" accuracy and a maximum "possible" completeness , and even the reporting mandates related to the standard of certifiably compliant reporting is that there be no swaying from the Metro 2 Format compliance since , per CDIA , DNP 3-4 **"Any deviation from these standards jeopardizes the integrity of the data"** so remove this from my report.

DELETE THIS PUBLIC RECORD FROM MY REPORT. Please send me a new report when this is complete. Thank you for your time and attention on this important matter.

Sincerely,

Wayne Roccaforte



The TXU En~~~~ ^¹⁴ᵐ program helps families in
critical situ: ~ ~ ith bill payment assistance.

For Donations Only

One time gift to                    $
TXU Energy Aid~ program

Recurring monthly donation          $
to TXU Energy Aid~ program

| Payment Due Date | Amount Due |
|---|---|
| 08/25/2022 | $221.57 |

Additional payment options on the back.

To ensure proper payment posting, please provide this number (100063110601) on all payments and send to the address directly below.

WAYNE J ROCCAFORTE
505 NW LORNA ST
BURLESON TX 76028-3405



TXU ENERGY
PO BOX 650700
DALLAS  TX 75265-0700

21100063110601000002215700000000007



Wayne Roccaforte
505 Northwest Lorna Street
Burleson, Texas 76028

Date of birth: 02/06/1968

Social Security Number: 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

Email: wjroccaforte@yahoo.com

Transunion
PO Box 2000
Chester, PA 19016-2000

To Whom It May Concern,

I am deeply concerned by your ability to undermine my confidence in the consumer reporting system. The consumer reporting system is dependent upon fair and accurate consumer reporting, pursuant to 15USC1681(a)(1). I noticed accounts that are on my consumer report that should not be there:

**Public Record - Federal - 07/01/2019 - Chapter 7 Bankruptcy**

Pursuant to 15USC1681b, I am demanding to see in writing where I gave written instruction or permission to report this erroneous information on my Consumer Report. A consumer-reporting agency may furnish a consumer report under the following circumstances and no other with the written instruction to whom it relates.

You have defamed my character, my reputation, my worthiness, my standing, my capacity, and my mode of living. All of these violations are a direct violation of 15USC1681. No consent is identity theft and these violations are Aggravated Identity theft, pursuant to 18USC1028b(1)(A)(ii). You have knowingly transferred, possessed and used, without lawful authority, a means of identification of me, which is a felony punishable up to 2 years of imprisonment, in addition to civil liability. For damages I am invoking my rights as a consumer pursuant 15USC1681(n) civil liability and I demand compensation for every violation listed below:

1. Permissible purpose $1000
2. Defamation of character $1000
3. Damaged reputation $1000
4. Damaged credit worthiness $1000
5. Damaged mode of living $ 1000
6. Infringed on right to privacy $ 1000

Cease and desist the reporting of this erroneous and deceptive information on my consumer report. **Delete this account from my consumer report and all your systems.**

Sincerely,

Wayne Roccaforte

**PLEASE ALSO NOTE:** I am aware that you have been sending out form letters in response to many of the disputes and challenges that consumers have submitted, regardless of the specific information that they have provided. This is illegal, as each dispute and challenge must be addressed individually and on its own merits. My letters were created using software that is available to everyone. If you don't process my letters, you are violating 15 U.S. Code 5 1681i. Keep in mind, you are not allowed to delay processing letters from consumers based on the assumption that help from a third party may be available. This is not a legal exception. I am the author of any letters you receive with my name on them. Either I or my advisors wrote them with my full knowledge and consent. I am aware that there is no law that says you need to provide a Power of Attorney in order to delay processing letters from a consumer. If you do not process my letters in a timely manner, I will consider it to be an intentional disregard of my rights as a consumer. I will then contact my lawyer to take legal action.







| Payment Due Date | Amount Due |
|---|---|
| 11/21/2022 | $147.47 |

| Account Information | |
|---|---|
| Customer Name: | WAYNE J ROCCAFORTE |
| Account Number: | 100063110601 |
| Invoice Number: | 054853032678 |
| Invoice Date: | 11/05/2022 |

## Account Summary

| | | |
|---|---|---|
| Previous Balance | $ | 148.17 |
| Credits/Payments | | |
| Incoming Credit Card | 10/25/2022 $ | 148.17 CR |
| Balance Forward | $ | 0.00 |
| Current Charges | $ | 147.47 |
| **Amount Due** | **$** | **147.47** |

See remaining pages for invoice details.

Note: CR = Credit

## Customer Communications

## Your Electricity Usage



NOV DEC JAN FEB MAR APR MAY JUN JUL AUG SEP OCT NOV
2021                                                    2022

## Contact Information

Customer Service:

| By Phone | On the Web |
|---|---|
| 972-791-2888 | txu.com |
| 1-800-242-9113 (24 X 7) | Hearing Impaired: |
| | 1-800-735-2988 (24 X 7) |

ONCOR ELECTRIC DELIVERY COMPANY

Power Outage Notification: 1-888-313-4747

REP Certificate #10004

For more information about residential electric service please visit www.powertochoose.com.

Please return this portion with your payment in the enclosed envelope. Make checks payable to TXU Energy. Do not include correspondence with your payment

The TXU Energy Aid℠ program helps families in critical situations with bill payment assistance.

For Donations Only

One-time gift to
TXU Energy Aid℠ program          $ _____

Recurring monthly donation
to TXU Energy Aid℠ program       $ _____

| Payment Due Date | Amount Due |
|---|---|
| 11/21/2022 | $147.47 |

Additional payment options on the back.

To ensure proper payment posting, please provide this number (100063110601) on all payments and send to the address directly below.

Wayne Roccaforte
505 Northwest Lorna Street
Burleson, Texas 76028
Social Security last four: 6906
DOB: 02/06/1968

TransUnion
P.O. Box 2000
Chester PA 19016-2000
9/14/2022

RE: Your agency Violated my rights to privacy.

To whom it may concern,

You are reporting a record on my consumer report that shouldn't be there:

## Public Record - Chapter 7 Bankruptcy - Reference# 1843836

This shouldn't even be on my report. The status is dismissed which means it never happened. Do not try to say you validated or verified this information because I reached out to the court to see if they suppplied this information to you and they sent the attached letter stating they do not supply data to the credit bureuas. Therefore, this means that you went into a public data system, dug up some information and placed it on my report. This was not furnished by the courts as you are stating on my report and needs to be deleted immediately.

### The law you are violating is clearly here:

The reporting requirements do not comply with *FCRA § 611 (15 U.S.C § 681I) and the information must be deleted immediately.*

### The civil liability law which I will sue under is clearly here:

15 U.S. Code § 1681 (a)(4) - Congressional findings and statement of purpose (Consumer Right to Privacy)

(a)Accuracy and fairness of credit reportingThe Congress makes the following findings: (4)There is a need to insure that consumer reporting agencies exercise their grave responsibilities with fairness, impartiality, and a respect for the consumer's right to privacy.

Failure to Comply or delete these items is a clear violation:

## Public Record - Chapter 7 Bankruptcy - Reference# 1843836

15 U.S. Code § 1681n - Civil liability for willful noncompliance
(a)In generalAny person who willfully fails to comply with any requirement imposed under this subchapter with respect to any consumer is liable to that consumer in an amount equal to the sum of—(1)(A)any actual damages sustained by the consumer as a result of the failure or damages of not less than $100 and not more than $1,000;

15 U.S. Code § 1681o Civil liability for negligent noncompliance-(a)In general Any person who is negligent in failing to comply with any requirement imposed under this subchapter with respect to any consumer is liable to that consumer in an amount equal to the sum of—(1)any actual damages sustained by the consumer as a result of the failure; and(2)in the case of any successful action to enforce any liability under this section, the costs of the action together with reasonable attorney's fees as determined by the court.

Under 15 US Code 1681a(4) as a consumer I have right to privacy and these inaccurate items must be deleted from my consumer report or i will seek monetary damages in small claims court in my city and state. Also i already sent this letter to the Consumer Financial Protection Bureau, Attorney General's Office, Better Business Bureau, and Federal Trade Commission.

Not only is this reporting of this a violation of my privacy, it is also reporting inaccurately:

- **Reference#:** Reference numbers do not match. Transuion reports 1843836. Experian reports 1843836MXM and Equifax doesn't report this account. This is inaccurate and inconsistent reporting.
- **Court: Court does not match.** Transuion reports the court as U.S. Bankruptcy Court. Experian reports the court as US BKPT CT TX FORT WOR. Equifax reports the court as Federal. This is inconsistent, inaccurate reporting.
- **Missing indicator:** Finally, this public Record event appears to be missing its requisite reported

BSCF37, J1S-11, and the J2S-11 Consumer Information Indicator (aka CII) codesor.

AGAIN, The reporting requirements do not comply with *FCRA § 611 (15 U.S.C § 681I) and the information must be deleted immediately.* This item is deficient as reported. Per Federal reporting regulations all claims MUST be to a maximum "possible" accuracy and a maximum "possible" completeness , and even the reporting mandates related to the standard of certifiably compliant reporting is that there be no swaying from the Metro 2 Format compliance since , per CDIA , DNP 3-4 **"Any deviation from these standards jeopardizes the integrity of the data"** so remove this from my report.

DELETE THIS PUBLIC RECORD FROM MY REPORT. Please send me a new report when this is complete. Thank you for your time and attention on this important matter.

Sincerely,

Wayne Roccaforte



The TXU En~~~~ A~d℠ program helps families in
critical situa~~~~ ~~th bill payment assistance.

For Donations Only

One-time gift to
TXU Energy Aid℠ program                $ _____

Recurring monthly donation
to TXU Energy Aid℠ program             $ _____

| Payment Due Date | Amount Due |
|---|---|
| 08/25/2022 | $221.57 |

*Additional payment options on the back.*

To ensure proper payment posting, please provide this
number (100063110601) on all payments and send to the
address directly below.

WAYNE J ROCCAFORTE
505 NW LORNA ST
BURLESON TX 76028-3405



TXU ENERGY
PO BOX 650700
DALLAS, TX 75265-0700

211000631106010000022157000000000007



**Wayne Roccaforte**
505 Northwest Lorna Street
Burleson, Texas 76028

**DOB: 02/06/1968 | SSN: 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**

**TransUnion**
P.O. Box 2000
Chester PA 19016-2000

9/26/2022

Dear TransUnion,

I have recently received a copy of my credit report and noticed violations under the 15 US code 1681 and 15 US code 1681b (FCRA). The law clearly states: In general, subject to subsection (c ), any consumer reporting agency may furnish a consumer report under the following circumstances and no other: (2) in accordance with the written instructions of the consumer to whom it relates. Meaning, if you haven't received written instructions from me, THE CONSUMER, to put an account on my report, **it should not be there. This is a violation. I never gave written instructions to furnish any of the following accounts on my report:**

**Bankruptcy - 1843836**

**Bankruptcy - 1942983**

Secondly, according to 15 USC 1681, the law states:

Accuracy and fairness of credit reporting. The congress makes the following findings:

1. The banking system is dependent upon fair and accurate credit reporting. Inaccurate credit reports directly impair the efficiency of the banking system, and unfair credit reporting methods undermine the public confidence which is essential to the continued functioning of the banking system.
2. An elaborate mechanism has been developed for investigating and evaluating the credit worthiness, credit standing, credit capacity, character, and general reputation of consumers.
3. Consumer reporting agencies have assumed a vital role in assembling and evaluating consumer credit and other information on consumers.
4. **There is a need to insure that consumer reporting agencies exercise their grave responsibilities with fairness, impartiality, and a respect for the consumer's right to privacy.**

The above accounts are inaccurate and are in clear **violation of my privacy which is a violation of the law.** This is damaging to my reputation. As the consumer, I demand the accounts be DELETED from my credit report immediately.

As the consumer, I DID NOT GIVE ANY WRITTEN INSTRUCTIOS TO HAVE ANY OF THESE ACCOUNTS ON MY CONSUMER REPORT. I have not given YOU PERMISSION TO ACCESS MY CREDIT PROFILE AND YOU HAVE NO PERMISSIBLE PURPOSE BY LAW TO CONTACT THIRD PARATIES WITH MY PRIVATE OR PERSONAL INFORMTION. This offense amounts to aggravated identity theft pursuant to 18 USC §1028A. You have knowingly transferred, possessed or used, without lawful authority, a means of identification of me, which is a felony punishable with up to 2 years of imprisonment, in addition to civil liability.

15USC 1681(a)(4) – A consumer has the right to privacy – there is a need to ensure that consumer reporting agencies exercise their grave responsibilities with fairness, impartiality and a respect for the consumer's right to privacy.

You are in federal violation of my rights, as a federally protected consumer who has the right to privacy. In addition, I demand to have a copy of my updated consumer report once the deletions have been made.

Sincerely,

Wayne Roccaforte



The TXU En___ ____™ program helps families in
critical situ_ ___ _th bill payment assistance
For Donations Only

One time gift to
TXU Energy Aid™ program:                    $ _____

Recurring monthly donation
to TXU Energy Aid™ program:                 $ _____

| Payment Due Date | Amount Due |
|---|---|
| 10/25/2022 | 189.62 |

Additional payment options on the back

To ensure proper payment posting, please provide this
number (100063110601) on all payments and send to the
address directly below.

WAYNE _ROCLA FORTE
505 NW _ URNA ST
BURLESON TX 76028-3405



TXU ENERGY
PO BOX 650700
DALLAS TX 75265 0700

211000631106010000022157000000000007



**Wayne Roccaforte**                                                    Certified
**Mail#: 70212720000041650236**
505 Northwest Lorna Street
Burleson, Texas 76028

**DOB: 02/06/1968 | SSN: 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**

**TransUnion**
P.O. Box 2000
Chester PA 19016-2000

10/15/2022

Dear TransUnion,

To Whom It May Concern:

After recently obtaining and examining a copy of my credit report with TransUnion, I notice that there is derogatory information on my report. This issue is causing me stress, anxiety, and defamation of character.

Under federal laws, Consumer Reporting Agencies shall only furnish information under verbal or written consent by a consumer. Reporting a consumer's personal or financial information without prior consent is a violation of 15 U.S.C 1681(a)(4) and is a violation of 18 U.S.C 1028A.

Therefore, I now demand for you to delete the following accounts from my report:

- Public Record - U.S. Bankruptcy Court - 1843836 - Chapter 13 Bankruptcy DISMISSED
- Public Record - U.S. Bankruptcy Court - 1942983 - Chapter 7 Bankruptcy DISCHARGED
- CBW/CREDFRSH - 2651078
- WEBBNK/FHUT - 6369921507931276
- FIG TECH INC - EL2045332
- CB INDIGO - 5100045243184077
- TBOM/CONTFIN - 5166488601902071
- ARIVO ACCEPT - 249648
- EECU - 0102631440101
- INQUIRY FLAGSHIP CRE - 04/29/2022
- INQUIRY BANKSTON FOR - 04/29/2022
- INQUIRY SYNCB - 05/10/2022
- INQUIRY TBOMVERV FA - 07/22/2022
- INQUIRY SYNCB - 05/07/2022
- INQUIRY SYNCBJCP - 04/08/2022
- INQUIRY FLAGSHIP CRE - 05/27/2022
- INQUIRY SYNCBHFT - 03/11/2022
- INQUIRY SYNCBHFT - 03/11/2022
- INQUIRY PRESTIGE FIN - 05/26/2022
- INQUIRY SYNCB - 05/07/2022
- INQUIRY FEBGENESIS - 05/10/2022
- INQUIRY CAP1CBELA - 10/17/2021

I will gladly provide you with 20 days for you to comply with my demand since I am ready to litigate this matter. If I don't receive written notifications of the removal of this account I will go ahead and start litigation for you committing identity theft, violation, and deprivation of my privacy, for causing me defamation of character, and for impermissible purposes. Please now that in the litigation process I would be demanding monetary compensations do to the violations committed to me the consumer, a natural living person. These compensations would not be negotiable since I already gave you the opportunity to fix the issue. After the removal of these account/s I would need you to mail me a free updated copy of my new credit report.

Thank you in advance for your assistance in this urgent matter,

A.R.R Wayne Roccaforte, U.C.C 1-308

CC: CFPB, FTC, Attorney General, King & King Attorney

01/18/2023

Wayne Roccaforte
505 Northwest Lorna Street
Burleson, Texas 76028
DOB: 02/06/1968
SSN: 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

TransUnion
P.O. Box 2000
Chester PA 19016-2000

Dear TransUnion,

I have reviewd my credit report you recently sent that has provided the result of my dispute of the below public record: **RESULTS: Verified as accurate:**

Public Record -  Bankruptcy -U.S. Bankruptcy Court - 09/28/2018 -1843836
Public Record - Bankruptcy -U.S. Bankruptcy Court - 07/24/2019 - 1942983

Delete these items from my report.

According to **YOUR** definition of "verified as accurate," it means tht the company that reports the information to you has certified it reported accurately." For companies to "report" information to the credit bureaus, that company must SUBSCRIBE to your services. I contacted the US Bankruptcy Court here in North Texas at 817.333.6000 and spoke to the clerk, and she informed me that the court DOES not report to the credit bureaus. I also confirmed this with a letter I sent and the court sent me the attached letter stating the same. So the above definition of "VERIFIED AS ACCURATE" is false. There was no way that the court could have verified the information reported was accurate because they DO NOT report to ANY credi bureas. Lexis Nexis was unable to verify it as well so why are you lying about this? I demand that this inaccurate data is removed!!! Your company has failed to fairly and accurately investigate my dispute. I will be suing you for defamation of character, violating my privacy and reporting without my consent if this item is not removed immediatly. Send me an updated copy of my credit report once this investigation is complete.

Please send me an updated copy of my credit report once this investigation is complete.

Thank you.

Wayne Roccaforte

**Wayne Roccaforte**
505 Northwest Lorna Street
Burleson, Texas 76028

**DOB: 02/06/1968   SSN: 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**

**Experian**
P.O. Box 4500
Allen TX 75013
03/13/2023

**Attention Report Team at Experian**

Re: Letter To Remove Inaccurate Credit Information

To Whom It May Concern:
I received a copy of my credit report and found the following items to be errors. Here as follows
are items to have errors:

ARIVO ACCEPT - 249648

MDG US INC/CAPITAL.COM - 4092292

FIG TECH INC - EL2045332

CB INDIGO - 5100045243184077

MATCO TOOLS - M950600308S5114921

WEBBNK/FHUT - 6369921507931276

EECU - 010263144

Public Record - US BKPT CT TX FORT WOR

Public Record - US BKPT CT TX FORT WOR

INQUIRY - 11/01/2022

INQUIRY - 04/15/2021

INQUIRY - 11/01/2021

INQUIRY - 07/27/2021

INQUIRY - 04/29/2022

INQUIRY - 06/07/2022

INQUIRY - 04/29/2022

INQUIRY - 10/17/2021

INQUIRY - 11/01/2022

INQUIRY - 04/29/2022

INQUIRY - 04/27/2021

INQUIRY - 04/29/2022

INQUIRY - 04/29/2022

INQUIRY - 04/29/2022

INQUIRY - 10/06/2022

INQUIRY - 04/29/2022

INQUIRY - 08/25/2022

I am unaware of the above listed accounts. Please **VALIDATE** this information with the creditors and **PROVIDE ME WITH ANY DOCUMENTATIONS** associated with these accounts, (i.e. an **ORIGINAL CONTRACT BEARING MY SIGNATURE**). I formally request that this information be immediately deleted from the credit file you maintain under my social security number.

Please note that you have **30 days to complete your investigation,** as per the **FAIR CREDIT REPORTING ACT section 623(a)(3)**, and I am keeping CAREFUL record of your actions. **Failure to respond satisfactorily within 30 days of RECEIPT of this CERTIFIED letter will result in a small claims action against your company. I will be seeking $5,000 in damages for:**

1.) Defamation

2.) Negligent Enablement Of Identity Fraud

3.) Violation Of The Fair Credit Reporting Act

You will be **REQUIRED** to appear in a court venue local to me, in order to formally defend yourself.

P.S. Please be aware that dependent upon your response, I may be detailing any potential issues with your company via the better business bureau along with an online public press release, including documentation of any potential small claims action.

SEND UPDATED CREDIT REPORT

* Please remove all non-account holding inquiries over 30 days old.

Thank you for your coperation in this matter,

Wayne Roccaforte



The TXU Energy Aid™ program helps families in critical situations with bill payment assistance.

For Donations Only

One time gift to TXU Energy Aid™ program    $ _____

Recurring monthly donation to TXU Energy Aid™ program    $ _____

| Payment Due Date | Amount Due |
|---|---|
| 10/25/2022 | 189.62 |

Additional payment options on the back

To ensure proper payment posting, please provide this number (100063110601) on all payments and send to the address directly below

WAYNE JOSEPH ROCCAFORTE
505 NW LORNA ST
BURLESON TX 76028-5605



TXU ENERGY
PO BOX 650700
DALLAS TX 75265-0700

211000631106010000022157000000000007



**Wayne Roccaforte**                                                                    Certified
**Mail#: 70212720000041650236**
505 Northwest Lorna Street
Burleson, Texas 76028

**DOB: 02/06/1968 | SSN: 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**

**TransUnion**
P.O. Box 2000
Chester PA 19016-2000

10/15/2022

Dear TransUnion,


To Whom It May Concern:

After recently obtaining and examining a copy of my credit report with TransUnion, I notice that there is derogatory information on my report. This issue is causing me stress, anxiety, and defamation of character.

Under federal laws, Consumer Reporting Agencies shall only furnish information under verbal or written consent by a consumer. Reporting a consumer's personal or financial information without prior consent is a violation of 15 U.S.C 1681(a)(4) and is a violation of 18 U.S.C 1028A.

Therefore, I now demand for you to delete the following accounts from my report:

- Public Record - U.S. Bankruptcy Court - 1843836 - Chapter 13 Bankruptcy DISMISSED
- Public Record - U.S. Bankruptcy Court - 1942983 - Chapter 7 Bankruptcy DISCHARGED
- CBW/CREDFRSH - 2651078
- WEBBNK/FHUT - 6369921507931276
- FIG TECH INC - EL2045332
- CB INDIGO - 5100045243184077
- TBOM/CONTFIN - 5166488601902071
- ARIVO ACCEPT - 249648
- EECU - 0102631440101
- INQUIRY FLAGSHIP CRE - 04/29/2022
- INQUIRY BANKSTON FOR - 04/29/2022
- INQUIRY SYNCB - 05/10/2022
- INQUIRY TBOMVERV FA - 07/22/2022
- INQUIRY SYNCB - 05/07/2022
- INQUIRY SYNCBJCP - 04/08/2022
- INQUIRY FLAGSHIP CRE - 05/27/2022
- INQUIRY SYNCBHFT - 03/11/2022
- INQUIRY SYNCBHFT - 03/11/2022
- INQUIRY PRESTIGE FIN - 05/26/2022
- INQUIRY SYNCB - 05/07/2022
- INQUIRY FEBGENESIS - 05/10/2022
- INQUIRY CAP1CBELA - 10/17/2021

I will gladly provide you with 20 days for you to comply with my demand since I am ready to litigate this matter. If I don't receive written notifications of the removal of this account I will go ahead and start litigation for you committing identity theft, violation, and deprivation of my privacy, for causing me defamation of character, and for impermissible purposes. Please now that in the litigation process I would be demanding monetary compensations do to the violations committed to me the consumer, a natural living person. These compensations would not be negotiable since I already gave you the opportunity to fix the issue. After the removal of these account/s I would need you to mail me a free updated copy of my new credit report.

Thank you in advance for your assistance in this urgent matter,


A.R.R Wayne Roccaforte, U.C.C 1-308


CC: CFPB, FTC, Attorney General, King & King Attorney



US POSTAGE $017.55°

PRIORITY MAIL

CERTIFIED MAIL

7022 3330 0000 9471 4180

X-RAY

Wayne Rocca forte
505 Northwest Loma St
Burleson, TX 76028

US District Court
1100 Commerce St Rm 1452
Dallas, TX 75242