IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| WAYNE ROCCAFORTE,<br>　　　Plaintiff,<br><br>v.<br><br>TRANSUNION,<br>　　　Defendant. | §<br>§<br>§<br>§　　No. 3:23-CV-337-X-BW<br>§<br>§<br>§ |

### JUDGMENT

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

It is ORDERED, ADJUDGED and DECREED that:

1. This action is DISMISSED without prejudice under Fed. R. Civ. P. 41(b) for failure to prosecute or follow orders of the Court.

2. The Clerk shall transmit a true copy of this Judgment and the Order Accepting the Findings and Recommendation of the United States Magistrate Judge to the plaintiff.

**SO ORDERED**.

**SIGNED** on this 17th day of October, 2025.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE